UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| WILLIAM WIESE, et al., | No. 2:17-cv-0903 WBS KJN |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | |

----oo0oo----

In light of the circumstances described in the Supplemental Declaration of George M. Lee (Docket No. 25), plaintiffs' Motion for Temporary Restraining Order (Docket No. 9) is denied without prejudice to its being renewed at such time as plaintiffs may seriously want the court to rule on it.

IT IS SO ORDERED.

Dated: June 13, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1