1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  TAMAR PACHTER, State Bar No. 146083
   Supervising Deputy Attorney General
3  ALEXANDRA ROBERT GORDON, State Bar No. 207650
   Deputy Attorney General
4  JOHN D. ECHEVERRIA, State Bar No. 268843
   Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
6  Telephone:  (415) 703-5509
   Fax:  (415) 703-5480
7  E-mail:  Alexandra.RobertGordon@doj.ca.gov
   *Attorneys for Defendants*

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                     SACRAMENTO DIVISION

12

13  **WILLIAM WIESE, et al.,**                    2:17-cv-00903-WBS-KJN

14                                                **STIPULATION RE EXTENSION OF**
                                   Plaintiffs,    **TIME TO ANSWER OR OTHERWISE**
15                                                **RESPOND TO COMPLAINT**

16            v.                                  **(Local Rule 144(a))**

17  **XAVIER BECERRA, et al.,**

18                                  Defendants.   Courtroom:   5, 14th Floor
                                                 Judge:        Hon. William B. Shubb
19                                                Trial Date:   None Set
                                                 Action Filed: April 28, 2017
20

21

22

23

24

25

26

27

28

                                    1

Plaintiffs William Wiese, Jeremiah Morris, Lance Cowley, Sherman Macaston, Adam Richards, Clifford Flores, L.Q. Dang, Frank Federeau, Alan Normandy, Todd Nielsen, the Calguns Foundation, Firearms Policy Coalition, Firearms Policy Foundation, and Second Amendment Foundation (collectively, "Plaintiffs"), and Defendants Attorney General Xavier Becerra, in his official capacity, and Acting Chief Martha Supernor (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on April 28, 2017, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief;

WHEREAS, on May 22, 2017, the parties stipulated to and Defendants filed a stipulation for an extension of time to respond to the originally-filed complaint;

WHEREAS, on June 5, 2017, Plaintiffs filed their First Amended Complaint for Declaratory and Injunctive Relief;

WHEREAS, on June 12, 2017 Plaintiffs filed their Motion for Temporary Restraining Order, Motion for Preliminary Injunction, which was renewed and refiled on June 14, 2017;

WHEREAS, Defendants' last day to answer or otherwise respond to Plaintiffs' First Amended Complaint currently is June 20, 2017;

WHEREAS, in the interest of efficiency and economy, the Parties agree that Defendants' time to answer or otherwise respond to the Complaint should be extended until after the resolution of the Motion for Preliminary Injunction;

WHEREAS, no previous extensions have been sought since the filing of Plaintiffs' First Amended Complaint;

THEREFORE, pursuant to Local Rule 144 (a) and in consideration of the foregoing, it is hereby stipulated that:

Defendant's last day to answer or otherwise respond to Plaintiff's First Amended Complaint shall be no later than 21 days after entry of this Court's order regarding the Motion for Preliminary Injunction.

Dated:  June 15, 2017                          Respectfully submitted,

                                               XAVIER BECERRA
                                               Attorney General of California
                                               TAMAR PACHTER
                                               Supervising Deputy Attorney General
                                               JOHN D. ECHEVERRIA
                                               Deputy Attorney General

                                               */s/ Alexandra Robert Gordon*
                                               ALEXANDRA ROBERT GORDON
                                               Deputy Attorney General
                                               *Attorneys for Defendants*

Dated:  June 15, 2017                          Seiler Epstein Ziegler & Applegate LLP



                                               /s/ *George M. Lee*
                                               GEORGE M. LEE
                                               *Attorneys for Plaintiffs*


HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD CAUSE

APPEARING, **IT IS SO ORDERED**:

Dated:  June 16, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE