UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM WIESE, an individual; JEERMIAH MORRIS, an individual; LANCE COWLEY, an individual; SHERMAN MACASTON, an individual; ADAM RICHARDS, in his capacity as Trustee of the Magazine Ban Lawsuit Trust; CLIFFORD FLORES, individually and as trustee of the Flores Family Trust; L.Q. DANG, an individual; FRANK FEDEREAU, an individual; ALAN NORMANDY, an individual; TODD NIELSEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; and SECOND AMENDMENT FOUNDATION;<br><br>    Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and MARTHA SUPERNOR, in her official capacity as Acting Chief of the Department of Justice Bureau of Firearms;<br><br>    Defendants. | Civ. No.  2:17-903 WBS KJN<br><br>ORDER RE: STIPULATION RE FILING OF SECOND AMENDED COMPLAINT |

1

|   |   |
|---|---|
| 1 | ----oo0oo---- |

Before the court is the parties' Stipulation re Filing of Second Amended Complaint. (Docket No. 53.) In the Stipulation, the parties have agreed to allow plaintiffs to file a Second Amended Complaint on or before July 28, 2017, and that defendants would be allowed to answer or respond within forty days of the filing of the Second Amended Complaint. In order to consider approval of the Stipulation, the court must review the proposed Second Amended Complaint.

IT IS THEREFORE ORDERED that within ten days from the entry of this Order plaintiffs lodge a copy of their proposed Second Amended Complaint; and

IT IS FURTHER ORDERED that defendants may file an answer or response to the First Amended Complaint by August 17, 2017. The court will consider the stipulation to file a Second Amended Complaint and a deadline for defendants to answer or respond to such complaint once the court is presented with the proposed complaint.

Dated:  July 17, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE