UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM WIESE, an individual; JEERMIAH MORRIS, an individual; LANCE COWLEY, an individual; SHERMAN MACASTON, an individual; ADAM RICHARDS, in his capacity as Trustee of the Magazine Ban Lawsuit Trust; CLIFFORD FLORES, individually and as trustee of the Flores Family Trust; L.Q. DANG, an individual; FRANK FEDEREAU, an individual; ALAN NORMANDY, an individual; TODD NIELSEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; and SECOND AMENDMENT FOUNDATION; <br><br>Plaintiffs, <br><br>v. <br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and MARTHA SUPERNOR, in her official capacity as Acting Chief of the Department of Justice Bureau of Firearms; <br><br>Defendants. | Civ. No. 2:17-903 WBS KJN <br><br>ORDER |

1

----oo0oo----

Before the court is the parties' Stipulation re Filing of Second Amended Complaint and plaintiffs' Proposed Second Amended Complaint. (Docket Nos. 53, 55.) In light of the parties' agreement and the lodging of the proposed amended complaint, the court will grant plaintiffs leave to amend their complaint. Plaintiffs are hereby ORDERED to file their Second Amended Complaint within three days from the date of this Order. The Scheduling Conference set for August 28, 2017 will remain on the calendar. The court will discuss the deadline for any answer or response to the Second Amended Complaint at the Scheduling Conference.

IT IS SO ORDERED.

Dated: August 15, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE