UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM WIESE, an individual; JEERMIAH MORRIS, an individual; LANCE COWLEY, an individual; SHERMAN MACASTON, an individual; ADAM RICHARDS, in his capacity as Trustee of the Magazine Ban Lawsuit Trust; CLIFFORD FLORES, individually and as trustee of the Flores Family Trust; L.Q. DANG, an individual; FRANK FEDEREAU, an individual; ALAN NORMANDY, an individual; TODD NIELSEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; and SECOND AMENDMENT FOUNDATION;<br><br>        Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and MARTHA SUPERNOR, in her official capacity as Acting Chief of the Department of Justice Bureau of Firearms;<br><br>        Defendants. | Civ. No. 2:17-903 WBS KJN<br><br>ORDER |

1

----oo0oo----

Before the court is the parties' Stipulation and Proposed Order re Continuance of Hearing and Reply/Opposition Dates on Defendants' Motion to Dismiss. (Docket No. 64.) Given the court's schedule, it is unable to accommodate the requested continuance to November 20, 2017. The court can hear the motion either on November 6, 2017, as previously scheduled, or on February 5, 2018, at 1:30 p.m. On or by October 16, 2017, the parties shall inform the court which date they prefer.

IT IS SO ORDERED.

Dated: October 11, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE