George M. Lee (SBN 172982)
Douglas A. Applegate (SBN 142000)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
**LAW OFFICES OF RAYMOND MARK DIGUISEPPE, PLLC**
2 North Front Street, Fifth Floor
Wilmington, NC 28401
Phone: (910) 713-8804
Fax: (910) 672-7705

Attorneys for Plaintiffs
WILLIAM WIESE, JEREMIAH MORRIS,
LANCE COWLEY, SHERMAN MACASTON,
ADAM RICHARDS, CLIFFORD FLORES,
L.Q. DANG, FRANK FEDEREAU, ALAN NORMANDY,
TODD NIELSEN, THE CALGUNS FOUNDATION,
FIREARMS POLICY COALITION,
FIREARMS POLICY FOUNDATION,
and SECOND AMENDMENT FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WIESE, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>　　　　Defendants. | Case No. 2:17-cv-00903-WBS-KJN<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

This Court, having reviewed the declaration of George M. Lee, counsel of record for plaintiffs in this matter, and the stipulation of the parties, hereby finds good cause and does hereby ORDER a continuance of the hearing date of defendants' Motion to Dismiss Plaintiffs'

– 1 –
ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS

Second Amended Complaint Pursuant to Fed. Rule of Civ. Pro 12(b)(6) ("Motion to Dismiss"). Pursuant to the further Stipulation of the parties, filed on October 16, 2017 (Dkt. #67), the hearing on Defendants' Motion to Dismiss shall now be held on **February 5, 2018,** at 1:30 p.m.

Opposition and reply papers regarding the Motion to Dismiss shall be filed pursuant to E.D. Local Rule 230, unless the parties stipulate otherwise and such stipulation is approved by the Court.

SO ORDERED.

Dated: October 17, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE