1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12   WILLIAM WIESE, an individual;        Civ. No.  2:17-903 WBS KJN
     JEERMIAH MORRIS, an individual;
13   LANCE COWLEY, an individual;
     SHERMAN MACASTON, an individual;
14   CLIFFORD FLORES, individually       ORDER
     and as trustee of the Flores
15   Family Trust; L.Q. DANG, an
     individual; FRANK FEDEREAU, an
16   individual; ALAN NORMANDY, an
     individual; TODD NIELSEN, an
17   individual; THE CALGUNS
     FOUNDATION; FIREARMS POLICY
18   COALITION; FIREARMS POLICY
     FOUNDATION; and SECOND AMENDMENT
19   FOUNDATION,

20              Plaintiffs,

21        v.

22   XAVIER BECERRA, in his official
     capacity as Attorney General of
23   California; and MARTHA SUPERNOR,
     in her official capacity as
24   Acting Chief of the Department
     of Justice Bureau of Firearms,
25
                Defendants.
26

27                          ----oo0oo----

28
                                 1

Everytown for Gun Safety's motion for leave to file an amicus curiae brief in support of defendants' motion to dismiss plaintiffs' Second Amended Complaint (Docket No. 62) is DENIED AS MOOT.

Dated:  February 6, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE