UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM WIESE, an individual; JEERMIAH MORRIS, an individual; LANCE COWLEY, an individual; SHERMAN MACASTON, an individual; CLIFFORD FLORES, individually and as trustee of the Flores Family Trust; L.Q. DANG, an individual; FRANK FEDEREAU, an individual; ALAN NORMANDY, an individual; TODD NIELSEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; and SECOND AMENDMENT FOUNDATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and MARTHA SUPERNOR, in her official capacity as Acting Chief of the Department of Justice Bureau of Firearms,<br><br>        Defendants. | Civ. No. 2:17-903 WBS KJN<br><br>ORDER STAYING DISCOVERY |

----oo0oo----

1

1    Before the court is parties' Joint Status Report filed
2    March 12, 2018.  (Docket No. 79.)  Pursuant to the agreement of
3    the parties, all discovery is STAYED pending resolution of any
4    motion to dismiss plaintiffs' Third Amended Complaint.  However,
5    given the parties' disagreement about whether this case should be
6    stayed pending the Ninth Circuit's decision in Duncan v. Becerra,
7    No. 17-56081, the court declines to reset the Scheduling
8    Conference set for March 26, 2018.  At the Scheduling Conference,
9    the parties shall be prepared to discuss their positions as to
10   whether a complete stay of this action is appropriate.
11        IT IS SO ORDERED.
12   Dated:  March 12, 2018

         WILLIAM B. SHUBB
         UNITED STATES DISTRICT JUDGE