Xavier Becerra, State Bar No. 118517
Attorney General of California
Mark R. Beckington, State Bar No. 126009
Supervising Deputy Attorney General
John D. Echeverria, State Bar No. 268843
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6249
  Fax: (213) 897-5775
  E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendants*

George M. Lee, State Bar No. 172982
Douglas A. Applegate, State Bar No. 142000
SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
  601 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  Telephone: (415) 979-0500
  Fax: (415) 979-0511

Raymond M. DiGuiseppe, State Bar No. 228457
LAW OFFICES OF RAYMOND MARK
DIGUISEPPE, PLLC
  2 North Front Street, Fifth Floor
  Wilmington, NC 28401
  Telephone: (910) 713-8804
  Fax: (910) 672-7705
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM WIESE, et al.,**<br><br>                        Plaintiff,<br><br>**v.**<br><br>**XAVIER BECERRA, et al.,**<br><br>                       Defendant. | 2:17-cv-00903-WBS-KJN<br><br>**ORDER STAYING PROCEEDINGS**<br><br>Date:         March 26, 2018<br>Time:        1:30 p.m.<br>Courtroom:  5, 14th Floor<br>Judge:       Hon. William B. Shubb<br>Trial Date:  None Set<br>Action Filed:  April 28, 2017 |

//

This Court, having reviewed the Joint Status Report of the parties filed on March 12, 2018 (Docket No. 79), and their Supplement to Joint Status Report filed on March 23, 2018, finds good cause and will hereby ORDER as follows:

In furtherance of this Court's Order Staying Discovery entered on March 12, 2018 (Docket No. 80), and pursuant to the agreement and request of the parties, these proceedings shall be stayed, pending the outcome of the California Attorney General's appeal of the grant of a preliminary injunction in *Duncan v. Becerra*, Ninth Circuit Court of Appeals Docket No. 17-56081, through and until the date of the Scheduling Conference specified below, and subject to any party's ability to inform this Court of any developments that would warrant a lifting of the stay at an earlier date.

The current Scheduling Conference presently set for hearing on March 26, 2018 is hereby VACATED. A new Scheduling Conference shall be held on **July 30, 2018 at 1:30 p.m.** A further Joint Status Report shall be filed no later than **July 16, 2018**.

SO ORDERED.

Dated: March 23, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE