Xavier Becerra, State Bar No. 118517
Attorney General of California
Mark R. Beckington, State Bar No. 126009
Supervising Deputy Attorney General
John D. Echeverria, State Bar No. 268843
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6249
  Fax: (213) 897-5775
  E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendants*

George M. Lee, State Bar No. 172982
Douglas A. Applegate, State Bar No. 142000
SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
  601 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  Telephone: (415) 979-0500
  Fax: (415) 979-0511

Raymond M. DiGuiseppe, State Bar No. 228457
LAW OFFICES OF RAYMOND MARK
DIGUISEPPE, PLLC
  2 North Front Street, Fifth Floor
  Wilmington, NC 28401
  Telephone: (910) 713-8804
  Fax: (910) 672-7705
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM WIESE, et al.,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**XAVIER BECERRA, et al.,**<br><br>                            Defendant. | 2:17-cv-00903-WBS-KJN<br><br>**ORDER EXTENDING STAY OF PROCEEDINGS**<br><br>Date:         July 30, 2018<br>Time:        1:30 p.m.<br>Courtroom:  5, 14th Floor<br>Judge:       Hon. William B. Shubb<br>Trial Date:  None Set<br>Action Filed:  April 28, 2017 |

//

1

This Court, having reviewed the Joint Status Report of the parties filed on July 16, 2018, finds good cause and will hereby ORDER as follows:

In furtherance of this Court's Order Staying Discovery entered on March 12, 2018 (Dkt. No. 80), and pursuant to the agreement and request of the parties set forth in the Joint Status Report filed on July 16, 2018, the stay presently in place in this action (Dkt. No. 82) is extended, pending the outcome of the California Attorney General's appeal of the grant of a preliminary injunction in *Duncan v. Becerra*, Ninth Circuit Court of Appeals Docket No. 17-56081, through and until the date of the Scheduling Conference specified below, and subject to any party's ability to inform this Court of any developments that would warrant a lifting of the stay at an earlier date.

The current Scheduling Conference presently set for hearing on July 30, 2018 is hereby VACATED. A new Scheduling Conference shall be held on **September 24, 2018** at 1:30 p.m., or earlier as this Court may allow upon the application of any party.

SO ORDERED.

Dated: July 20, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE