UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM WIESE, an individual; JEERMIAH MORRIS, an individual; LANCE COWLEY, an individual; SHERMAN MACASTON, an individual; CLIFFORD FLORES, individually and as trustee of the Flores Family Trust; L.Q. DANG, an individual; FRANK FEDEREAU, an individual; ALAN NORMANDY, an individual; TODD NIELSEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; and SECOND AMENDMENT FOUNDATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and MARTHA SUPERNOR, in her official capacity as Acting Chief of the Department of Justice Bureau of Firearms,<br><br>        Defendants. | Civ. No. 2:17-903 WBS KJN<br><br>ORDER |

----oo0oo----

1

Pursuant to the discussion on the record at the status conference held September 24, 2018, this case is STAYED pending resolution of any en banc proceedings by the Ninth Circuit in Duncan v. Becerra, No. 17-56081. The parties shall file a joint status report within 14 days after the Ninth Circuit issues a decision regarding whether the Duncan case will be reheard en banc. Should the Ninth Circuit decline to rehear Duncan, the parties' joint status report shall set forth an agreed proposed date for a status conference and agreed proposed deadlines, including for any motion to dismiss by defendants.

IT IS SO ORDERED.

Dated: September 24, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE