1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MARK R. BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  JOHN D. ECHEVERRIA, State Bar No. 268843
   Deputy Attorney General
4    300 South Spring Street, Suite 1702
     Los Angeles, CA 90013
5    Telephone: (213) 269-6249
     Fax: (213) 897-5775
6    E-mail: John.Echeverria@doj.ca.gov
   *Attorneys for Defendants*

   George M. Lee, State Bar No. 172982
8  SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
     601 Montgomery Street, Suite 2000
9    San Francisco, CA 94111
     Telephone: (415) 979-0500
10   Fax: (415) 979-0511

11 Raymond M. DiGuiseppe, State Bar No. 228457
   THE DiGUISEPPE LAW FIRM, P.C.
12   2 North Front Street, Fifth Floor
     Wilmington, NC 28401
13   Telephone: (910) 713-8804
     Fax: (910) 672-7705
14 *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM WIESE, et al.,** | 2:17-cv-00903-WBS-KJN |
| Plaintiffs, | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| v. | |
| **XAVIER BECERRA, et al.,** | |
| Defendants. | |

//

//

//

1

In anticipation of the Scheduling Conference presently set for hearing on April 15, 2019, the parties submitted their Joint Status Report on April 1, 2019 [Dkt. #106], pursuant to this Court's Order entered on March 5, 2019 (Dkt. No. 104), and in accordance with the Court's April 28, 2017 Order re Status (Pretrial Scheduling Conference) (Dkt. #4).

In their Joint Status Report, the parties requested a continuance of thirty (30) days in light of the district court's recent entry of Judgment and a memorandum decision in *Duncan v. Becerra*, S.D. Cal. No. 3:17-cv-01017-BEN-JLB ("*Duncan*") entered on March 29, 2019 [Doc. #88]. The parties in the present case represented that they are reviewing the decision and judgment in *Duncan*, and are continuing to meet and confer about how to proceed with the instant matter.

Accordingly, and good cause appearing, the parties' request for a continuance of the Scheduling Conference is hereby GRANTED. The Scheduling Conference is hereby continued to May 13, 2019 at 1:30 p.m. before this Court. The parties shall continue to meet and confer, and shall submit a Joint Status Report with all matters required by this Court's Pretrial Scheduling Conference (Dkt. 4) on or before May 1, 2019.

IT IS SO ORDERED.

Dated: April 2, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE