UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM WIESE, an individual; JEERMIAH MORRIS, an individual; LANCE COWLEY, an individual; SHERMAN MACASTON, an individual; CLIFFORD FLORES, individually and as trustee of the Flores Family Trust; L.Q. DANG, an individual; FRANK FEDEREAU, an individual; ALAN NORMANDY, an individual; TODD NIELSEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; and SECOND AMENDMENT FOUNDATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and MARTHA SUPERNOR, in her official capacity as Acting Chief of the Department of Justice Bureau of Firearms,<br><br>        Defendants. | Civ. No. 2:17-903 WBS KJN<br><br>ORDER |

----oo0oo----

1

Before the court is parties' Joint Status Report filed May 1, 2019. (Docket No. 109.) In the Report, defendants request a stay of this case pending resolution of their appeal in Duncan v. Becerra, No. 19-55376 (9th Cir.). Plaintiffs do not oppose the request. In light of plaintiffs' non-opposition, the request will be granted. This case is STAYED pending resolution of defendants' appeal in Duncan v. Becerra. The parties shall file a joint status report within 14 days after the Ninth Circuit issues a decision in Duncan. The scheduling conference set for May 13, 2019 is hereby vacated.

IT IS SO ORDERED.

Dated: May 8, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE