XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA, State Bar No. 268843
Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone:  (415) 510-3479
   Fax:  (415) 703-1234
   E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants*

George M. Lee, State Bar No. 172982
SEILER EPSTEIN LLP
   275 Battery Street, Suite 1600
   San Francisco, CA  94111
   Telephone:  (415) 979-0500
   E-mail: gml@seilerepstein.com

Raymond M. DiGuiseppe, State Bar No. 228457
THE DIGUISEPPE LAW FIRM, P.C.
   4320 Southport-Supply Road, Suite 300
   Southport, North Carolina 28461
   Phone: (910) 713-8804
   Fax: (910) 672-7705
   Email: law.rmd@gmail.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM WIESE, et al.,** | 2:17-cv-00903-WBS-KJN |
| Plaintiff, | **JOINT STATUS REPORT FOLLOWING DUNCAN v. BECERRA** |
| **v.** | |
| **XAVIER BECERRA, et al.,** | |
| Defendant. | |

//

1

Pursuant to this Court's Order of May 8, 2019 [Dkt. 110], in which this Court ordered the parties to submit a joint status report within fourteen (14) days after the Ninth Circuit issues its decision in *Duncan v. Becerra*, No. 19-55376, the parties to the above-entitled action hereby submit this Joint Status Report following the Ninth Circuit's issuance of an opinion on August 14, 2020.

## DUNCAN V. BECERRA

On August 14, 2020, the Ninth Circuit issued an opinion in *Duncan v. Becerra*, No. 17-56081, in which a divided panel affirmed the district court's grant of summary judgment for the plaintiffs in that action, Southern District of California No. 3:17-cv-01017-BEN-JLB, Hon. Roger T. Benitez presiding. A copy of the Ninth Circuit opinion is attached hereto as **Exhibit A**.

## PLAINTIFFS' POSITION RE LIFTING THE STAY, AND MOTION FOR SUMMARY JUDGMENT

In light of the Ninth Circuit's opinion in *Duncan*, and the long stay that has been imposed in this case while awaiting the same,[1] plaintiffs in the instant case request that this Court now lift its stay ordered on May 8, 2019 [ECF No. 110], and would propose that the court order a briefing and hearing schedule on plaintiffs' anticipated motion for summary judgment as to all claims. Plaintiffs propose to file their motion for summary judgment and supporting papers by October 1, 2020, with a briefing and hearing schedule to be set by the Court. Plaintiffs would be willing to submit said motion to be decided on the papers, without necessity of a hearing, unless the Court would find a hearing to be necessary or helpful.

## DEFENDANTS' POSITION

Although the Ninth Circuit has issued an opinion in *Duncan v. Becerra*, the mandate has not issued and the appeal is not yet final.  Defendants respectfully request that the Court continue the stay of proceedings in this case until the *Duncan* appellate proceedings are finally resolved,

---

[1] Plaintiffs would note that the instant case was filed on April 28, 2017, several weeks before the *Duncan* case was filed in the Southern District of California.

requiring the parties to submit a joint status report within fourteen (14) days of the issuance of the mandate in *Duncan*.

■   ■   ■

The parties are available to attend a scheduling conference to discuss these matters, should it please the Court. The parties would request to appear by telephone at any such conference.

Respectfully submitted,

Dated:  August 26, 2020

SEILER EPSTEIN LLP

/s/ George M. Lee
George M. Lee
*Attorneys for Plaintiffs*

Dated: August 26, 2020

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ John D. Echeverria
JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants*