Rob Bonta, State Bar No. 202668
Attorney General of California
Patty Li, State Bar No. 266937
Supervising Deputy Attorney General
Robert L. Meyerhoff, State Bar No. 298196
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6177
 Fax:  (916) 731-2144
 E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM WIESE, et al.,**<br><br>                              Plaintiffs,<br><br>         v.<br><br>**XAVIER BECERRA, et al.,**<br><br>                              Defendants. | Case No.:  17-cv-00903-WBS-KJN<br><br>**NOTICE OF APPEARANCE**<br><br>Courtroom:  5, 14th Floor<br>Judge:  Hon. William B. Shubb<br>Action Filed: April 28, 2017 |

1

PLEASE TAKE NOTICE that Deputy Attorney General Robert L. Meyerhoff hereby enters his appearance as additional counsel for defendants Rob Bonta and Blake Graham[1] in this action. Mr. Meyerhoff is a member of the State Bar of California and is admitted to practice in the Eastern District of California. His contact information is as follows:

> Robert L. Meyerhoff
> 300 South Spring Street, Suite 1702
> Los Angeles, CA  90013
> Telephone:  (213) 269-6177
> Facsimile:  (916) 731-2144
> E-mail:  Robert.Meyerhoff@doj.ca.gov

Dated:  August 1, 2022                    Respectfully submitted,

ROB BONTA
Attorney General of California
PATTY LI
Supervising Deputy Attorney General


*s/ Robert L. Meyerhoff*
ROBERT L. MEYERHOFF
Deputy Attorney General
*Attorneys for Defendants*

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Rob Bonta, in his official capacity, is substituted for former Attorney General Xavier Becerra, and Acting Director of the Bureau of Firearms Blake Graham, in his official capacity, is substituted for Chief Martin Horan, who had been substituted for Chief Stephen Lindley, who in turn had been substituted for Acting Chief Martha Supernor.

# CERTIFICATE OF SERVICE

Case Name:  **William Wiese, et al. v. Rob Bonta, et al.**　　No.  **17-cv-00903-WBS-KJN**

I hereby certify that on <u>August 1, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 1, 2022</u>, at Los Angeles, California.

|  |  |
|---|---|
| Robert Leslie Meyerhoff | *RobertM* |
| Declarant | Signature |