1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         ----oo0oo----

11

12   WILLIAM WIESE, an individual;        No. 2:17-cv-903 WBS KJN
     JEERMIAH MORRIS, an individual;
13   LANCE COWLEY, an individual;
     SHERMAN MACASTON, an individual;
14   CLIFFORD FLORES, individually        ORDER
     and as trustee of the Flores
15   Family Trust; L.Q. DANG, an
     individual; FRANK FEDEREAU, an
16   individual; ALAN NORMANDY, an
     individual; TODD NIELSEN, an
17   individual; THE CALGUNS
     FOUNDATION; FIREARMS POLICY
18   COALITION; FIREARMS POLICY
     FOUNDATION; and SECOND AMENDMENT
19   FOUNDATION,

20              Plaintiffs,

21        v.

22   XAVIER BECERRA, in his official
     capacity as Attorney General of
23   California; and MARTHA SUPERNOR,
     in her official capacity as
24   Acting Chief of the Department
     of Justice Bureau of Firearms,
25
                Defendants.
26

27                         ----oo0oo----

28
                              1

1        The court previously stayed this case pending

2  defendants' appeal in Duncan v. Bonta, No. 19-55376 (9th Cir.).

3  The parties have now filed a joint status report informing the

4  court of the Supreme Court's decision granting certiorari in

5  Duncan, vacating the judgment, and remanding to the Ninth Circuit

6  for further consideration in light of the Court's decision in New

7  York State Rifle & Pistol Ass'n, Inc. v Bruen, 142 S. Ct. 2111

8  (2022).  See Duncan v. Bonta, 142 S. Ct. 2895 (June 30, 2022).

9  Their joint status report also informed the court that the Ninth

10 Circuit remanded Duncan to the district court for further

11 proceedings consistent with Bruen.  See Duncan v. Bonta, 2022 WL

12 4393577 (Sept. 23, 2022).  In light of these developments, the

13 stay in this case is hereby LIFTED and a status conference is set

14 in this case for **November 7, 2022 at 1:30 p.m.** via Zoom

15 videoconference.  The courtroom deputy shall email counsel of

16 record with instructions on how to participate in the Zoom

17 videoconference.

18        IT IS SO ORDERED

19 Dated:  October 19, 2022
                                WILLIAM B. SHUBB
20                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2