1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  PATTY LI, State Bar No. 266937
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF, State Bar No. 298196
   Deputy Attorney General
4  300 South Spring Street, Suite 1702
   Los Angeles, CA  90013
5  Telephone:  (213) 269-6177
   Fax:  (916) 731-2144
6  E-mail:  Robert.Meyerhoff@doj.ca.gov
   *Attorneys for Defendants*

7
   George M. Lee, State Bar No. 172982
8  SEILER EPSTEIN LLP
     275 Battery Street, Suite 1600
9    San Francisco, CA  94111
     Telephone:  (415) 979-0500
10   Fax:  (415) 979-0511

11 Raymond M. DiGuiseppe, State Bar No. 228457
   THE DIGUISEPPE LAW FIRM, P.C.
12   4320 Southport Supply Road, Suite 300
     Southport, NC 28461
13   Telephone:  (910) 713-8804
     Fax:  (910) 672-7705
14 *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM WIESE, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**XAVIER BECERRA, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:17-cv-00903-WBS-KJN<br><br>**JOINT STATEMENT RE: STATUS CONFERENCE RE: FURTHER PROCEEDINGS** |

1

Plaintiffs William Wiese, Jeremiah Morris, Lance Cowley, Sherman Macaston, Frank Federau, Alan Normandy, Todd Nielsen, Calguns Foundation, Firearms Policy Foundation, Firearms Policy Coalition, Firearms Policy Foundation, Second Amendment Foundation, Second Amendment Coalition, Adam Richards, Clifford Flores, and I.Q. Dang, and Defendants Rob Bonta in his official capacity as Attorney General of California and Allison Mendoza in her official capacity as Acting Director of the Department of Justice Bureau of Firearms (Defendants, and together with Plaintiffs, the Parties) hereby agree as follows:

WHEREAS, on October 19, 2022, the Court set a status conference regarding Further Proceedings to be conducted via Zoom on November 7, 2022 (Dkt. 116);

WHEREAS, on November 2, 2022, the Court issued an order for the Parties' counsel to appear in person at the November 7, 2022 conference (Dkt. 117);

WHEREAS, on November 2, 2022, Defendants' lead counsel asked the Court to permit him to appear remotely at the November 7, 2022 conference;

WHEREAS, Defendants' lead counsel made that request because (a) his partner and he are expecting a child in early December of 2022, and he is hesitant to travel from Los Angeles (where he is based) so close to the due date in case of any complications, and (b) he is lead counsel in *Duncan v. Bonta*, Case No. 17-1017 (S.D. Cal.), another case in which Plaintiffs challenge California's restrictions on large-capacity magazines, and the Attorney General has a November 10, 2022 deadline for the Attorney General to provide the court in Duncan with supplemental briefing responsive to the Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), and traveling to and from Los Angeles for the day prior to that deadline would potentially have a negative impact on his client's ability to provide the most fulsome responsive briefing; and

WHEREAS, respective counsel for Defendants and Plaintiffs have met and conferred regarding the timing of the status conference, and make the following representations and requests for relief:

1. Defendants respectfully request via this joint statement that the conference be continued to January 17, 2023, or a date thereafter, but not if in doing so the Court also grants Plaintiffs the

Joint Statement re: Status Conference re: Further Proceedings (2:17-cv-00903-WBS-KJN)

leave they request to file a summary judgment prior to the conference being held, for the reasons stated in the parties' Joint Status Report filed on October 7, 2022 (Dkt. 115).

    2. Plaintiffs state that for the reasons set forth in the parties' Joint Status Report filed on October 7, 2022 (Dkt. 115), and the long delay Plaintiffs have endured while waiting for the *Duncan v. Bonta* case to be decided, Plaintiffs cannot stipulate to a lengthy delay of the proceedings. Plaintiffs advise the Court, however, that their counsel undersigned would be available for personal appearance at a status conference on January 17, 2023, or the first available date for such status conference as the Court may allow, to accommodate defense counsel's hardship. Plaintiffs would request that if the Court continues the status conference to such date, that it also grant Plaintiffs leave to file a summary judgment motion as a part of any order continuing the status conference.

Dated: November 3, 2022

    ROB BONTA
    Attorney General of California
    MARK R. BECKINGTON
    Supervising Deputy Attorney General

    /s/ Robert L. Meyerhoff
    ROBERT L. MEYERHOFF
    Deputy Attorney General
    *Attorneys for Defendants*

Dated: November 3, 2022

    SEILER EPSTEIN LLP

    /s/ GEORGE M. LEE

    George M. Lee
    *Attorneys for Plaintiffs*