ROB BONTA, State Bar No. 202668
Attorney General of California
PATTY LI, State Bar No. 266937
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF, State Bar No. 298196
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6177
 Fax:  (916) 731-2144
 E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Defendants*

George M. Lee, State Bar No. 172982
SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
  601 Montgomery Street, Suite 2000
  San Francisco, CA  94111
  Telephone:  (415) 979-0500
  Fax:  (415) 979-0511

Raymond M. DiGuiseppe, State Bar No. 228457
THE DiGUISEPPE LAW FIRM, P.C.
 2 North Front Street, Fifth Floor
 Wilmington, NC 28401
 Telephone:  (910) 713-8804
 Fax:  (910) 672-7705
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM WIESE, et al.,** | 2:17-cv-00903-WBS-KJN |
| Plaintiffs, | **ORDER RE: JOINT STATEMENT CONTINUING STATUS CONFERENCE RE: FURTHER PROCEEDINGS** |
| v. | |
| **XAVIER BECERRA, et al.,** | |
| Defendants. | |

1

# ORDER

Having considered the Joint Statement re: Status Conference re: Further Proceedings, set for November 7, 2022, the Status Conference is hereby continued until January 17, 2023 at 1:30 p.m. to be held in person, in open court.

**IT IS SO ORDERED.**

Dated: November 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE