ROB BONTA  
Attorney General of California  
MARK R. BECKINGTON  
Supervising Deputy Attorney General  
ROBERT L. MEYERHOFF  
Deputy Attorney General  
JOHN D. ECHEVERRIA  
Deputy Attorney General  
State Bar No. 268843  
  455 Golden Gate Avenue, Suite 11000  
  San Francisco, CA  94102-7004  
  Telephone:  (415) 510-3479  
  Fax:  (415) 703-1234  
  E-mail:  John.Echeverria@doj.ca.gov  
*Attorneys for Defendants*[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM WIESE, et al.,** | 2:17-cv-00903-WBS-KJN |
| Plaintiff, | **STIPULATION RE: MOTION FOR SUMMARY JUDGMENT** |
| v. | Courtroom: 5, 14th Floor |
| **XAVIER BECERRA, et al.,** | Judge: Hon. William B. Shubb |
| | Trial Date: None Set |
| Defendants. | Action Filed: April 28, 2017 |

## STIPULATION

The parties to this action, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on January 13, 2023, the Court issued the following Order:

> [T]he court will allow plaintiffs to file their motion for summary judgment forthwith. The court will then consider [a] request under Federal Rule of Civil Procedure 56(d)

---

[1] Rob Bonta has succeeded former Attorney General Xavier Becerra as the Attorney General of the State of California, and Allison Mendoza is now serving as Director of the Bureau of Firearms.  Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Bonta and Acting Director Mendoza, in their respective official capacities, are substituted as the defendants in this case.

1

after plaintiffs' motion for summary judgment has been filed, should defendants feel discovery is necessary to respond to plaintiffs' motion.

Dkt. 120 at 2;

WHEREAS, the parties have met and conferred about the forthcoming motion for summary judgment and agree that the Court should issue a briefing schedule in connection with the forthcoming motion; and

WHEREAS, the parties have agreed that once Plaintiffs' motion for summary judgment is filed, Defendants should be afforded 30 days within which to file an opposition (and potential counter-motion for summary judgment), Plaintiffs should be afforded 30 days from the filing of that opposition and/or counter-motion for summary judgment to file a reply in support of their motion for summary judgment and opposition to Defendants' counter-motion, and Defendants should be afforded 21 days from the filing of Plaintiffs' opposition to the counter-motion for summary judgment to file a reply; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and counsel for Defendants, that:

1. Within 30 days of the filing of Plaintiffs' motion for summary judgment, Defendants shall file an opposition (and potential counter-motion for summary judgment);

2. Plaintiffs' reply shall be due within 30 days of the filing of Defendants' opposition to Plaintiffs' motion for summary judgment;

3. If Defendants file a counter-motion for summary judgment, Plaintiffs' opposition shall be filed with their reply in support of their motion for summary judgment, and Defendants' reply in support of their counter-motion for summary judgment shall be due within 21 days thereafter; and

4. Hearing on Plaintiffs' motion for summary judgment shall be set for July 10, 2023.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| 1  Dated:  March 31, 2023 | ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br>JOHN D. ECHEVERRIA<br>Deputy Attorney General |

/s/
ROBERT L. MEYERHOFF
Deputy Attorney General
*Attorneys for Defendants*

Dated:  March 31, 2023

/s/ (as authorized on March 31, 2023)
George M. Lee
SEILER EPSTEIN LLP
*Attorneys for Plaintiffs*

/s/ (as authorized on March 31, 2023)
Raymond DiGuiseppe
THE DIGUISEPPE LAW FIRM, P.C.
*Attorneys for Plaintiffs*

Dated:  March 31, 2023