George M. Lee (SBN 172982)
  gml@seilerepstein.com
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:    (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
  law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: (910) 713-8804
Fax: (910) 672-7705

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WIESE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ROB BONTA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | Case No. 2:17-cv-00903-WBS-KJN <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> **[FRCP 56]** <br><br> Date:     July 10, 2023 <br> Time:    1:30 p.m. <br> Courtroom 5, 14th Floor <br> Judge:   Hon. William B. Shubb |

TO DEFENDANTS, THROUGH THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **July 10, 2023**, at **1:30 p.m.**, in Courtroom 5, 14th Floor of the United States District Court, Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, CA 95814, plaintiffs William Wiese, Jeremiah Morris, Lance Cowley, Sherman Macaston, Clifford Flores, L.Q. Dang, Frank Federau, Alan Normandy, Todd Nielsen, California Gun Rights Foundation (formerly the Calguns Foundation), Firearms Policy Coalition, FPC

Action Foundation (formerly Firearms Policy Foundation), and Second Amendment Foundation ( "Plaintiffs") will and hereby do move this Court for an order granting them summary judgment in their favor, and against defendants Rob Bonta, in his capacity as Attorney General of the State of California, and Allison Mendoza, in her capacity as Acting Director of the Bureau of Firearms ("Defendants"), pursuant to Fed. Rule Civ. Pro. 56, and the order of this Court [Dkt. #120].

The grounds for Plaintiffs' motion are that the portions of the law which prohibit the possession, manufacture, sale or transfer of "large-capacity magazines"—as that term is defined by statute—specifically, Cal. Penal Code §§ 32310, 32390, 32445, and 32450, and each of them, violate the Second Amendment of the United States Constitution, that these subject laws violate the Due Process and Takings Clauses of the United States Constitution and the California Constitution, and that section 32445 violates the Equal Protection Clause of the United States Constitution and the California Constitution. Accordingly, and in all instances, Plaintiffs are entitled to summary judgment in their favor.

In support of this motion, Plaintiffs will rely upon this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the supporting declarations and exhibits, all matters of which the Court may take judicial notice, and any other such evidence and argument that the Court may consider upon the hearing of this matter.

Dated: March 31, 2023

**SEILER EPSTEIN LLP**

/s/ George M. Lee
George M. Lee

**THE DIGUISEPPE LAW FIRM, P.C.**

/s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe

Attorneys for Plaintiffs