IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM WIESE, et al.,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**XAVIER BECERRA, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | 2:17-cv-00903-WBS-KJN<br><br>**ORDER REGARDING STIPULATION RE: MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom:　5, 14th Floor<br>Judge:　　　Hon. William B. Shubb<br>Trial Date:　None Set<br>Action Filed:　April 28, 2017 |

　　　The Court, having reviewed the parties' stipulation filed on March 31, 2023, finds good cause and hereby orders as follows:

　　　1.　Within 30 days of the filing of Plaintiffs' motion for summary judgment, Defendants shall file an opposition (and potential counter-motion for summary judgment);

　　　2.　Plaintiffs' reply shall be due within 30 days of the filing of Defendants' opposition to Plaintiffs' motion for summary judgment; and

　　　3.　If Defendants file a counter-motion for summary judgment, Plaintiffs' opposition shall be filed with their reply in support of their motion for summary judgment, and Defendants' reply in support of their counter-motion for summary judgment shall be due within 21 days thereafter.

1

4. Hearing on Plaintiffs' motion for summary judgment shall be set for July 10, 2023 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: April 3, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE