1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MARK BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF, State Bar No. 298196
   Deputy Attorney General
4  300 South Spring Street, Suite 1702
   Los Angeles, CA  90013
5  Telephone:  (213) 269-6177
   Fax:  (916) 731-2144
6  E-mail:  Robert.Meyerhoff@doj.ca.gov
   *Attorneys for Defendants*

7

8  George M. Lee, State Bar No. 172982
   SEILER EPSTEIN LLP
     4 Embarcadero Center, 14th Floor
9    San Francisco, CA  94111
     Telephone:  (415) 979-0500
10   Fax:  (415) 979-0511

11 Raymond M. DiGuiseppe, State Bar No. 228457
   THE DIGUISEPPE LAW FIRM, P.C.
12   116 N. Howe Street, Suite A
     Southport, NC 28461
13   Telephone:  (910) 713-8804
     Fax:  (910) 672-7705
14 *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM WIESE, et al.,** | 2:17-cv-00903-WBS-KJN |
| Plaintiffs, | **STIPULATION RE: DEPOSITION SCHEDULING PURSUANT TO THE COURT'S JUNE 27, 2023 ORDER** |
| v. | |
| **XAVIER BECERRA, et al.,** | |
| Defendants. | |

Plaintiffs William Wiese, Jeremiah Morris, Lance Cowley, Sherman Macaston, Frank Federau, Alan Normandy, Todd Nielsen, Calguns Foundation, Firearms Policy Foundation, Firearms Policy Coalition, Firearms Policy Foundation, Second Amendment Foundation, Second Amendment Coalition, Adam Richards, Clifford Flores, and I.Q. Dang, and Defendants Rob Bonta in his official capacity as Attorney General of California and Allison Mendoza in her official capacity as Acting Director of the Department of Justice Bureau of Firearms (Defendants, and together with Plaintiffs, the Parties) hereby stipulate and agree as follows:

WHEREAS, on June 27, 2023, the Court issued an order granting Defendants leave to take thirteen depositions of individuals who submitted declarations on Plaintiffs' behalf in this case by July 28, 2023 (Dkt. No. 132) (the "Order");

WHEREAS, on June 28, 2023, the Parties began meeting and conferring regarding the scheduling of those depositions;

WHEREAS, as of today's date (July 20, 2023), six of those individuals have been deposed, and two more of those individuals are scheduled to be de deposed by July 27, 2023;

WHEREAS, the Parties have tentatively reached an agreement to forego the depositions of three of the declarants;

WHEREAS, despite their best efforts, Plaintiffs were unable to produce the two remaining declarants (*i.e.*, Alan Normandy and James Curcuruto) for deposition by July 28, 2023, but are able to make them available on August 2, 2023 and August 3, 2023, respectively;

WHEREAS, Defendants are able to depose Messrs. Normandy and Curcuruto on those dates and do not seek to adjust any of the other deadlines set forth in the Order as a result of those depositions occurring after July 28, 2023;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that, with the Court's permission, the deadline for depositions to be completed pursuant to the Order be extended to August 3, 2023.

| | | |
|---|---|---|
| 1 | Dated:  July 21, 2023 | ROB BONTA<br>Attorney General of California |
| 2 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 3 | | |
| 4 | | |
| 5 | | /s/ Robert L. Meyerhoff<br>ROBERT L. MEYERHOFF |
| 6 | | Deputy Attorney General<br>*Attorneys for Defendants* |

Dated:  July 21, 2023

SEILER EPSTEIN LLP

/s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe
*Attorneys for Plaintiffs*