ROB BONTA, State Bar No. 202668
Attorney General of California
MARK BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF, State Bar No. 298196
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6177
 Fax:  (916) 731-2144
 E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Defendants*

George M. Lee, State Bar No. 172982
SEILER EPSTEIN LLP
  4 Embarcadero Center, 14th Floor
  San Francisco, CA  94111
  Telephone:  (415) 979-0500
  Fax:  (415) 979-0511

Raymond M. DiGuiseppe, State Bar No. 228457
THE DIGUISEPPE LAW FIRM, P.C.
  116 N. Howe Street, Suite A
  Southport, NC 28461
  Telephone:  (910) 713-8804
  Fax:  (910) 672-7705
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM WIESE, et al.,**<br><br>                                        Plaintiffs,<br><br>   v.<br><br>**XAVIER BECERRA, et al.,**<br><br>                                        Defendants. | 2:17-cv-00903-WBS-KJN<br><br>**ORDER STIPULATION RE: DEPOSITION SCHEDULING PURSUANT TO THE COURT'S JUNE 27, 2023 ORDER** |

# ORDER

Having considered the Stipulation re: Deposition Scheduling Pursuant to the Court's June 27, 2023 Order, the deadline for depositions to be completed pursuant to the Order is hereby extended to August 3, 2023.

**IT IS SO ORDERED.**

Dated: July 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE