ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone: (213) 269-6177
  Fax:  (916) 731-2144
  E-mail: Robert.Meyerhoff@doj.ca.gov
*Attorneys for Defendants Rob Bonta in his official capacity as Attorney General of the State of California and Allison Mendoza in her Official Capacity as Director of the Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM WIESE, et al.,**<br><br>                    Plaintiffs,<br><br>        v.<br><br>**ROB BONTA, et al.,**<br><br>                    Defendants. | Case No. 2:17-cv-00903-WBS-KJN<br><br>**SUPPLEMENTAL DECLARATION OF LUCY P. ALLEN IN SUPPORT OF DEFENDANTS` OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND COUNTER-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      July 10, 2023<br>Time:      1:30 p.m.<br>Courtroom:5, 14th Floor<br>Judge:   Hon. William B. Shubb |

### SUPPLEMENTAL DECLARATION OF LUCY P. ALLEN

I, Lucy P. Allen, declare under penalty of perjury under the laws of the United States that the information in this declaration is true:

1.    I previously submitted a declaration in this case in June 2017 (the "2017 Declaration"). This supplemental declaration provides additional data and analysis.

2.    I am a Managing Director of NERA Economic Consulting ("NERA"), a member of NERA`s Securities and Finance Practice and Chair of NERA`s Product Liability and Mass Torts Practice. NERA provides practical economic advice related to highly complex business and legal issues arising from competition, regulation, public policy, strategy, finance, and litigation. NERA was established in 1961 and now employs approximately 500 people in more than 20 offices worldwide.

3.    In my over 25 years at NERA, I have been engaged as an economic consultant or expert witness in numerous projects involving economics and statistics. I have been qualified as an expert and testified in court on various economic and statistical issues relating to the flow of guns into the criminal market. I have testified at trials in Federal and State Courts, before the New York City Council Public Safety Committee, the American Arbitration Association and the Judicial Arbitration Mediation Service, as well as in depositions.

4.    I have an A.B. from Stanford University, an M.B.A. from Yale University, and M.A. and M. Phil. degrees in Economics, also from Yale University. Prior to joining NERA, I was an Economist for both President George H. W. Bush`s and President Bill

Clinton`s Council of Economic Advisers. My resume with recent publications and testifying experience is included as Exhibit A.

5.    I have been asked by the Office of the Attorney General of California to address the following issues: (a) the number of rounds of ammunition fired by individuals using a gun in self-defense; and (b) the outcomes when large-capacity magazines (magazines capable of holding more than ten rounds) are used in public mass shootings, including the associated number of casualties. NERA is being compensated for my work on this matter at a rate of $1,150 per hour and at lower rates for work performed by other NERA professionals and staff.

**A.  Number of rounds fired by individuals in self-defense**

6.    Plaintiffs claim that the large capacity magazines (magazines capable of holding more than 10 rounds) covered by "California Penal Code § 32310, as recently amended by Senate Bill 1446 and Proposition 63, and Penal Code § 32390" are commonly used for lawful purposes, including for self-defense.[1]

7.    The number of rounds commonly needed by individuals to defend themselves cannot be practically or ethically determined with controlled scientific experiments and there is no source that systematically tracks or maintains data on the number of rounds fired by individuals in self-defense. Due to these limitations, I have analyzed available data sources to estimate the number of rounds fired by individuals to defend themselves. In particular, I have analyzed data from the NRA Institute for Legislative Action, as well as my own study of news reports on

---

[1] See, for example, First Amended Complaint for Declaratory and Injunctive Relief, dated June 5, 2017, (the "Complaint"), ¶¶1, 6, 24 and 34.

incidents of self-defense with a firearm. In all, I have analyzed almost 1,000 incidents of self-defense with a firearm and found that it is extremely rare for a person, when using a firearm in self-defense, to fire more than 10 rounds.

8.    The NRA maintains a database of "Armed Citizen" stories describing private citizens who have successfully defended themselves, or others, using a firearm ("NRA Armed Citizen database"). According to the NRA, the "Armed Citizen" stories "highlight accounts of law-abiding gun owners in America using their Second Amendment rights to defend self, home and family."[2] Although the methodology used to compile the NRA Armed Citizen database of stories is not explicitly detailed by the NRA, the NRA Armed Citizen database is a useful data source in this matter for at least three reasons. First, the Armed Citizen database was the largest collection of accounts of citizen self-defense compiled by others that I was able to find. Second, the incidents listed in the Armed Citizen database highlight the very conduct that Plaintiffs claim the California law impedes (*i.e.*, the use of firearms by law-abiding citizens for self-defense).[3] Third, the Armed Citizen database is compiled by an entity that actively opposes restrictions on magazine capacity and restrictions on the possession and use of firearms in general.[4] In light of the positions taken by the entity compiling the data, I would expect

---

[2] NRA Institute for Legislative Action, Armed Citizens, https://www.nraila.org/gun-laws/armed-citizen/, accessed May 28, 2017.
[3] Complaint, ¶¶1, 6, 24 and 34.
[4] See, for example, NRA Civil Rights Defense Fund website, http://www.nradefensefund.org/current-litigation.aspx, accessed October 12, 2018.

that any selection bias would be in favor of stories that put use of guns in self-defense in the best possible light and might highlight the apparent need of guns and/or multiple rounds in self-defense incidents.

9.    My team and I performed an analysis of incidents in the NRA Armed Citizen database that occurred between January 2011 and May 2017.[5] For each incident, the city/county, state, venue (whether the incident occurred on the street, in the home, or elsewhere) and the number of shots fired were tabulated.[6] The information was gathered for each incident from both the NRA synopsis and, where available, an additional news story. An additional news story was found for over 95% of the incidents in the NRA Armed Citizen database.

10.    According to this analysis of incidents in the NRA Armed Citizen database, it is extremely rare for a person, when using firearms in self-defense, to fire more than 10 rounds. Out of 736 incidents, there were 2 incidents (0.3% of all incidents), in which the defender was reported to have fired more than 10 bullets.[7] Defenders fired 2.2 shots on average.[8] In 18.2% of

---

[5] My collection and coding of the NRA Armed Citizen stories was last performed in mid-2017.

[6] The following incidents were excluded from the analysis: (1) duplicate incidents, (2) wild animal attacks, and (3) one incident where the supposed victim later pleaded guilty to covering up a murder. When the exact number of shots fired was not specified, we used the average for the most relevant incidents with known number of shots. For example, if the story stated that "shots were fired" this would indicate that at least two shots were fired and thus we used the average number of shots fired in all incidents in which two or more shots were fired and the number of shots was specified.

[7] Note that these two incidents with more than 10 bullets fired by the defender were added to the NRA Armed Citizen database in 2016 and 2017 after an earlier analysis that I had conducted of the database had been submitted to and cited by the

(continued…)

1  incidents, the defender did not fire any shots. These incidents

2  highlight the fact that in many instances defenders are able to

3  defend themselves without firing any shots. For example,

4  according to one of the incidents in the NRA Armed Citizen

5  Database:

6      "A man entered a Shell station in New Orleans, La. and
       attempted to rob a cashier, by claiming he was carrying a
7      gun. The cashier responded by retrieving a gun and leveling
       it at the thief, prompting the criminal to flee. (The Times
8      Picayune, New Orleans, La. 09/02/15)"[9]

9      11.  For incidents occurring in the home (56% of total),

10 defenders fired an average of 2.1 shots, and fired no shots in

11 16.1% of incidents. For incidents occurring outside the home

12 (44%) of total, defenders fired an average of 2.2 shots, and

13 fired no shots in 20.9% of incidents.[10] The table below summarizes

14 these findings:

15

---

### Number of Shots Fired in Self-Defense
### Based on NRA Armed Citizen Incidents in the United States
### January 2011 - May 2017

|  | Shots Fired by Individual in Self-Defense | | |
|---|---|---|---|
|  | Overall | Incidents in Home | Outside the Home |
| Average Number of Shots Fired | 2.2 | 2.1 | 2.2 |
| Number of Incidents with No Shots Fired | 134 | 66 | 68 |
| Percent of Incidents with No Shots Fired | 18.2% | 16.1% | 20.9% |
| Number of Incidents with >10 Shots Fired | 2 | 2 | 0 |
| Percent of Incidents with >10 Shots Fired | 0.3% | 0.5% | 0.0% |

**Notes and Sources:**
Data from NRA Armed Citizen database covering 736 incidents (of which 411 were in the home) from
January 2011 through May 2017. Excludes duplicate incidents, wild animal attacks and one incident where
the supposed victim later pleaded guilty to covering up a murder.

---

Supplemental Declaration of Lucy P. Allen
(Case No. 2:17-cv-00903-WBS-KJN)

12.   We also performed the same analysis of the NRA Armed Citizen database limited to incidents that occurred in California. According to this analysis, defenders in California fired 2.0 shots on average. Out of 47 incidents, there were no incidents in which the defender was reported to have fired more than 10 bullets. In 27.7% of incidents, the defender did not fire any shots, and simply threatened the offender with a gun. For incidents occurring in the home (60% of total), defenders fired an average of 1.9 shots, and fired no shots in 32.1% of incidents. For incidents occurring outside the home (40% of total), defenders fired an average of 2.2 shots and fired no shots in 21.1% of incidents. The table below summarizes these findings for California:

### Number of Shots Fired in Self-Defense
### Based on NRA Armed Citizen Incidents in California
### January 2011 - May 2017

| | Shots Fired by Individual in Self-Defense | | |
| --- | --- | --- | --- |
| | Overall | Incidents in Home | Outside the Home |
| Average Shots Fired | 2.0 | 1.9 | 2.2 |
| Number of Incidents with No Shots Fired | 13 | 9 | 4 |
| Percent of Incidents with No Shots Fired | 27.7% | 32.1% | 21.05% |
| Number of Incidents with >10 Shots Fired | 0 | 0 | 0 |
| Percent of Incidents with >10 Shots Fired | 0.0% | 0.0% | 0.0% |

Notes and Sources:
Data from NRA Armed Citizen database covering 47 incidents In California (of which 28 were in the home) from January 2011 through May 2017. Excludes repeat stories, wild animal attacks and one incident where the supposed victim later pleaded guilty to covering up a murder.

13.   In addition to our analysis of incidents in the NRA Armed Citizen database, we performed a systematic, scientific

1  study of news reports on incidents of self-defense with a firearm
2  in the home, focusing on the same types of incidents as the NRA
3  stories and covering the same time period.[11]

4      14.   To identify relevant news stories to include in our
5  analysis, we performed a comprehensive search of published news
6  stories using Factiva, an online news reporting service and
7  archive owned by Dow Jones, Inc. that aggregates news content
8  from nearly 33,000 sources.[12] The search was designed to return
9  stories about the types of incidents that are the focus of the
10  NRA Armed Citizen database and that Plaintiffs claim the
11  California law impedes – in particular, the use of firearms for
12  self-defense.[13] The search identified all stories that contained
13  the following keywords in the headline or lead paragraph: one or
14  more words from "gun," "shot," "shoot," "fire," or "arm"
15  (including variations on these keywords, such as "shooting" or
16  "armed"), plus one or more words from "broke in," "break in,"
17  "broken into," "breaking into," "burglar," "intruder," or
18  "invader" (including variations on these keywords) and one or
19  more words from "home," "apartment," or "property" (including

20  _____

21      [11] This analysis was initially conducted to research issues
regarding self-defense in the home, which was a focus of federal
22  Second Amendment jurisprudence before the 2022 *New York State*
*Rifle & Pistol Association v. Bruen* Supreme Court decision. The
23  analysis of the NRA Armed Citizen incidents described above
indicates that the number of shots fired in self-defense outside
24  the home is similar to those inside the home.
      [12] Factiva is often used for academic research. For example,
25  a search for the term "Factiva" on Google Scholar yields over
28,000 results. As another example, a search on Westlaw yields at
26  least 83 expert reports that conducted news searches using
Factiva.
27      [13] NRA Institute for Legislative Action, Armed Citizens,
https://www.nraila.org/gun-laws/armed-*citizen*/, accessed May 28,
28  2017. See, also, Complaint, ¶¶1, 6, 24 and 34.

1   variations on these keywords).[14] The search criteria matched

2   approximately 90% of the NRA stories on self-defense with a

3   firearm in the home, and an analysis of the 10% of stories that

4   are not returned by the search shows that the typical number of

5   shots fired in these incidents was no different than in other

6   incidents. The search covered the same period used in our

7   analysis of incidents in the NRA Armed Citizen database (January

8   2011 to May 2017). The region for the Factiva search was set to

9   "United States." The search returned approximately 35,000 stories

10  for the period January 2011 to May 2017.[15]

11      15.  Using a random number generator, a random sample of 200

12  stories was selected for each calendar year, yielding 1,400

13  stories in total.[16] These 1,400 stories were reviewed to identify

14  those stories that were relevant to the analysis, i.e., incidents

15  of self-defense with a firearm in or near the home. This

16  methodology yielded a random selection of 200 news stories

17  _____

18  [14] The precise search string used was: (gun* or shot* or
    shoot* or fire* or arm*) and ("broke in" or "break in" or "broken
    into" or "breaking into" or burglar* or intrud* or inva*) and
19  (home* or "apartment" or "property"). An asterisk denotes a
    wildcard, meaning the search includes words which have any
20  letters in place of the asterisk. For example, a search for
    shoot* would return results including "shoots," "shooter" and
21  "shooting." The search excluded duplicate stories classified as
    "similar" on Factiva.
22  [15] The effect of using alternative keywords was considered.
    For example, removing the second category ("broke in" or "break
23  in" or "broken into" or "breaking into" or burglar* or intrud* or
    inva*) and including incidents in which the assailant was already
24  inside the home and/or was known to the victim was considered. *A
    priori*, there was no reason to believe that a larger number of
25  shots would be used in these incidents and based on an analysis
    of the NRA stories we found that the number of shots fired in
26  incidents when defending against someone already in the home was
    not different than those with an intruder.
27  [16] The random numbers were generated by sampling with
    replacement.

28

describing incidents of self-defense with a firearm in the home out of a population of approximately 4,800 relevant stories.[17] Thus, out of the over 70 million news stories aggregated by Factiva between January 2011 and May 2017, approximately 4,800 news stories were on incidents of self-defense with a firearm in the home. We analyzed a random selection of 200 of these stories.

16.   For each news story, the city/county, state and number of shots fired were tabulated. When tabulating the number of shots fired, we used the same methodology as we used to analyze stories in the NRA Armed Citizen database.[18] We then identified other stories describing the same incident on Factiva based on the date, location and other identifying information, and recorded the number of times that each incident was covered by Factiva news stories.

17.   To determine the average number of shots fired per *incident*, we first determined the average number of shots fired per *story* and then analyzed the number of stories per incident. According to our study of a random selection from

---

[17] The approximately 4,800 relevant news stories were estimated by calculating the proportion of relevant news stories from the 200 randomly selected stories each year and applying that proportion to the number of results returned by the search for each year of the analysis. For example, in 2017, 33 out of 200 (17%) randomly selected news stories involved incidents of self-defense with a firearm in the home. Applying that proportion to the 1,595 results from the Factiva search in 2017 yields 263 relevant news stories in 2017. This process was repeated every year to arrive at a total of 4,841 relevant news stories from 2011-2017.

[18] When the exact number of shots fired was not specified, we used the average for the most relevant incidents with known number of shots. For example, if the story stated that "shots were fired" this would indicate that at least two shots were fired and thus we used the average number of shots fired in all incidents in which two or more shots were fired and the number of shots was specified.

1  approximately 4,800 relevant stories on Factiva describing

2  incidents of self-defense with a firearm in the home, the average

3  number of shots fired per story was 2.61. This is not a measure

4  of the average shots fired *per incident*, however, because the

5  number of stories covering an incident varies, and the variation

6  is not independent of the number of shots fired. We found that

7  there was a statistically significant relationship between the

8  number of shots fired in an incident and the number of news

9  stories covering an incident.[19] We found that on average the more

10  shots fired in a defensive gun use incident, the greater the

11  number of stories covering the incident. For example, as shown in

12  the table below, we found that incidents in Factiva news stories

13  with zero shots fired were covered on average by 1.8 news

14  stories, while incidents with six or more shots fired were

15  covered on average by 10.4 different news stories.

16

17

18

19

20

21

22

23

24  [19] Based on a linear regression of the number of news stories
as a function of the number of shots fired, the results were
25  statistically significant at the 1% level (more stringent than
the 5% level commonly used by academics and accepted by courts.
See, for example, Freedman, David A., and David H. Kaye,
26  "Reference Guide on Statistics," *Reference Manual on Scientific
Evidence* (Washington, D.C.: The National Academies Press, 3rd
27  ed., 2011), pp. 211-302, and Fisher, Franklin M., "Multiple
Regression in Legal Proceedings," 80 *Columbia Law Review* 702
28  (1980).)

Supplemental Declaration of Lucy P. Allen
(Case No. 2:17-cv-00903-WBS-KJN)

**Average Number of News Stories by Number of Shots Fired In Factiva Stories on Incidents of Self-Defense with a Firearm January 2011 - May 2017**

| Number of Shots Fired By Defender | Average Number of News Stories |
|---|---|
| 0 | 1.8 |
| 1 to 2 | 2.8 |
| 3 to 5 | 3.8 |
| 6 or more | 10.4 |

**Notes and Sources:**

Based on stories describing defensive gun use in a random selection of Factiva stories between 2011 to May 2017 using the search string: (gun* or shot* or shoot* or fire* or arm*) and ("broke in" or "break in" or "broken into" or "breaking into" or burglar* or intrud* or inva*) and (home* or "apartment" or "property"), with region set to "United States" and excluding duplicate stories classified as "similar" on Factiva. Methodology for tabulation of shots fired as per footnote 18.

18.  After adjusting for this disparity in news coverage, we find that the average number of shots fired per incident covered is 2.34.[20] Note that this adjustment does not take into account the fact that some defensive gun use incidents may not be picked up by *any* news story. Given the observed relationship that there

---

[20] The adjustment reflects the probability that a news story on a particular incident would be selected at random from the total population of news stories on incidents of self-defense with a firearm in the home. The formula used for the adjustment is:

$$\frac{\sum_{i=1}^{n}\left(Shots\ Fired_i \times \frac{R_i}{C_i}\right)}{\sum_{i=1}^{n}\left(\frac{R_i}{C_i}\right)}$$

where:
$n$ = random selection of news stories on incidents of self-defense with a firearm in the home
$R_i$ = number of search results on Factiva in the calendar year of incident $i$
$C_i$ = number of news stories covering incident $i$

12

are more news stories when there are more shots fired, one would expect that the incidents that are not written about would on average have fewer shots than those with news stories. Therefore, the expectation is that these results, even after the adjustment, are biased upward (*i.e.*, estimating too high an average number of shots and underestimating the percent of incidents in which no shots were fired).

19.  As shown in the table below, according to the study of Factiva news stories, in 11.6% of incidents the defender did not fire any shots, and simply threatened the offender with a gun. In 97.3% of incidents the defender fired five or fewer shots. There were no incidents where the defender was reported to have fired more than 10 bullets.

**Number of Shots Fired in Self-Defense in the Home
Based on Random Selection of Articles from Factiva
January 2011 - May 2017**

|  | Incidents in the Home |
| --- | --- |
| Estimated population of news reports in Factiva on self-defense with a firearm in the home | 4,841 |
| Random selection of news reports | 200 |
| Average Number of Shots Fired | 2.34 |
| Median Number of Shots Fired | 2.03 |
| Number of Incidents with No Shots Fired | 23 |
| Percent of Incidents with No Shots Fired | 11.6% |
| Number of Incidents with <=5 Shots Fired | 195 |
| Percent of Incidents with <=5 Shots Fired | 97.3% |
| Number of Incidents with >10 Shots Fired | 0 |
| Percent of Incidents with >10 Shots Fired | 0.0% |

**Notes and Sources:**

Based on news stories describing defensive gun use in a random selection of Factiva stories 2011 to May 2017 using search string (gun* or shot* or shoot* or fire* or arm*) and ("broke in" or "break in" or "broken into" or "breaking into" or burglar* or intrud* or inva*) and (home* or "apartment" or "property") with region set to United States and excluding duplicate stories classified as "similar."

Calculated using weights reflecting the probability that a news story on a particular incident would be selected at random from the total population of news stories on incidents of self-defense with a firearm in the home.

20.   In sum, an analysis of incidents in the NRA Armed Citizen database, as well as our own study of a random sample from approximately 4,800 news stories describing incidents of self-defense with a firearm, indicates that it is extremely rare for a person, when using a firearm in self-defense, to fire more than 10 rounds. In particular, I have analyzed almost 1,000 incidents of self-defense (736 incidents from the NRA Armed Citizen database and 200 stories from Factiva) and in only 2 incidents were more than 10 rounds used.[21]

---

[21] As discussed above, the two incidents with more than 10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### B.  Public Mass Shootings

21.  We analyzed the use of large-capacity magazines in public mass shootings using four sources for identifying public mass shootings: Mother Jones,[22] the Citizens Crime Commission of New York City,[23] The Washington Post,[24] and The Violence Project.[25, 26] The analysis focused on public mass shootings because it is my understanding that the state of California is

---

(…continued)
shots fired were added to the NRA Armed Citizen database after an earlier analysis that I had conducted of the database in a different case. Moreover, according to the news stories on these two incidents, the defenders did not appear to need to fire more than 10 shots to defend themselves.

[22]    "US Mass Shootings, 1982-2022: Data From Mother Jones` Investigation," Mother Jones, updated November 23, 2022, http://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data.

[23] "Mayhem Multiplied: Mass Shooters and Assault Weapons," Citizens Crime Commission of New York City, February 2018 update. Additional details on the mass shootings were obtained from an earlier source by the Citizens Crime Commission. "Mass Shooting Incidents in America (1984-2012)," Citizens Crime Commission of New York City, http://www.nycrimecommission.org/mass-shooting-incidents-america.php, accessed June 1, 2017.

[24]    "The terrible numbers that grow with each mass shooting," The Washington Post, updated May 12, 2021.

[25] "Mass Shooter Database," The Violence Project, https://www.theviolenceproject.org/mass-shooter-database/, updated May 14, 2022.

[26] When I began research in 2013 on mass shootings, I found Mother Jones and Citizens Crime Commission to maintain the most comprehensive lists of relevant mass shootings. More recently, two additional sources, The Washington Post and The Violence Project, have compiled lists of public mass shootings. The Violence Project began work on its mass shootings database in September 2017 and its database first went online in November 2019, while The Washington Post first published its mass shootings database on February 14, 2018. There is substantial overlap between the mass shootings in all four sources. For example, the Mother Jones data contains 93% of the mass shootings in the Citizens Crime Commission data for the years covered by both data sources, 1984 to 2016, while The Washington Post contains 94% of the mass shootings in The Violence Project data for the years covered by both data sources, 1966 to 2019.

concerned about public mass shootings and enacted the challenged

law, in part, to address the problem of public mass shootings.

22.  The type of incident considered a mass shooting is

generally consistent across the four sources: all four sources

consider an event a mass shooting if four or more people were

killed in a public place in one incident, excluding incidents

involving other criminal activity such as a robbery.[27]

---

[27] Citizen Crime Commission describes a mass shooting as
"four or more victims killed" in "a public place" who were
"unrelated to another crime (e.g., robbery, domestic violence)."
Citizen Crime Commission notes that its sources include "news
reports and lists created by government entities and advocacy
groups." "Mayhem Multiplied: Mass Shooters and Assault Weapons,"
Citizens Crime Commission of New York City, February 2018 update.
        Mother Jones describes mass shootings as "indiscriminate
rampages in public places resulting in four or more victims
killed by the attacker," excluding "shootings stemming from more
conventionally motivated crimes such as armed robbery or gang
violence." Although in January 2013 Mother Jones changed its
definition of mass shooting to include instances when three or
more people were killed, for this declaration we only analyzed
mass shootings where four or more were killed to be consistent
with the definition of the other three sources. "A Guide to Mass
Shootings in America," Mother Jones, updated November 23, 2022,
http://www.motherjones.com/politics/2012/07/mass-shootings-map.
See also "What Exactly is a Mass Shooting," Mother Jones, August
24, 2012. http://www.motherjones.com/mojo/2012/08/what-is-a-mass-
shooting.
        The Washington Post describes a mass shooting as "four or
more people were killed, usually by a lone shooter" excluding
"shootings tied to robberies that went awry" and "domestic
shootings that took place exclusively in private homes." The
Washington Post notes that its sources include "Grant Duwe,
author of 'Mass Murder in the United States: A History,` Mother
Jones and Washington Post research," as well as "Violence Policy
Center, Gun Violence Archive; FBI 2014 Study of Active Shooter
Incidents; published reports." "The terrible numbers that grow
with each mass shooting," The Washington Post, updated May 12,
2021, https://www.washingtonpost.com/graphics/2018/national/mass-
shootings-in-america/.
        The Violence Project indicates that it uses the
Congressional Research Service definition of a mass shooting: "a
multiple homicide incident in which four or more victims are
murdered with firearms—not including the offender(s)—within one
event, and at least some of the murders occurred in a public

16                                          (continued…)

23.  Each of the four sources contains data on mass shootings covering different time periods. The Mother Jones data covers 112 mass shootings from 1982 to October 13, 2022,[28] the Citizens Crime Commission data covers 80 mass shootings from 1984 to February 2018,[29] The Washington Post data covers 185 mass shootings from 1966 to May 12, 2021,[30] and The Violence Project data covers 182 mass shootings from 1966 to May 14, 2022.[31, 32]

_____

(…continued)
location or locations in close geographical proximity (e.g., a workplace, school, restaurant, or other public settings), and the murders are not attributable to any other underlying criminal activity or commonplace circumstance (armed robbery, criminal competition, insurance fraud, argument, or romantic triangle)." The Violence Project notes that its sources include "Primary Sources: Written journals / manifestos / suicide notes etc., Social media and blog posts, Audio and video recordings, Interview transcripts, Personal correspondence with perpetrators" as well as "Secondary Sources (all publicly available): Media (television, newspapers, magazines), Documentary films, Biographies, Monographs, Peer-reviewed journal articles, Court transcripts, Law Enforcement records, Medical records, School records, Autopsy reports." "Mass Shooter Database," The Violence Project, https://www.theviolenceproject.org/methodology/, accessed January 17, 2023.

[28] "A Guide to Mass Shootings in America," Mother Jones, updated November 23, 2022, http://www.motherjones.com/politics/2012/07/mass-shootings-map. Excludes mass shootings where only three people were killed. Note this analysis of the Mother Jones data may not match other analyses because Mother Jones periodically updates its historical data.

[29] "Mayhem Multiplied: Mass Shooters and Assault Weapons," Citizens Crime Commission of New York City, February 2018 update.

[30] "The terrible numbers that grow with each mass shooting," The Washington Post, updated May 12, 2021, https://www.washingtonpost.com/graphics/2018/national/mass-shootings-in-america/.

[31] "Mass Shooter Database," The Violence Project https://www.theviolenceproject.org/mass-shooter-database/, updated May 14, 2022.

[32] Note that I have updated this mass shooting analysis to include more recent incidents, as well as more recently available details. In my 2017 declaration in Duncan v. Bonta, I included data on mass shootings through April 2017. In my 2018 declaration in Rupp v. Becerra, I updated the analysis to include data on

17

(continued…)

24.    Note that the two more recently compiled sources of mass shootings, The Washington Post and The Violence Project, include additional mass shootings that were not covered by either Mother Jones or Citizens Crime Commission. In general, we found that these additional mass shootings were less covered by the media and involved fewer fatalities and/or injuries than the ones previously identified by Mother Jones or Citizens Crime Commission. For example, using the mass shooting data for the period 1982 through 2019, we found that the median number of news stories for a mass shooting included in Mother Jones and/or Citizen Crime Commission was 317, while the median for the additional mass shootings identified in The Washington Post and/or The Violence Project was 28.[33] In addition, using the mass shooting data through 2019, we found an average of 21 fatalities or injuries for a mass shooting included in Mother Jones and/or

_____

(…continued)

mass shootings through September 2018. The analyses in both of these declarations included mass shootings only from Mother Jones and the Citizen Crime Commission. In my 2020 declaration in *Miller v. Becerra*, I updated the analysis to include mass shootings through December 2019 and added mass shootings from two more sources, The Washington Post and The Violence Project. The number of mass shootings, as well as some details about the shootings, are not identical across these declarations for three main reasons. First, I have updated the analysis to include more recent incidents as well as more recently available details. Second, starting in 2020, I added two more sources (The Washington Post and The Violence Project), which include additional mass shootings and details not included in the initial sources. Third, even though Mother Jones included instances when three or more people were killed, for my declarations and reports starting in 2020, I only included mass shootings where four or more were killed to be consistent with the definition of the other three sources.

[33] The search was conducted over all published news stories on Factiva. The search was based on the shooter`s name and the location of the incident over the period from one week prior to three months following each mass shooting.

18

Citizen Crime Commission, while only 6 fatalities or injuries for the additional mass shootings identified in The Washington Post and/or The Violence Project.

25.  We combined the data from the four sources for the period 1982 through October 2022, and searched news stories on each mass shooting to obtain additional details on the types of weapons used and data on shots fired where available. We identified, based on this publicly available information, which mass shootings involved the use of large-capacity magazines. See attached Exhibit B for a summary of the combined data on mass shootings based on Mother Jones, Citizens Crime Commission, The Washington Post, The Violence Project, and news reports.[34]

1.  **The use of large-capacity magazines in public mass shootings**

26.  Based on the 179 mass shootings through October 2022, we found that large-capacity magazines (those with a capacity to hold more than 10 rounds of ammunition) are often used in public mass shootings. Magazine capacity is known in 115 out of the 179 mass shootings (or 64%) considered in this analysis. Out of the 115 mass shootings with known magazine capacity, 73 (or 63%) involved large-capacity magazines. Even assuming the mass shootings with unknown magazine capacity *all* did not involve large-capacity magazines, 73 out of 179 mass shootings or 41% of mass shootings involved large-capacity magazines.

2.  **Casualties in mass shootings involving large-capacity magazines**

--------------------------------------------------

[34]  Note that the Citizens Crime Commission data was last updated in February 2018 and The Washington Post was last updated in May 2021.

27. Based on our analysis, casualties were higher in the mass shootings that involved weapons with large-capacity magazines than in other mass shootings. In particular, we found that the average number of fatalities or injuries per mass shooting with a large-capacity magazine was 25 versus 9 for mass shootings where a large-capacity magazine was not used. Focusing on just fatalities, we found an average number of fatalities of 10 per mass shooting with a large-capacity magazines versus 6 for those without. (See table below.)

### Numbers of Fatalities and Injuries in Public Mass Shootings 1982 – October 2022

| Weapon Used | # of Incidents | Average # of | | |
| --- | --- | --- | --- | --- |
| | | Fatalities | Injuries | Total |
| Large-Cap. Mag. | 73 | 10 | 16 | 25 |
| No Large-Cap. Mag. | 42 | 6 | 3 | 9 |
| Unknown | 64 | 5 | 3 | 7 |

**Notes and Sources:**
Casualty figures exclude the shooter. Large-capacity magazine classification and casualties updated based on review of stories from Factiva/Google searches.

28. Our results are consistent with those of other studies that have analyzed mass shootings. Note that although the other studies are based on alternate sets of mass shootings, including covering different years and defining mass shootings somewhat differently, the results are similar in finding that the numbers of fatalities and injuries are greater in mass shootings in which large capacity magazines are involved. A 2019 academic article published in the *American Journal of Public Health* by Klarevas et al. found that "[a]ttacks involving LCMs resulted in a 62% higher

mean average death toll."[35] This study found an average number of fatalities of 11.8 per mass shooting with a large-capacity magazine versus 7.3 for those without. The results in this study were based on 69 mass shootings between 1990 and 2017.[36] An analysis of the mass shootings detailed in a 2016 article by Gary Kleck yielded similar results (21 average fatalities or injuries in mass shootings involving large-capacity magazines versus 8 for those without).[37] The Kleck study covered 88 mass shooting incidents between 1994 and 2013.[38] In a 2018 study, Koper et al. found that mass shootings involving assault weapons and large-capacity magazines resulted in an average of 13.7 victims versus 5.2 for other cases.[39] The Koper et al. study covered 145 mass shootings between 2009 and 2015.[40] The table below summarizes their results.

---

[35] Louis Klarevas, Andrew Conner, and David Hemenway, "The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990-2017," *American Journal of Public Health* (2019).

[36] The Klarevas et al. study defines mass shootings as "intentional crimes of gun violence with 6 or more victims shot to death, not including the perpetrators" and, unlike my analysis, does not exclude incidents in private places or incidents involving other criminal activity such as robbery.

[37] Kleck, Gary, "Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkages," 17 *Justice Research and Policy* 28 (2016).

[38] The Kleck study defines a mass shooting as "one in which more than six people were shot, either fatally or nonfatally, in a single incident." See, Kleck, Gary, "Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkages," 17 *Justice Research and Policy* 28 (2016).

[39] Koper et al., "Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: an Updated Examination of Local and National Sources," *Journal of Urban Health* (2018).

[40] The Koper et al. study defined mass shootings as "incidents in which four or more people were murdered with a firearm, not including the death of the shooter if applicable and irrespective of the number of additional victims shot but not killed."

| Comparison of Studies on the Use of Large-Capacity Magazines in Mass Shootings | | | | | | |
|---|---|---|---|---|---|---|
| | Criteria | | Time Period | # of Incidents | Avg. # of Fatalities + Injuries / Fatalities | |
| Source | # Victims | Other Criteria | | | With LCM | Without LCM |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| Allen (2023)[1] | at least 4 killed[3] | Includes shootings "in a public place in one incident, and exclude[s] incidents involving other criminal activity such as a robbery" | 1982-October 2022 | 179 | 25/10 | 9/6 |
| Allen (2020)[2] | | | 1982-2019 | 161 | 27/10 | 9/6 |
| Kleck et al. (2016)[4] | more than 6 shot | Excludes "spree shootings" and includes shootings in both "public" and "private" places | 1994-2013 | 88 | 21/n/a | 8/n/a |
| Klarevas et al. (2019)[5] | at least 6 killed[3] | Includes "intentional crimes of gun violence" | 1990-2017 | 69 | n/a/12 | n/a/7 |
| Koper et al. (2018)[6] | at least 4 killed[3] | Includes shootings in both public and private places | 2009-2015 | 145 | 14/n/a | 5/n/a |

Notes and Sources:

[1] Exhibit B of this Declaration.

[2] Declaration of Lucy P. Allen in Support of Defendants' Opposition to Motion for Preliminary Injunction in *James Miller et al. v. Xavier Becerra et al.*, dated January 23, 2020.

[3] Excluding shooter.

[4] Kleck, Gary, "Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkages," 17 Justice Research and Policy 28 (2016).

[5] Klarevas et al., "The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings 1990-2017," American Journal of Public Health (2019).

[6] Koper et al., "Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: an Updated Examination of Local and National Sources," Journal of Urban Health (2018). Note that the Koper et al study includes shootings involving both LCM and assault weapons.

### 3. Number of rounds fired in public mass shootings with large-capacity magazines

29.   The data on public mass shootings indicates that it is common for offenders to fire more than ten rounds when using a gun with a large-capacity magazine. Of the 73 mass shootings that are known to have involved a large-capacity magazine, there are 49 in which the number of shots fired is known. Shooters fired more than ten rounds in 46 of the 49 incidents (or 94%), and the average number of shots fired was 99.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**4.   Percent of mass shooters` guns legally obtained**

30.   The data on public mass shootings indicates that the majority of guns used in these mass shootings were obtained legally.[41] Of the 179 mass shootings analyzed through October 2022, there are 112 where it can be determined whether the gun was obtained legally. According to the data, shooters in 79% of mass shootings obtained their guns legally (89 of the 112 mass shootings) and 80% of the guns used in these 112 mass shootings were obtained legally (202 of the 252 guns). (Even if one assumed that the guns were illegally obtained in all of the mass shootings where this question of legality is unknown, then one would find that in 50% of the mass shootings the guns were obtained legally and that 62% of the guns themselves were obtained legally.)

**5.   Trends in the number of mass shootings**

31.   According to the data since 1982, the first year in our analysis, the number of public mass shootings per year has been increasing. The following chart shows the number of mass shootings per year during this period, along with a fitted trendline:

---

[41] The determination of whether guns were obtained legally is based on Mother Jones and The Washington Post reporting.

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15
16    32.    Focusing only on public mass shootings involving large-

17  capacity magazines, the data similarly shows that the number of

18  public mass shootings with large-capacity magazines has been

19  increasing. The following chart shows the number of public mass

20  shootings involving large-capacity magazines per year, along with

21  a fitted trendline:

22
23
24
25
26
27
28

24



**Notes and Sources:**
Data from Appendix B. The dotted line is calculated as a linear time series regression of the number of mass shootings involving large-capacity magazines from 1982 to 2021.

33.    Focusing on a broader set of shooting incidents also shows an upward trend over time. In particular, data from the Gun Violence Archive ("GVA") on shootings in which four or more victims were killed *or injured* in either a public place *or a home* shows that the number of shooting incidents within this broader category has also been increasing.[42] GVA maintains a "database of incidents of gun violence and gun crime," based on information from "police, media, data aggregates, government and other sources" and has data starting in 2014.[43] Note that the data indicates there is less news coverage for this broader set of

---

[42] "General Methodology," *Gun Violence Archive Website*, accessed on April 19, 2023.
[43] "General Methodology," *Gun Violence Archive Website*, accessed on April 19, 2023.

shooting incidents versus public mass shootings and thus less information about the type of magazine used.[44] The following chart shows the number of shootings with four or more fatalities or injuries per year according to the GVA data, along with a fitted trendline:



**Trend in Shootings With Four or More Injuries or Fatalities 2014 - 2021**

**Notes and Sources:**
Data from the Gun Violence Archive. The dotted line is calculated as a linear time series regression of the number of shootings with four or more casualties from 2014 to 2021.

---

[44] Analysis of the number of news stories covering shootings indicates that there is more news coverage on public mass shootings than mass shootings in the home. For example, our analysis indicated that the median number of news stories covering public mass shootings is approximately four times larger than for mass shootings in the home. *See* "Declaration of Lucy P. Allen," dated February 6, 2023, in *Oregon Firearms Federation, Inc., et al. v. Tina Kotek, et al.* In addition, the data indicates that when fatalities and/or casualties are higher there is more news coverage. For example, our analysis indicates that there are approximately four times more news stories covering mass shootings with six or more fatalities than those with fewer than six fatalities.

1

2    I declare under penalty of perjury that the foregoing is true

3  and correct.

4      Executed on April 28, 2023 at New York, NY.

5

6

7                                            _____
                                                Lucy P. Allen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Supplemental Declaration of Lucy P. Allen
(Case No. 2:17-cv-00903-WBS-KJN)

**EXHIBIT A**

**NERA**
ECONOMIC CONSULTING

**Lucy P. Allen**
Managing Director

NERA Economic Consulting
1166 Avenue of the Americas
New York, New York 10036
Tel: +1 212 345 5913  Fax: +1 212 345 4650
lucy.allen@nera.com
www.nera.com

# Exhibit A

## LUCY P. ALLEN
## MANAGING DIRECTOR

## Education

**YALE UNIVERSITY**
M.Phil., Economics, 1990
M.A., Economics, 1989
M.B.A., 1986

**STANFORD UNIVERSITY**
A.B., Human Biology, 1981

## Professional Experience

| | |
|---|---|
| 1994-Present | **National Economic Research Associates, Inc.** |

Managing Director. Responsible for economic analysis in the areas of securities, finance and environmental and tort economics.
Senior Vice President (2003-2016).
Vice President (1999-2003).
Senior Consultant (1994-1999).

1992-1993    **Council of Economic Advisers, Executive Office of the President**
Staff Economist. Provided economic analysis on regulatory and health care issues to Council Members and interagency groups. Shared responsibility for regulation and health care chapters of the *Economic Report of the President, 1993*. Working Group member of the President's National Health Care Reform Task Force.

1986-1988
1983-1984    **Ayers, Whitmore & Company (General Management Consultants)**
Senior Associate. Formulated marketing, organization, and overall business strategies including:
Plan to improve profitability of chemical process equipment manufacturer.
Merger analysis and integration plan of two equipment manufacturers.
Evaluation of Korean competition to a U.S. manufacturer.
Diagnostic survey for auto parts manufacturer on growth obstacles.

Lucy P. Allen

|  | Marketing plan to increase international market share for major accounting firm. |
|---|---|
| Summer 1985 | **WNET/Channel Thirteen, Strategic Planning Department**<br><u>Associate</u>.  Assisted in development of company's first long-term strategic plan. Analyzed relationship between programming and viewer support. |
| 1981-1983 | **Arthur Andersen & Company**<br><u>Consultant</u>.  Designed, programmed and installed management information systems.  Participated in redesign/conversion of New York State's accounting system.  Developed municipal bond fund management system, successfully marketed to brokers.  Participated in President's Private Sector Survey on Cost Control (Grace Commission).  Designed customized tracking and accounting system for shipping company. |

## Teaching

| 1989- 1992 | <u>**Teaching Fellow**</u>**, Yale University**<br>Honors Econometrics<br>Intermediate Microeconomics<br>Competitive Strategies<br>Probability and Game Theory<br>Marketing Strategy<br>Economic Analysis |
|---|---|

## Publications

"Snapshot of Recent Trends in Asbestos Litigation: 2022 Update," (co-author), NERA Report, 2022.

"Snapshot of Recent Trends in Asbestos Litigation: 2021 Update," (co-author), NERA Report, 2021.

"The Short-Term Effect of Goodwill Impairment Announcements on Companies' Stock Prices" (co-author), *International Journal of Business, Accounting and Finance,* Volume 14, Number 2, Fall 2020.

"Snapshot of Recent Trends in Asbestos Litigation: 2020 Update," (co-author), NERA Report, 2020.

"Snapshot of Recent Trends in Asbestos Litigation: 2019 Update," (co-author), NERA Report, 2019.

"Snapshot of Recent Trends in Asbestos Litigation: 2018 Update," (co-author), NERA Report, 2018.

Lucy P. Allen

"Trends and the Economic Effect of Asbestos Bans and Decline in Asbestos Consumption and Production Worldwide," (co-author), *International Journal of Environmental Research and Public Health*, 15(3), 531, 2018.

"Snapshot of Recent Trends in Asbestos Litigation: 2017 Update," (co-author), NERA Report, 2017.

"Asbestos: Economic Assessment of Bans and Declining Production and Consumption," World Health Organization, 2017.

"Snapshot of Recent Trends in Asbestos Litigation: 2016 Update," (co-author), NERA Report, 2016.

"Snapshot of Recent Trends in Asbestos Litigation: 2015 Update," (co-author), NERA Report, 2015.

"Snapshot of Recent Trends in Asbestos Litigation: 2014 Update," (co-author), NERA Report, 2014.

"Snapshot of Recent Trends in Asbestos Litigation: 2013 Update," (co-author), NERA Report, 2013.

"Asbestos Payments per Resolved Claim Increased 75% in the Past Year – Is This Increase as Dramatic as it Sounds?  Snapshot of Recent Trends in Asbestos Litigation: 2012 Update," (co-author), NERA Report, 2012.

"Snapshot of Recent Trends in Asbestos Litigation: 2011 Update," (co-author), NERA White Paper, 2011.

"Snapshot of Recent Trends in Asbestos Litigation: 2010 Update," (co-author), NERA White Paper, 2010.

"Settlement Trends and Tactics" presented at Securities Litigation During the Financial Crisis: Current Development & Strategies, hosted by the New York City Bar, New York, New York, 2009.

"Snapshot of Recent Trends in Asbestos Litigation," (co-author), NERA White Paper, 2009.

"China Product Recalls: What's at Stake and What's Next," (co-author), NERA Working Paper, 2008.

"Forecasting Product Liability by Understanding the Driving Forces," (co-author), The International Comparative Legal Guide to Product Liability, 2006.

"Securities Litigation Reform: Problems and Progress," Viewpoint, November 1999, Issue No. 2 (co-authored).

Lucy P. Allen

"Trends in Securities Litigation and the Impact of the PSLRA," Class Actions & Derivative Suits, American Bar Association Litigation Section, Vol. 9, No. 3, Summer 1999 (co-authored).

"Random Taxes, Random Claims," Regulation, Winter 1997, pp. 6-7 (co-authored).


## Depositions & Testimony (4 years)

Deposition Testimony before the United States District Court for the Southern District of Texas in *Delaware County Employees Retirement System v. Cabot Oil & Gas Corporation, et al.,* 2023

Deposition Testimony before the United States District Court for the District of Oregon in *Oregon Firearms Federation, Inc. et al. v. Tina Kotek et al.*, 2023.

Depositions before the United States District Court for the Southern District of Texas, Houston Division in *Miriam Edwards, et al. v. McDermott International, Inc., et al.,* 2023.

Deposition Testimony before the United States District Court for the District of Harris County, Texas in *Boxer Property Management Corp. et al. v. Illinois Union Ins. Co. et al*., 2022.

Trial Testimony before the Supreme Court of the State of New York, County of New York, in *MUFG Union Bank, N.A. (f/k/a Union Bank, N.A.) v. Axos Bank (f/k/a Bank of Internet USA), et al.*, 2022.

Deposition Testimony before the United States District Court for the Eastern District of Virginia, in *Plymouth County Retirement System, et al. v. Evolent Health, Inc., et al.,* 2022.

Deposition Testimony before the United States District Court for the Northern District of Georgia, in *Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc., et al.,* 2022.

Deposition Testimony before the United States District Court for the Southern District of New York, in *SEC v. AT&T, Inc. et al.*, 2022.

Deposition Testimony before the Superior Court of New Jersey, Hudson County, in *Oklahoma Firefighters Pension and Retirement System vs. Newell Brands Inc., et al.,* 2022.

Deposition Testimony before the United States District Court for the District of Pennsylvania, in *Allegheny County Employees, et al. v. Energy Transfer LP., et al.,* 2022.

Lucy P. Allen

Deposition Testimony before the United States District Court, District of Tennessee, in *St. Clair County Employees' Retirement System v. Smith & Acadia Healthcare Company, Inc., et al.*, 2022.

Deposition Testimony before the United States District Court, District of Colorado, in *Cipriano Correa, et al. v. Liberty Oilfield Services Inc., et al.*, 2022.

Deposition Testimony before the Superior Court of New Jersey, Hudson County, in *Oklahoma Firefighters Pension and Retirement System vs. Newell Brands Inc., et al.*, 2021.

Deposition Testimony before the Superior Court of New Jersey, Middlesex County, in *Dana Transport, Inc. et al., vs. PNC Bank et al.*, 2021.

Deposition Testimony before the United States District Court, Western District of North Carolina, in *Cheyenne Jones and Sara J. Gast v. Coca-Cola Consolidated Inc., et al.*, 2021.

Testimony and Deposition Testimony before the Court of Chancery of the State of Delaware in *Bardy Diagnostics Inc. v. Hill-Rom, Inc. et al.*, 2021.

Deposition Testimony before the United States Bankruptcy Court, Southern District of Texas, Houston Division, in *Natixis Funding Corporation v. Genon Mid-Atlantic, LLC*, 2021.

Testimony and Deposition Testimony before the United States District Court, Southern District of California, in *Miller et al. v. Becerra et al.*, 2021.

Deposition Testimony before the Court of Chancery of the State of Delaware in *Arkansas Teacher Retirement System v. Alon USA Energy, Inc., et al.*, 2021.

Deposition Testimony before the United States District Court, Western District of Oklahoma, in *Kathleen J. Myers v. Administrative Committee, Seventy Seven Energy, Inc. Retirement & Savings Plan, et al.*, 2020.

Deposition Testimony before the United States District Court, Middle District of Tennessee, in *Nikki Bollinger Grae v. Corrections Corporation of America, et al.*, 2020.

Deposition Testimony before the Supreme Court of the State of New York, County of New York, in *MUFG Union Bank, N.A. (f/k/a Union Bank, N.A.) v. Axos Bank (f/k/a Bank of Internet USA), et al.*, 2020.

Deposition Testimony before the United States District Court, Western District of Washington at Seattle, in *In re Zillow Group, Inc. Securities Litigation*, 2020.

Lucy P. Allen

Deposition Testimony before the United States District Court, Middle District of Tennessee, in *Zwick Partners LP and Aparna Rao v. Quorum Health Corporation,* 2019.

Testimony and Declaration before the United States District Court, Southern District of Iowa, in *Mahaska Bottling Company, Inc., et al. v. PepsiCo, Inc. and Bottling Group, LLC*, 2019.

Testimony before the United States District Court, Southern District of New York, in *Chicago Bridge & Iron Company N.V. Securities Litigation*, 2019.

Deposition Testimony before the United States District Court, Middle District of Florida, in *Jacob J. Beckel v. Fagron Holdings USA, LLC et al.*, 2019.

**EXHIBIT B**

# Exhibit B
## Public Mass Shootings Data
### 1982 – Oct. 2022

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 1. Raleigh spree shooting Hedingham, NC | 10/13/22 | MJ | - | 5 | 2 | 7 | - | - | 2 |
| 2. Highland Park July 4 parade shooting Highland Park, IL | 7/4/22 | MJ | Yes | 7 | 48 | 55 | 83 [ba] | Yes | 1 |
| 3. Tulsa medical center shooting Tulsa, OK | 6/1/22 | MJ | - | 4 | 9 [bb] | 13 [bb] | 37 [bc] | Yes | 2 |
| 4. Robb Elementary School massacre Uvalde, TX | 5/24/22 | MJ | Yes | 21 | 17 | 38 | 164 [bd] | Yes | 1 [be] |
| 5. Buffalo supermarket massacre Buffalo, NY | 5/14/22 | MJ/VP | Yes | 10 | 3 | 13 | 60 [bf] | Yes | 1 |
| 6. Sacramento County church shooting Sacramento, CA | 2/28/22 | MJ | Yes | 4 | 0 | 4 | - | Yes [bg] | 1 |
| 7. Oxford High School shooting Oxford, MI | 11/30/21 | MJ/VP | Yes | 4 | 7 | 11 | 30 [bh] | Yes [bi] | 1 |
| 8. San Jose VTA shooting San Jose, CA | 5/26/21 | MJ/VP | Yes | 9 | 0 | 9 | 39 [bj] | Yes [bk] | 3 |
| 9. Canterbury Mobile Home Park shooting Colorado Springs, CO | 5/9/21 | WaPo | Yes | 6 | 0 | 6 | 17 [bl] | - | 1 |
| 10. FedEx warehouse shooting Indianapolis, IN | 4/15/21 | MJ/VP/WaPo | Yes | 8 | 7 | 15 | - | Yes | 2 [bm] |
| 11. Orange office complex shooting Orange, CA | 3/31/21 | MJ/VP/WaPo | - | 4 | 1 | 5 | - | - | 1 |

**Exhibit B**
**Public Mass Shootings Data**
**1982 – Oct. 2022**

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 12. Essex Royal Farms shooting<br>Baltimore County, MD | 3/28/21 | WaPo | - | 4 | 1 | 5 | - | Yes[bn] | 1 |
| 13. King Soopers supermarket shooting<br>Boulder, CO | 3/22/21 | MJ/VP/WaPo | Yes | 10 | 0 | 10 | - | Yes | 2 |
| 14. Atlanta massage parlor shootings<br>Atlanta, GA | 3/16/21 | MJ/VP/WaPo | Yes | 8 | 1 | 9 | - | Yes[bo] | 1 |
| 15. Hyde Park shooting<br>Chicago, IL | 1/9/21 | WaPo | - | 5 | 2 | 7 | - | - | 1 |
| 16. Englewood block party shooting<br>Chicago, IL | 7/4/20 | WaPo | - | 4 | 4 | 8 | - | - | - |
| 17. Springfield convenience store shooting<br>Springfield, MO | 3/15/20 | MJ/VP/WaPo | - | 4 | 2 | 6 | - | Yes[bp] | 2 |
| 18. Molson Coors shooting<br>Milwaukee, WI | 2/26/20 | MJ/VP/WaPo | - | 5 | 0 | 5 | 12 [bq] | - | 2 [br] |
| 19. Jersey City Kosher Supermarket<br>Jersey City, NJ | 12/10/19 | MJ/VP/WaPo | - | 4 | 3 | 7 | - | Yes | 5 |
| 20. Football-watching party<br>Fresno, CA | 11/17/19 | WaPo | - | 4 | 6 | 10 | - | - | 2 |
| 21. Halloween Party<br>Orinda, CA | 11/1/19 | WaPo | - | 5 | 0 | 5 | - | - | 1 |
| 22. Tequila KC bar<br>Kansas City, KS | 10/6/19 | WaPo | - | 4 | 5 | 9 | - | No | 2 |

**Exhibit B**
**Public Mass Shootings Data**
**1982 – Oct. 2022**

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 23. Midland-Odessa Highways<br>Odessa, TX | 8/31/19 | MJ/VP/WaPo | - | 7 | 25 | 32 | - | No | 1 |
| 24. Dayton<br>Dayton, OH | 8/4/19 | MJ/VP/WaPo | Yes | 9 | 27 | 36 | 41 [f] | Yes | 1/2 |
| 25. El Paso Walmart<br>El Paso, TX | 8/3/19 | MJ/VP/WaPo | Yes | 22 | 26 | 48 | - | Yes | 1 |
| 26. Casa Grande Senior Mobile Estates<br>Santa Maria, CA | 6/19/19 | WaPo | - | 4 | 0 | 4 | - | - | 1 |
| 27. Virginia Beach Municipal Center<br>Virginia Beach, VA | 5/31/19 | MJ/VP/WaPo | Yes | 12 | 4 | 16 | - | Yes | 2 |
| 28. Henry Pratt Co.<br>Aurora, IL | 2/15/19 | MJ/VP/WaPo | - | 5 | 6 | 11 | - | No | 1 |
| 29. SunTrust Bank<br>Sebring, FL | 1/23/19 | MJ/VP/WaPo | - | 5 | 0 | 5 | - | Yes | 1 |
| 30. Borderline Bar & Grill<br>Thousand Oaks, CA | 11/7/18 | MJ/VP/WaPo | Yes | 12 | 1 | 13 | 50 [g] | Yes | 1 |
| 31. Tree of Life Synagogue<br>Pittsburgh, PA | 10/27/18 | MJ/VP/WaPo | - | 11 | 6 | 17 | - | Yes | 4 |
| 32. T&T Trucking<br>Bakersfield, CA | 9/12/18 | MJ/VP/WaPo | No | 5 | 0 | 5 | - | - | 1 |
| 33. Capital Gazette<br>Annapolis, MD | 6/28/18 | MJ/VP/WaPo | - | 5 | 2 | 7 | - | Yes | 1 |

# Exhibit B
## Public Mass Shootings Data
## 1982 – Oct. 2022

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 34. Santa Fe High School, Santa Fe, TX | 5/18/18 | MJ/VP/WaPo | No | 10 | 13 | 23 | - | - | 2 |
| 35. Waffle House, Nashville, TN | 4/22/18 | MJ/VP/WaPo | - | 4 | 4 | 8 | - | Yes | 1 |
| 36. Detroit, Detroit, MI | 2/26/18 | VP | - | 4 | 0 | 4 | - | - | - |
| 37. Stoneman Douglas HS, Parkland, FL | 2/14/18 | CC/MJ/VP/WaPo | Yes | 17 | 17 | 34 | - | Yes | 1 |
| 38. Pennsylvania Carwash, Melcroft, PA | 1/28/18 | MJ/VP/WaPo | - | 4 | 1 | 5 | - | - | 3 [h] |
| 39. Rancho Tehama, Rancho Tehama, CA | 11/14/17 | MJ/VP/WaPo | Yes | 4 | 10 | 14 | 30 [i] | No | 2 |
| 40. Texas First Baptist Church, Sutherland Springs, TX | 11/5/17 | CC/MJ/VP/WaPo | Yes | 26 | 20 | 46 | 450 [j] | Yes | 1 |
| 41. Las Vegas Strip, Las Vegas, NV | 10/1/17 | CC/MJ/VP/WaPo | Yes | 58 | 422 | 480 | 1100 [k] | Yes | 23 |
| 42. Taos and Rio Arriba counties, Abiquiu, NM | 6/15/17 | WaPo | No | 5 | 0 | 5 | - | - | 1 |
| 43. Fiamma Workplace, Orlando, FL | 6/5/17 | CC/MJ/VP/WaPo | No | 5 | 0 | 5 | - | - | 1 |
| 44. Marathon Savings Bank, Rothschild, WI | 3/22/17 | VP/WaPo | - | 4 | 0 | 4 | - | - | 2 |

# Exhibit B
## Public Mass Shootings Data
## 1982 – Oct. 2022

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 45. Club 66<br>Yazoo City, MS | 2/6/17 | VP/WaPo | - | 4 | 0 | 4 | - | - | 1 |
| 46. Fort Lauderdale Airport<br>Fort Lauderdale, FL | 1/6/17 | CC/MJ/VP/WaPo | No | 5 | 6 | 11 | 15 [l] | Yes | 1 |
| 47. Cascade Mall<br>Burlington, WA | 9/23/16 | CC/MJ/VP/WaPo | Yes | 5 | 0 | 5 | - | - | 1 |
| 48. Dallas Police<br>Dallas, TX | 7/7/16 | CC/MJ/VP/WaPo | Yes | 5 | 11 | 16 | - | Yes | 3 |
| 49. Walgreens Parking Lot<br>Las Vegas, NV | 6/29/16 | WaPo | - | 4 | 0 | 4 | - | - | 1 |
| 50. Orlando Nightclub<br>Orlando, FL | 6/12/16 | CC/MJ/VP/WaPo | Yes | 49 | 53 | 102 | 110 [m] | Yes | 2 |
| 51. Franklin Avenue Cookout<br>Wilkinsburg, PA | 3/9/16 | VP/WaPo | Yes | 6 | 3 | 9 | 48 [n] | No | 2 |
| 52. Kalamazoo<br>Kalamazoo County, MI | 2/20/16 | MJ/VP/WaPo | Yes | 6 | 2 | 8 | - | Yes | 1 |
| 53. San Bernardino<br>San Bernardino, CA | 12/2/15 | CC/MJ/VP/WaPo | Yes | 14 | 22 | 36 | 150 [o] | Yes | 4 |
| 54. Tennessee Colony campsite<br>Anderson County, TX | 11/15/15 | VP/WaPo | - | 6 | 0 | 6 | - | - | 1 |
| 55. Umpqua Community College<br>Roseburg, OR | 10/1/15 | CC/MJ/VP/WaPo | - | 9 | 9 | 18 | - | Yes | 6 |

# Exhibit B
## Public Mass Shootings Data
## 1982 – Oct. 2022

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 56. Chattanooga Military Center Chattanooga, TN | 7/16/15 | CC/MJ/VP/WaPo | Yes | 5 | 2 | 7 | - | Yes | 3 |
| 57. Charleston Church Charleston, SC | 6/17/15 | CC/MJ/VP/WaPo | Yes | 9 | 3 | 12 | - | Yes | 1 |
| 58. Marysville High School Marysville, WA | 10/24/14 | CC/MJ/VP/WaPo | Yes | 4 | 1 | 5 | - | No | 1 |
| 59. Isla Vista Santa Barbara, CA | 5/23/14 | MJ/VP/WaPo | No | 6 | 13 | 19 | 50 [p] | Yes | 3 |
| 60. Alturas Tribal Alturas, CA | 2/20/14 | MJ/VP/WaPo | - | 4 | 2 | 6 | - | - | 2 |
| 61. Washington Navy Yard Washington, D.C. | 9/16/13 | CC/MJ/VP/WaPo | No | 12 | 8 | 20 | - | Yes | 2 |
| 62. Hialeah Hialeah, FL | 7/26/13 | CC/MJ/VP/WaPo | Yes | 6 | 0 | 6 | 10 [q] | Yes | 1 |
| 63. Santa Monica Santa Monica, CA | 6/7/13 | CC/MJ/VP/WaPo | Yes | 5 | 3 | 8 | 70 [r] | Yes | 2 |
| 64. Federal Way Federal Way, WA | 4/21/13 | MJ/VP/WaPo | - | 4 | 0 | 4 | - | Yes | 2 |
| 65. Upstate New York Herkimer County, NY | 3/13/13 | MJ/VP/WaPo | - | 4 | 2 | 6 | - | Yes | 1 |
| 66. Newtown School Newtown, CT | 12/14/12 | CC/MJ/VP/WaPo | Yes | 27 | 2 | 29 | 154 | No | 4/3 |

# Exhibit B
## Public Mass Shootings Data
## 1982 – Oct. 2022

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 67. Accent Signage Systems Minneapolis, MN | 9/27/12 | CC/MJ/VP/WaPo | Yes | 6 | 2 | 8 | 46 | Yes | 1 |
| 68. Sikh Temple Oak Creek, WI | 8/5/12 | CC/MJ/VP/WaPo | Yes | 6 | 4 | 10 | - | Yes | 1 |
| 69. Aurora Movie Theater Aurora, CO | 7/20/12 | CC/MJ/VP/WaPo | Yes | 12 | 70 | 82 | 80 | Yes | 4 |
| 70. Seattle Café Seattle, WA | 5/30/12 | CC/MJ/VP/WaPo | No | 5 | 1 | 6 | - | Yes | 2 |
| 71. Oikos University Oakland, CA | 4/2/12 | CC/MJ/VP/WaPo | No | 7 | 3 | 10 | - | Yes | 1 |
| 72. Su Jung Health Sauna Norcross, GA | 2/22/12 | MJ/WaPo | - | 4 | 0 | 4 | - | Yes | 1 |
| 73. Seal Beach Seal Beach, CA | 10/14/11 | CC/MJ/VP/WaPo | No | 8 | 1 | 9 | - | Yes | 3 |
| 74. IHOP Carson City, NV | 9/6/11 | CC/MJ/VP/WaPo | Yes | 4 | 7 | 11 | - | Yes | 3 |
| 75. Akron Akron, OH | 8/7/11 | VP | No | 7 | 2 | 9 | 21 [s] | - | - |
| 76. Forum Roller World Grand Prairie, TX | 7/23/11 | WaPo | - | 5 | 4 | 9 | - | - | 1 |
| 77. Grand Rapids Grand Rapids, MI | 7/7/11 | CC | Yes | 7 | 2 | 9 | 10 | - | 1 |

# Exhibit B
# Public Mass Shootings Data
# 1982 – Oct. 2022

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 78. Family law practice<br>Yuma, AZ | 6/2/11 | WaPo | - | 5 | 1 | 6 | - | - | 1 |
| 79. Tucson<br>Tucson, AZ | 1/8/11 | CC/MJ/VP/WaPo | Yes | 6 | 13 | 19 | 33 | Yes | 1 |
| 80. Jackson<br>Jackson, KY | 9/11/10 | VP | No | 5 | 0 | 5 | 12 [t] | - | - |
| 81. City Grill<br>Buffalo, NY | 8/14/10 | VP/WaPo | - | 4 | 4 | 8 | 10 [u] | - | 1 |
| 82. Hartford Beer Distributor<br>Manchester, CT | 8/3/10 | CC/MJ/VP/WaPo | Yes | 8 | 2 | 10 | 11 | Yes | 2 |
| 83. Yoyito Café<br>Hialeah, FL | 6/6/10 | CC/VP/WaPo | No | 4 | 3 | 7 | 9 [v] | - | - |
| 84. Hot Spot Café<br>Los Angeles, CA | 4/3/10 | VP/WaPo | - | 4 | 2 | 6 | 50 [w] | - | 1 |
| 85. Coffee Shop Police<br>Parkland, WA | 11/29/09 | CC/MJ/VP/WaPo | No | 4 | 0 | 4 | - | No | 2 |
| 86. Fort Hood<br>Fort Hood, TX | 11/5/09 | CC/MJ/VP/WaPo | Yes | 13 | 32 | 45 | 214 | Yes | 1 |
| 87. Worth Street<br>Mount Airy, NC | 11/1/09 | VP/WaPo | - | 4 | 0 | 4 | 16 [x] | No | 1 |
| 88. Binghamton<br>Binghamton, NY | 4/3/09 | CC/MJ/VP/WaPo | Yes | 13 | 4 | 17 | 99 | Yes | 2 |

# Exhibit B
# Public Mass Shootings Data
# 1982 – Oct. 2022

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 89. Carthage Nursing Home Carthage, NC | 3/29/09 | CC/MJ/VP/WaPo | No | 8 | 2 | 10 | - | Yes | 2 |
| 90. Skagit County Alger, WA | 9/2/08 | VP/WaPo | - | 6 | 4 | 10 | - | No | 2 |
| 91. Atlantis Plastics Henderson, KY | 6/25/08 | CC/MJ/VP/WaPo | No | 5 | 1 | 6 | - | Yes | 1 |
| 92. Black Road Auto Santa Maria, CA | 3/18/08 | VP/WaPo | - | 4 | 0 | 4 | 17 [y] | - | 1 |
| 93. Northern Illinois University DeKalb, IL | 2/14/08 | CC/MJ/VP/WaPo | Yes | 5 | 21 | 26 | 54 | Yes | 4 |
| 94. Kirkwood City Council Kirkwood, MO | 2/7/08 | CC/MJ/VP/WaPo | No | 6 | 1 | 7 | - | No | 2 |
| 95. Youth With a Mission and New Life Church | 12/9/07 | VP/WaPo | Yes | 4 | 5 | 9 | 25 [z] | - | 3 |
| 96. Westroads Mall Omaha, NE | 12/5/07 | CC/MJ/VP/WaPo | Yes | 8 | 5 | 13 | 14 | No | 1 |
| 97. Crandon Crandon, WI | 10/7/07 | CC/MJ/WaPo | Yes | 6 | 1 | 7 | 30 [aa] | Yes | 1 |
| 98. Virginia Tech Blacksburg, VA | 4/16/07 | CC/MJ/VP/WaPo | Yes | 32 | 17 | 49 | 176 | Yes | 2 |
| 99. Trolley Square Salt Lake City, UT | 2/12/07 | CC/MJ/VP/WaPo | No | 5 | 4 | 9 | - | No | 2 |

# Exhibit B
# Public Mass Shootings Data
# 1982 – Oct. 2022

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 100. Amish School<br>Lancaster County, PA | 10/2/06 | CC/MJ/VP/WaPo | No | 5 | 5 | 10 | - | Yes | 3 |
| 101. The Ministry of Jesus Christ<br>Baton Rouge, LA | 5/21/06 | VP/WaPo | - | 5 | 1 | 6 | - | - | 1 |
| 102. Capitol Hill<br>Seattle, WA | 3/25/06 | CC/MJ/VP/WaPo | Yes | 6 | 2 | 8 | - | Yes | 4 |
| 103. Goleta Postal<br>Goleta, CA | 1/30/06 | CC/MJ/VP/WaPo | Yes | 7 | 0 | 7 | - | Yes | 1 |
| 104. Sash Assembly of God<br>Sash, TX | 8/29/05 | VP/WaPo | - | 4 | 0 | 4 | - | - | 2 |
| 105. Red Lake<br>Red Lake, MN | 3/21/05 | CC/MJ/VP/WaPo | No | 9 | 7 | 16 | - | No | 3 |
| 106. Living Church of God<br>Brookfield, WI | 3/12/05 | CC/MJ/VP/WaPo | Yes | 7 | 4 | 11 | - | Yes | 1 |
| 107. Fulton County Courthouse<br>Atlanta, GA | 3/11/05 | VP/WaPo | - | 4 | 0 | 4 | - | No | 1 |
| 108. Damageplan Show<br>Columbus, OH | 12/8/04 | CC/MJ/VP/WaPo | No | 4 | 3 | 7 | 15 [ab] | Yes | 1 |
| 109. Hunting Camp<br>Meteor, WI | 11/21/04 | CC/VP/WaPo | Yes | 6 | 2 | 8 | 20 | - | 1 |
| 110. ConAgra Foods Plant<br>Kansas City, KS | 7/3/04 | VP/WaPo | - | 6 | 1 | 7 | 10 [ac] | - | 2 |

**Exhibit B**
**Public Mass Shootings Data**
**1982 – Oct. 2022**

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 111. Stateline Tavern Oldtown, ID | 10/24/03 | VP/WaPo | Yes | 4 | 0 | 4 | 14 [ad] | - | 1 |
| 112. Windy City Warehouse Chicago, IL | 8/27/03 | CC/VP/WaPo | No | 6 | 0 | 6 | - | - | - |
| 113. Lockheed Martin Meridian, MS | 7/8/03 | CC/MJ/VP/WaPo | - | 6 | 8 | 14 | - | Yes | 5 |
| 114. Labor Ready Huntsville, AL | 2/25/03 | VP/WaPo | - | 4 | 1 | 5 | - | - | 1 |
| 115. Bertrand Products South Bend, IN | 3/22/02 | VP/WaPo | - | 4 | 2 | 6 | - | - | 2 |
| 116. Burns International Security Sacramento, CA | 9/10/01 | VP/WaPo | Yes | 5 | 2 | 7 | 200 [ae] | - | 2 |
| 117. Bookcliff RV Park Rifle, CO | 7/3/01 | VP/WaPo | No | 4 | 3 | 7 | 6 [af] | - | 1 |
| 118. Navistar Melrose Park, IL | 2/5/01 | CC/MJ/VP/WaPo | Yes | 4 | 4 | 8 | - | Yes | 4 |
| 119. Houston Houston, TX | 1/9/01 | VP | - | 4 | 0 | 4 | - | - | - |
| 120. Wakefield Wakefield, MA | 12/26/00 | CC/MJ/VP/WaPo | Yes | 7 | 0 | 7 | 37 | Yes | 3 |
| 121. Mount Lebanon Pittsburgh, PA | 4/28/00 | VP/WaPo | No | 5 | 1 | 6 | - | Yes | 1 |

# Exhibit B
# Public Mass Shootings Data
# 1982 – Oct. 2022

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 122.  Mi-T-Fine Car Wash Irving, TX | 3/20/00 | VP/WaPo | - | 5 | 1 | 6 | - | - | - |
| 123.  Hotel Tampa, FL | 12/30/99 | CC/MJ/VP/WaPo | No | 5 | 3 | 8 | - | Yes | 2 |
| 124.  Xerox Honolulu, HI | 11/2/99 | CC/MJ/VP/WaPo | Yes | 7 | 0 | 7 | 28 | Yes | 1 |
| 125.  Wedgwood Baptist Church Fort Worth, TX | 9/15/99 | CC/MJ/VP/WaPo | Yes | 7 | 7 | 14 | 30 | Yes | 2 |
| 126.  Atlanta Day Trading Atlanta, GA | 7/29/99 | MJ/VP/WaPo | - | 9 | 13 | 22 | - | Yes | 4 |
| 127.  Albertson's Supermarket Las Vegas, NV | 6/3/99 | VP/WaPo | - | 4 | 1 | 5 | - | - | 1 |
| 128.  Columbine High School Littleton, CO | 4/20/99 | CC/MJ/VP/WaPo | Yes | 13 | 23 | 36 | 188 | No | 4 |
| 129.  St. John Fellowship Baptist Church Gonzalez, LA | 3/10/99 | VP/WaPo | - | 4 | 4 | 8 | - | - | 1 |
| 130.  Thurston High School Springfield, OR | 5/21/98 | CC/MJ/VP/WaPo | Yes | 4 | 25 | 29 | 50 | No | 3 |
| 131.  Westside Middle School Jonesboro, AR | 3/24/98 | CC/MJ/VP/WaPo | Yes | 5 | 10 | 15 | 26 | No | 9/10 |
| 132.  Connecticut Lottery Newington, CT | 3/6/98 | CC/MJ/VP/WaPo | Yes | 4 | 0 | 4 | 5 | Yes | 1 |

**Exhibit B**
**Public Mass Shootings Data**
**1982 – Oct. 2022**

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 133. Caltrans Maintenance Yard Orange, CA | 12/18/97 | CC/MJ/VP/WaPo | Yes | 4 | 2 | 6 | 144 | Yes | 1 |
| 134. Erie Manufacturing Bartow, FL | 12/3/97 | VP | - | 4 | 0 | 4 | 12 [ag] | - | - |
| 135. R.E. Phelon Company Aiken, SC | 9/15/97 | CC/MJ/VP/WaPo | No | 4 | 3 | 7 | - | No | 1 |
| 136. News and Sentinel Colebrook, NH | 8/20/97 | VP/WaPo | - | 4 | 4 | 8 | - | - | 2 |
| 137. Fire Station Jackson, MS | 4/25/96 | VP/WaPo | - | 5 | 3 | 8 | - | - | 3 |
| 138. Fort Lauderdale Fort Lauderdale, FL | 2/9/96 | CC/MJ/VP/WaPo | No | 5 | 1 | 6 | 14 [ah] | Yes | 2 |
| 139. Little Chester Shoes New York, NY | 12/19/95 | VP/WaPo | Yes | 5 | 3 | 8 | - | - | 1 |
| 140. Piper Technical Center Los Angeles, CA | 7/19/95 | CC/VP/WaPo | Yes | 4 | 0 | 4 | - | - | - |
| 141. Walter Rossler Company Corpus Christi, TX | 4/3/95 | CC/MJ/VP/WaPo | No | 5 | 0 | 5 | - | Yes | 2 |
| 142. Puppy creek Hoke County, NC | 12/31/94 | VP | - | 5 | 1 | 6 | - | - | - |
| 143. Air Force Base Fairchild Base, WA | 6/20/94 | CC/MJ/VP/WaPo | Yes | 4 | 23 | 27 | 50 [ai] | Yes | 1 |

**Exhibit B**
**Public Mass Shootings Data**
**1982 – Oct. 2022**

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 144. Chuck E. Cheese<br>Aurora, CO | 12/14/93 | CC/MJ/VP/WaPo | No | 4 | 1 | 5 | - | - | 1 |
| 145. Long Island Railroad<br>Garden City, NY | 12/7/93 | CC/MJ/VP/WaPo | Yes | 6 | 19 | 25 | 30 | Yes | 1 |
| 146. Unemployment Office<br>Oxnard, CA | 12/2/93 | VP/WaPo | - | 4 | 4 | 8 | - | - | - |
| 147. Family Fitness Club<br>El Cajon, CA | 10/14/93 | VP/WaPo | - | 4 | 0 | 4 | - | Yes | 1 |
| 148. Luigi's Restaurant<br>Fayetteville, NC | 8/6/93 | CC/MJ/VP/WaPo | No | 4 | 8 | 12 | - | Yes | 3 |
| 149. Washington County Bar<br>Jackson, MS | 7/8/93 | WaPo | - | 5 | 0 | 5 | - | - | 1 |
| 150. 101 California Street<br>San Francisco, CA | 7/1/93 | CC/MJ/VP/WaPo | Yes | 8 | 6 | 14 | 75 | No | 3 |
| 151. Card club<br>Paso Robles, CA | 11/8/92 | VP/WaPo | - | 6 | 1 | 7 | - | - | 1 |
| 152. Watkins Glen<br>Watkins Glen, NY | 10/15/92 | CC/MJ/VP/WaPo | No | 4 | 0 | 4 | - | Yes | 1 |
| 153. Lindhurst High School<br>Olivehurst, CA | 5/1/92 | CC/MJ/VP/WaPo | No | 4 | 10 | 14 | - | Yes | 2 |
| 154. Phoenix<br>Phoenix, AZ | 3/15/92 | VP | - | 4 | 0 | 4 | - | - | - |

**Exhibit B**
**Public Mass Shootings Data**
**1982 – Oct. 2022**

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 155. Royal Oak Postal Royal Oak, MI | 11/14/91 | CC/MJ/VP/WaPo | Yes | 4 | 4 | 8 | - | Yes | 1 |
| 156. Restaurant Harrodsburg, KY | 11/10/91 | VP/WaPo | No | 4 | 0 | 4 | 6 [aj] | No | 1 |
| 157. University of Iowa Iowa City, IA | 11/1/91 | CC/MJ/VP/WaPo | No | 5 | 1 | 6 | - | Yes | 1 |
| 158. Luby's Cafeteria Killeen, TX | 10/16/91 | CC/MJ/VP/WaPo | Yes | 23 | 20 | 43 | 100 | Yes | 2 |
| 159. Post office Ridgewood, NJ | 10/10/91 | VP/WaPo | Yes | 4 | 0 | 4 | - | - | 2 |
| 160. GMAC Jacksonville, FL | 6/18/90 | CC/MJ/VP/WaPo | Yes | 9 | 4 | 13 | 14 | Yes | 2 |
| 161. Standard Gravure Corporation Louisville, KY | 9/14/89 | CC/MJ/VP/WaPo | Yes | 8 | 12 | 20 | 21 | Yes | 5 |
| 162. Stockton Schoolyard Stockton, CA | 1/17/89 | CC/MJ/VP/WaPo | Yes | 5 | 29 | 34 | 106 | Yes | 2 |
| 163. Montefiore School Chicago, IL | 9/22/88 | VP/WaPo | No | 4 | 2 | 6 | - | - | 1 |
| 164. Old Salisbury Road Winston-Salem, NC | 7/17/88 | VP/WaPo | - | 4 | 5 | 9 | - | - | 1 |
| 165. ESL Sunnyvale, CA | 2/16/88 | CC/MJ/VP/WaPo | No | 7 | 4 | 11 | - | Yes | 7 |

**Exhibit B**
**Public Mass Shootings Data**
**1982 – Oct. 2022**

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 166. Shopping Centers Palm Bay, FL | 4/23/87 | CC/MJ/VP/WaPo | Yes | 6 | 14 | 20 | 40 [ak] | Yes | 3 |
| 167. United States Postal Service Edmond, OK | 8/20/86 | CC/MJ/VP/WaPo | No | 14 | 6 | 20 | - | Yes | 3 |
| 168. Anchor Glass Container Corporation South Connellsville, PA | 3/16/85 | VP/WaPo | No | 4 | 1 | 5 | - | - | 1 |
| 169. Other Place Lounge Hot Springs, AR | 7/24/84 | VP/WaPo | No | 4 | 1 | 5 | - | - | 1 |
| 170. San Ysidro McDonald's San Ysidro, CA | 7/18/84 | CC/MJ/VP/WaPo | Yes | 21 | 19 | 40 | 257 | Yes | 3 |
| 171. Dallas Nightclub Dallas, TX | 6/29/84 | CC/MJ/VP/WaPo | Yes | 6 | 1 | 7 | - | No | 1 |
| 172. Alaska Mining Town Manley Hot Springs, AK | 5/17/84 | VP/WaPo | No | 7 | 0 | 7 | - | - | 1 |
| 173. College Station Collge Station, TX | 10/11/83 | VP | - | 6 | 0 | 6 | - | - | - |
| 174. Alaska Back-County McCarthy, AK | 3/1/83 | VP/WaPo | - | 6 | 2 | 8 | - | - | 2 |
| 175. Upper West Side Hotel New York, NY | 2/3/83 | VP | No | 4 | 1 | 5 | - | - | 1 |
| 176. The Investor Noyes Island, AK | 9/6/82 | WaPo | - | 8 | 0 | 8 | - | - | 1 |

**Exhibit B**
**Public Mass Shootings Data**
**1982 – Oct. 2022**

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| 177. Welding Shop<br>Miami, FL | 8/20/82 | MJ/VP/WaPo | No | 8 | 3 | 11 | - | Yes | 1 |
| 178. Western Transfer Co.<br>Grand Prairie, TX | 8/9/82 | VP/WaPo | - | 6 | 4 | 10 | - | - | 3 |
| 179. Russian Jack Springs Park<br>Anchorage, AK | 5/3/82 | VP/WaPo | - | 4 | 0 | 4 | - | No | 1 |
| | | **Large-Capacity Magazine Average:** | | 10 | 16 | 25 | 99 | | |
| | | **Non-Large-Capacity Magazine Average:** | | 6 | 3 | 9 | 16 | | |

**Notes and Sources:**

Public Mass Shootings from Mother Jones ("US Mass Shootings, 1982-2022: Data from Mother Jones' Investigation," updated October 14, 2022). MJ indicates a mass shooting identified by Mother Jones.

The Citizens Crime Commission of New York City ("Mayhem Multiplied: Mass Shooters and Assault Weapons," February 2018 update, and "Citizens Crime Commission of New York City, Mass Shooting Incidents in America (1984-2012)," accessed June 1, 2017). CC indicates a mass shooting identified by Citizens Crime Commission of New York City data.

The Washington Post ("The Terrible Numbers That Grow With Each Mass Shooting,", updated May 12, 2021). WaPo indicates a mass shooting identified by The Washington Post.

The Violence Project ("Mass Shooter Database," updated May 14, 2022). VP indicates a mass shooting identified by the Violence Project.

[a] Large capacity magazines are those with a capacity to hold more than 10 rounds of ammunition. Stories from Factiva and Google searches reviewed to determine

# Exhibit B
## Public Mass Shootings Data
## 1982 – Oct. 2022

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |

whether an LCM was involved.

[b] Offender(s) are not included in counts of fatalities and injuries. Stories from Factiva and Google searches reviewed to determine number of fatalities and injuries.

[c] Offender(s) are not included in counts of fatalities and injuries. Stories from Factiva and Google searches reviewed to determine number of fatalities and injuries.

[d] Except where noted, all data on shots fired obtained from CC.

[e] The determination of whether guns were obtained legally is based on Mother Jones and The Washington Post reporting.

[ba] "'This is the norm in our country': Highland Park Mayor speaks to Senate committee about gun violence," *CBS Chicago* , July 20, 2022.

[bb] MJ reported "fewer than 10" injuries for this incident.

[bc] "Update: Man among those killed held door to allow others to escape, Tulsa police chief says," *TulsaWorld* , June 2, 2022.

[bd] "The gunman in Uvalde carried more ammunition into Robb Elementary School than a U.S. soldier carries into combat," *CBS News* , May 27, 2022. Note the number of shots fired has been updated since Allen 2022 in Duncan v. Rob Bonta which listed 315 shots fired based on the number of rounds found at the school.

[be] "Uvalde gunman legally bought AR rifles days before shooting, law enforcement says," *The Texas Tribune* , May 25, 2022.

[bf] "Buffalo shooting suspect says his motive was to prevent 'eliminating the white race'," *NPR* , June 16, 2022.

[bg] "Sacramento Church Mass Shooting Follows Disturbing Trend of Domestic Violence, Mass Shooting Connection; Rise of Ghost Guns," *Everytown* , March 7, 2022.

[bh] "Oxford High School shooter fired 30 rounds, had 18 more when arrested, sheriff says," *Fox2Detroit* , December 1, 2021.

[bi] "Father of suspected Oxford High School shooter bought gun 4 days before shooting," *Fox 2 Detroit* , December 1, 2021.

**Exhibit B**
**Public Mass Shootings Data**
**1982 – Oct. 2022**

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |

[bj] "VTA shooter fired 39 rounds during attack; carried 32 high-capacity magazines," *KTVU Fox 2* , May 27, 2021.

[bk] "Sam Cassidy legally owned guns used in San Jose VTA shooting: Sheriff," *Kron4* , May 28, 2021.

[bl] "Colorado Springs shooter who killed 6 at party had "displayed power and control issues," police say," *The Denver Post* , May 11, 2021.

[bm] "Indianapolis FedEx Shooter Who Killed 4 Sikhs Was Not Racially Motivated, Police Say," *NPR* , July 28, 2021.

[bn] "Police Investigate Three Separate Fatal Shooting Incidents In Baltimore County," *Baltimore County Government Website* , March 29, 2021.

[bo] "Atlanta Shooting Suspect Bought Gun on Day of Rampage," *Courthouse News* , March 26, 2021.

[bp] "Search warrant reveals new information in Springfield Kum & Go shooting," *Springfield News-Leader* , April 8, 2020.

[bq] "'There was no warning this was going to happen,' Miller shooting witnesses told investigators," *WISN 12 News* , November 24, 2020.

[br] "Milwaukee Miller brewery shooting: Six Molson Coors workers, including shooter, dead in rampage," *Milwaukee Journal Sentinel* , February 26, 2020.

[f] "The Dayton gunman killed 9 people by firing 41 shots in 30 seconds. A high-capacity rifle helped enable that speed," *CNN* , August 5, 2019.

[g] "Authorities Describe 'Confusion And Chaos' At Borderline Bar Shooting In California," *NPR* , November 28, 2018.

[h] "Suspect in quadruple killing at car wash dies," CNN, January 30, 2018.

[i] "California gunman fired 30 rounds at elementary school, left when he couldn't get inside," *ABC News* , November 15, 2017.

[j] "'Be quiet! It's him!' Survivors say shooter walked pew by pew looking for people to shoot," *CNN* , November 9, 2017.

**Exhibit B**
**Public Mass Shootings Data**
**1982 – Oct. 2022**

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |

[k] "Sheriff Says More than 1,100 Rounds Fired in Las Vegas," *Las Vegas Review Journal* , November 22, 2017

[l] "Fort Lauderdale Shooting Suspect Appears in Court, Ordered Held Without Bond," *Washington Post* , January 9, 2017.

[m] "'We Thought It Was Part of the Music': How the Pulse Nightclub Massacre Unfolded in Orlando," *The Telegraph* , June 13, 2016.

[n] "Two men charged with homicide in connection with Wilkinsburg backyard ambush," *Pittsburgh's Action News* , June 24, 2016.

[o] "San Bernardino Suspects Left Trail of Clues, but No Clear Motive," *New York Times* , December 3, 2015.

[p] "Sheriff: Elliot Rodger Fired 50-plus Times in Isle Vista Rampage," *Los Angeles Times* , June 4, 2014.

[q] "Shooter Set $10,000 on Fire in Hialeah Shooting Rampage," *NBC News* , July 28, 2013.

[r] "Police Call Santa Monica Gunman 'Ready for Battle,'" *New York Times* , June 8, 2013.

[s] "Questions linger in slayings; investigation continues in rampage as community searches for answers on why gunman shot eight people," *The Beacon Journal* ,

August 14, 2011.

[t] "Kentucky Tragedy: Man Kills Wife, Five Others, in Rampage Over Cold Eggs, Say Cops," *CBS News* , September 13, 2010.

[u] "Ex-gang member guilty of shooting 5 in deadly 17-second rampage," *NBC* , April 1, 2011.

[v] "Hialeah Gunman's Rage Over Estranged Wife Leaved 5 Dead," *Sun-Sentinel* , June 7, 2010.

[w] "Man convicted of killing 4 at Los Angeles restaurant," *Associated Press* , March 15, 2016.

**Exhibit B**
**Public Mass Shootings Data**
**1982 – Oct. 2022**

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |

[x] "4 Victims In Mount Airy Shooting Related, Police Say," *WXII 12 News*, November 2, 2009.

[y] "Arrested suspect might have warned of Santa Maria shooting", *Associated Press*, March 20, 2008.

[z] "Profile: New information released on Matthew Murray, gunman in church-related shootings in Colorado; Larry Bourbannais, wounded in one of the shootings, discusses his experience," NBC News, December 11, 2007.

[aa] "Small Town Grieves for 6, and the Killer," *Los Angeles Times*, October 9, 2007.

[ab] "National Briefing | Midwest: Ohio: Shooter At Club May Have Reloaded," *New York Times*, January 15, 2005.

[ac] "Sixth person dies of injuries from shooting at Kansas meatpacking plant," *Associated Press*, July 3, 2004.

[ad] "Four Killed In Oldtown Shooting," *The Miner*, October 30, 2003.

[ae] "Sacramento shooter unscathed before killing self, autopsy shows," *Associated Press*, September 14, 2001.

[af] "Gunman kills 3, wounds 4 in Rifle rampage; mental patient is arrested," *The Denver Post*, April 2, 2015.

[ag] "Unfinished business," *Dateline NBC*, December 21, 2006.

[ah] "5 Beach Workers in Florida are Slain by Ex-Colleague," *New York Times*, February 10, 1996.

[ai] "Man Bent On Revenge Kills 4, Hurts 23 -- Psychiatrist Is First Slain In Rampage At Fairchild Air Force Base," *The Seattle Times*, June 21, 1994.

[aj] "Man Killed Estranged Wife, Three Others as They Drove to Dinner," *Associated Press*, November 11, 1991.

**Exhibit B**
**Public Mass Shootings Data**
**1982 – Oct. 2022**

| Case and Location | Date | Source | Large Capacity Mag.?[a] | Fatalities[b] | Injuries[c] | Total Fatalities & Injuries[c] | Shots Fired[d] | Gun(s) Obtained Legally?[e] | Offender(s)' Number of Guns |
|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |

[ak] "6 Dead in Florida Sniper Siege; Police Seize Suspect in Massacre," *Chicago Tribune*, April 25, 1987.