1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF
   Deputy Attorney General
4  State Bar No. 298196
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6177
6   Fax:  (916) 731-2144
    E-mail: Robert.Meyerhoff@doj.ca.gov
7  *Attorneys for Defendants Rob Bonta in
   his official capacity as Attorney*
8  *General of the State of California
   and Allison Mendoza in her Official*
9  *Capacity as Director of the Bureau of
   Firearms*

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12                     SACRAMENTO DIVISION

13

14

15 **WILLIAM WIESE, et al.,**          Case No. 2:17-cv-00903-WBS-KJN

16                      Plaintiffs,

17         **v.**                       **DECLARATION OF RYAN BUSSE IN
                                        SUPPORT OF DEFENDANTS'
                                        OPPOSITION TO MOTION FOR
18                                      SUMMARY JUDGMENT AND COUNTER-
   **ROB BONTA, et al.,**               MOTION FOR SUMMARY JUDGMENT**
19
                       Defendants.    Date:     July 10, 2023
20                                    Time:     1:30 p.m.
                                      Courtroom:5, 14ᵗʰ Floor
21                                    Judge:    Hon. William B. Shubb

22

23

24

25

26

27

28
                              1

1

**DECLARATION OF RYAN BUSSE**

2     I, Ryan Busse, declare under penalty of perjury the following

3 is true and correct:

4     1.   I have been asked by the Office of the Attorney General

5 of the California Department of Justice to render an opinion on

6 large capacity magazines, including whether they are necessary

7 for a firearm to function, their use in self-defense, and how

8 they became popular in today's culture. I am being compensated at

9 a rate of $150 per hour.

10

**BACKGROUND AND QUALIFICATIONS**

11     2.   I was raised with firearms as an integral part of my

12 life. I began shooting with various guns as a young boy and

13 continued to regularly use and study guns throughout my life (I

14 am now 53). After graduating college, I entered the firearms

15 industry in 1992. I became a sales executive in the firearms

16 industry in 1995, and I spent more than 25 years in this role.

17 While in the industry, I developed innovative sales teams,

18 maintained relationships with the largest national retailers, and

19 was responsible for worldwide sales of millions of firearms. I

20 built a dealer-direct sales network that included more than 2500

21 firearms dealers including locations in all 50 states, and I

22 regularly visited these dealers. In my job, I also studied and

23 built sales programs that relied on understanding the technical

24 nature of most firearms available in the U.S. market, including

25 AR platform guns and other types of rifles.

26     3.   During my career, I played an integral role in building

27 one of the largest firearms companies in the United States,

28 Kimber, and I was nominated by shooting industry leadership many

1  times for the SHOT Business "Shooting Industry Person of the
2  Year" Award. I served in an executive sales capacity as Vice
3  President of Sales until August 2020. While in the industry I
4  served as an advisor to the United States Senate Sportsmen's
5  Caucus, and as the North American board chairman for Backcountry
6  Hunters & Anglers, a national wildlife conservation and hunting
7  organization.

8      4.   I left the firearms industry because I was concerned
9  about what I believed to be irresponsible and dangerous marketing
10 and sales practices. Since I left, I have served as an advisor to
11 the 2020 Biden presidential campaign, I have testified twice
12 before the U.S. Congress about the firearms industry and gun
13 policy (before the House Committee on Oversight and Reform and
14 the Joint Economic Committee, respectively), I have been called
15 to testify in closed-door briefings at the U.S. Senate, and I
16 currently serve as a Senior Advisor to Giffords. I remain a proud
17 and active gun owner, outdoorsman, and advocate for responsible
18 gun ownership.

19     5.   I have provided expert witness testimony in Miller v.
20 Bonta, No. 3:19-cv-01536-BEN-JLB (S.D. Cal.), and Duncan v.
21 Bonta, No. 3:17-cv-1017-BEN-JLB (S.D. Cal.); Oregon Firearms
22 Federation Inc. v. State of Oregon, (Case No. 2:22-cv-01815-IM);
23 National Association for Gun Rights v. City of Highland Park,
24 Illinois, Case No. 1:22-cv-04774 (N.D. Ill.); Herrera v. Raoul,
25 No. 23-cv-00532 (N.D. Ill.).

26                    **SUMMARY OF OPINIONS**

27     6.   In the following pages I will explain the reality of
28 important technical issues in this case. I also provide

1    historical timelines which explain the ways in which large

2    capacity magazines (LCMs) have been developed and marketed by the

3    firearms industry and I also provide my opinion on self defense

4    as it relates to LCMs. Throughout this document, there are many

5    instances where I offer the published opinions of the firearms

6    industry in addition to my own opinions. Hence, there are many

7    footnoted references and images to follow and all are from

8    trusted and verified firearms industry authorities.

9                              **OPINIONS**

10        7.   I have reviewed the California law which regulates the

11   sale of large capacity magazines, and I am familiar with the

12   function and marketing history of these magazines. With regards

13   to opinions I offer below pertaining to large capacity magazines,

14   I also pay attention to AR-15 platform firearms because firearms

15   based on this particular platform are now by far the most

16   prevalent assault weapons in the United States and the history of

17   all large capacity magazines is closely intertwined with these

18   guns and the companies that sell them.

19        8.   Semiautomatic rifles, including AR and AK-platform

20   rifles, as well as semiautomatic pistols and shotguns, are

21   capable of firing one shot per each pull of the trigger. Each

22   firearm is chambered for specific ammunition cartridges.

23   Centerfire firearms are chambered for specific centerfire

24   cartridges, which have the primer (the component that ignites the

25   propellant) located in the center of the base of the cartridge

26   case (as opposed to the rim of the cartridge). Today's modern

27   rimfire ammunition is almost always confined to small and less

28   powerful cartridges, such as the .22LR. Bullets fired from these

                                      4

1  cartridges are small and light and move slower than almost all
2  centerfire rifle ammunition. Rimfire chamberings are common in
3  youth and "beginner" hunting rifles because they are relatively
4  quiet and inexpensive and have low recoil. Conversely, modern
5  centerfire ammunition requires a detonation of a primer in the
6  center of the cartridge (CENTERfire) and these cartridges are
7  generally much more powerful than rimfire cartridges. As an
8  example, the .223, which is the most common AR-15 cartridge,
9  fires bullets at more than 3000 feet/second, whereas a rimfire
10 cartridge typically propels bullets at around 1100 feet/second.
11 This increased centerfire velocity greatly increases the range
12 and lethality of centerfire cartridges. Most handgun cartridges
13 are also now centerfire, and these cartridges generally fire
14 bullets much larger than rimfire cartridges, usually at
15 velocities of between 800 and 1500 feet/second. Generally,
16 centerfire weapons fire higher-caliber ammunition and/or fire it
17 at higher velocities.

18      9.   The AR-platform, in particular, is the civilian version
19 of the military's select-fire M-16 and M-4 rifles, which are
20 capable of fully automatic or burst firing. Based on my
21 familiarity with the firearms industry, AR-platform rifles and
22 similar semiautomatic rifles did not begin to sell in significant
23 numbers until the late 2000s and, particularly, not until after
24 the 2012 shooting at Sandy Hook Elementary in Newtown,
25 Connecticut.

26      10.  During the mid-2000s, and especially after Sandy Hook,
27 the firearms industry shifted towards marketing efforts
28 specifically focused on developing the "tactical market." In the

5

1  industry, the term "tactical" generally refers to weapons and
2  accessories that are meant for offensive military or law
3  enforcement operations. This market now generally includes AR-
4  15s, battle pistols and other handguns from various manufacturers
5  and accessories such as bullet-proof vests and a wide variety of
6  large capacity magazines.

7     11.  Here are two images that illustrate the dramatic
8  transition in the gun industry from the time when tactical guns
9  were not accepted or normalized to the current when they are a
10 central business focus. The first is an image of the 2004 Smith
11 and Wesson annual product catalog cover in which a 1911 pistol
12 with an 8-round capacity is featured, the second is the 2019
13 Smith and Wesson catalog cover on which the Smith and Wesson
14 M&P15 pistol and rifle (with LCM) are featured prominently.
15 Neither of those "tactical" firearms from the 2019 catalog cover
16 existed in 2004:



Declaration of Ryan Busse
(Case No. 2:17-cv-00903-WBS-KJN)

1

2

3

4

5

6

7

8

9

10

11



12

13    12.   While there were pistols with LCMs sold and marketed

14 prior to the mid-2000s, they were far less common and certainly

15 not highlighted as a central focus for gun industry growth prior

16 to 2008. The increased prevalence of these "battle pistols" and

17 other similar LCM-capable handguns is closely tied to the rise of

18 the AR-15 and the associated shift to tactical or "offensive" (as

19 opposed to "defensive") firearms.

20 Detachable Magazines, Large Capacity Magazines, Large Capacity

21 Ammunition Feeding Devices.

22    13.   Magazines are containers which hold ammunition in

23 spring-loaded preparation for feeding into the receiver of a

24 firearm. By contrast, clips, while sometimes confused with

25 magazines, are different and can generally be described as small

26 holding devices that retain cartridges in preparation for faster

27 loading into magazines. Magazines can either be "fixed," meaning

28 they are integral within the gun, or "detachable," meaning they

7

1   are not internally or permanently attached to the firearm. Many
2   firearms, including some of the most revered self-defense
3   firearms ever built, incorporate fixed magazines which means that
4   these containers are permanently affixed to, or inside the
5   firearm. Magazines of this sort can be temporarily or permanently
6   "plugged" or shortened to regulate capacity. Examples include
7   most pump and semiautomatic shotguns where a tubular magazine is
8   affixed under the barrel. Many bolt-action hunting rifles utilize
9   a fixed "box magazine" design in which ammunition must be loaded
10  into the permanent "box" below the bolt, and then fed into the
11  receiver from that magazine with each cycle of the bolt. For
12  "fixed magazine" firearms, in order to reload, the shooter must
13  stop shooting and reload the magazine one cartridge at a time
14  before resuming shooting.

15      14.  Conversely, detachable magazines enable a shooter to
16  replace an empty or depleted magazine with a fresh magazine to
17  resume firing in a manner that is much faster than stopping to
18  reload fixed magazines. Unlike fixed magazines, detachable
19  magazines can be preloaded and transported at the ready with the
20  gun, effectively greatly increasing the potential number of
21  rounds fired in any given period of time. For example, a
22  competent shooter with a common fixed-magazine bolt-action rifle
23  may be able to accurately fire 15-20 rounds per minute with long
24  pauses to reload whereas a competent shooter with an AR-15 and
25  preloaded large capacity magazines can accurately fire more than
26  100 rounds per minute with very short pauses to change magazines.
27  This also generally applies to handguns.

28

8

15.   Pistol shooters with large capacity magazines can fire more rounds per minute than the same shooter with lower capacity magazines and many more rounds than shooters of more traditional self-defense handguns such as revolvers. Handguns with high capacity magazines have often been used in notable mass shooting events such as the 2011 Tucson, Arizona, shooting involving Congresswoman Gabby Giffords and the mass shooting at Virginia Tech University in 2007 in which 33 people were killed and 23 more were injured.

16.   Detachable magazines typically hold as few as 5 or as many as 100 or more ammunition rounds but will also function with a single round. It is my experience that magazines which limit capacity to as few as 5 rounds are commonly available and are often legally mandated for hunting in many states. It is also my experience that even if large capacity magazines are available or sold with firearms today, all firearms companies offer lower capacity options (often 10 round versions to comply with laws in various states).

17.   There is no difficulty in obtaining lower capacity or standard capacity magazines for virtually any firearm. These are often sold by manufacturers and retailers and online sellers, and have been for many years, as normal accessories. Some retailers now also offer these magazines in retail categories they refer to as "compliant magazines." This is a marketing description of one such retail magazine section from noted industry reseller Righttobear.com and is typical of others in the firearms industry: "Residents of a number of states are forbidden by law to have large-capacity ammunition magazines that hold more than

9

10 rounds, in some cases even 7 rounds. We carry a full inventory
of magazines designed to meet some state restrictions. Each of
the AR 10-round magazines we sell meet or exceed our high
standards for any product we sell. All are based on proven
designs, with the simple restriction of only holding 10 rounds.
If you are in the market for a 10-round AR magazine, check out
the selection we offer here. You will find magazines from several
manufacturers, designed to fit a number of ammo calibers. These
AR 10-round magazines allow you to customize your rifle while
helping to meet some state restrictions. You can get 10-round
mags that won't interfere with the other accessories on your
rifle. Find the right 10-round AR mag for your needs, and get it
on order today!"

18.   Despite the recent proliferation of large capacity
magazines, it is important to note that there is no known firearm
that requires a large-capacity magazine to function as designed.
By this I mean that all firearms that can accept a large-capacity
magazine can also accept a magazine that holds fewer rounds and
still function precisely as intended. This is true even of AR and
AK-platform rifles. Although many of these rifles are sold with a
30 round magazine, the manufacturers all offer the optional
purchase of 10 round or even lower capacity magazines and could
easily offer magazines limited to almost any given round count.
There are multiple respected reviews of compliant magazines that
not only highlight their known reliability but also point out
important advantages of smaller magazines to many shooters. For
example, the description of a magazine by the popular PewPew
Tactical website describes one of the most popular 10 round AR-15

10

1   magazines as follows: "The 10-Round PMAG M3 is an option that

2   won't let you down! But the dedicated lower-capacity magazines

3   are also nice because they are shorter — this makes prone or

4   bench shooting easier for most people."

5       19.   There are many pistols that are built for magazines of

6   eight rounds or less. One such example is the very popular Model

7   1911—which was the accepted defensive sidearm of the U.S.

8   Military for decades and is still one of the most widely owned

9   self-defense guns in the United States. Other widely popular guns

10  such as the Sig P938 are also designed to function with seven or

11  eight round magazines and these guns have been widely acclaimed

12  by dozens of notable firearms industry experts as among the most

13  effective concealed carry/self-defense firearms on the market.

14  While larger 10-plus round magazines exist for these pistols, a

15  smaller magazine (standard seven or eight round) is considered

16  preferable by almost all consumers because the physical

17  size/profile of the shorter magazine is easier to carry, shoot,

18  and conceal.

19      20.   Still today, guns such as the 1911 and Sig938 are built

20  to function with sub-10 round magazines. With regards to the 1911

21  design, it is so respected that direct copies are currently

22  reproduced by many gun companies (Smith and Wesson, Ruger,

23  Kimber, Springfield, Rock Island, Dan Wesson, and many other

24  companies build and sell these 1911 pistols) and they are sold in

25  high volumes by most retailers in the United States. These guns

26  are still considered extremely effective self-defense firearms by

27  many of the leading firearms trainers in the country.

28

1    21.  For AR-15s and handguns, even where magazines with

2    capacities of more than 10 rounds are prevalent, the industry

3    always offers 10-round or "compliant" magazines as an option. I

4    am not aware of a single case where those magazines have been

5    advertised as inadequate or ineffective, and I am not aware of

6    any other expert or industry advertisement that claims these

7    magazines render a gun defective or unable to function in self-

8    defense situations.

9    22.  While there is a competitive trend towards increased

10   handgun capacity, there are also many recently introduced handgun

11   models that utilize or offer 10 round magazines and are also

12   considered excellent self-defense options by notable industry

13   experts and journalists. The following is a review for a 10-round

14   version of one of the best-selling handguns in the industry

15   offered by notable industry website TheArmoryLife.com: "10 rounds

16   of 9mm in a micro-compact is still a formidable defense.

17   Springfield Armory recently announced the addition of a 10-round

18   version of the Hellcat pistol for shooters in states that require

19   restricted magazine capacities. The new 10-round variant of the

20   Hellcat offers a great self-defense option for owners that live

21   in areas with these restrictions."

22   23.  Revolvers, which have 5 or 6 round capacities, are also

23   considered to be extremely effective self-defense guns. Even the

24   most respected industry experts openly agree on this point and

25   many also point out that the average self-defense situation

26   involves very few shots fired and it is generally accepted that

27   the average self-defense situation involves only 2.2 shots.

28   Related to that truth, the following is an excerpt from a 2015

12

NRA American Rifleman article on the desirability of revolvers for self-defense and the issue of capacity in defensive situations: "The importance of this difference in ammunition capacity is debatable. Some self-defense gurus support the idea that more is better. Others point out that most civilian situations happen so quickly, with only a few rounds fired (an average of three), that handgun capacity is a moot point."

24.  Finally, it is important to note that shotguns are not immune from this general trend of becoming marketed as more tactical because like handguns, the prevalence of LCMs in AR-15s has provided license for similar changes in shotguns. Generally speaking, pump action and semi-automatic shotguns utilize a tubular magazine. However there are now dozens of "tactical" shotgun designs that accept detachable magazines similar to AR-15 designs and some are large capacity. There are also some shotguns that are generally designed to be similar to the AR-15 but chambered in a shotgun cartridge (usually 12 gauge).

Magazines Are Accessories

25.  Because a large capacity magazine is not a required component for a firearm to operate, it is characterized as an accessory by the industry. There is a massive market for magazines that far surpasses that of the market for firearms themselves in terms of numeric sales. There are companies, such as Magpul, that entirely specialize in firearms accessories, including large capacity magazines. In fact, most firearms manufacturers do not consider the magazine as integral enough to build their own magazines for their own guns. In almost all cases even the largest gun manufacturers contract with accessory makers

13

1  who build magazines and then supply them to the gun manufacturer,

2  who then sells the magazines with the guns but also as an "add-

3  on" accessory.

4       26.   Based on my experience, magazines are a large accessory

5  profit center for the gun industry and sales of these magazines

6  are treated as a category separate from gun sales throughout the

7  sales chain. For example, I am aware of compensation programs

8  from gun manufacturers that offer increased percentage in sales

9  commission payments for sales of magazines as opposed to

10 firearms. Retailers often incentivize their employees to push a

11 buyer to purchase additional magazines because it is known that

12 consumers view the purchase of magazines as separate from the gun

13 and they are therefore viewed as "add-on sales" for retailers.

14 Many retailers like Palmetto State Armory (one of the largest

15 firearms retailers in the United States) focus on accessory sales

16 along with firearms and clearly list magazines in their "general

17 accessory" section.

18      27.   Almost always, these magazines are manufactured by

19 outside contracted suppliers (not the manufacturer of the

20 firearm). The degree to which a magazine is viewed as an

21 accessory by firearms retailers is reinforced by the fact that

22 when manufacturers add additional magazines to the gun at time of

23 sale as an incentive to encourage consumers to purchase the gun,

24 the practice often upsets the retailers who view this as taking

25 away an accessory sale they could have made. Below are two recent

26 promotions from firearms manufacturers which advertise magazines

27 as sales incentives. Note that the second also offers 10-round

28 magazine options:

14

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16
17
18
19
20
21
22
23



24

25   <u>History and Marketing of Tactical Firearms, Assault Weapons and</u>

26   <u>their Accompanying Large Capacity Magazines</u>

27        28.   While there is no universally accepted definition of an

28   assault rifle, the term generally refers to a firearm that

15

1    incorporates a set of physical features that increase the

2    effectiveness of killing enemy combatants in offensive

3    battlefield situations, usually in close and medium-range

4    warfare. This list of features generally includes but is not

5    limited to: pistol grips, semi-automatic or fully-automatic fire

6    control systems, the ability to accept detachable magazines,

7    folding or telescoping stocks, and barrel shrouds. The recent

8    history and marketing of large capacity magazines has become

9    indelibly intertwined with that of assault weapons. For example,

10   when looking at the silhouette of an assault weapon the large

11   capacity magazine is often prominently visible, especially on

12   images utilized by extremists groups.

13        29.   Additionally there will be clearly visible images of

14   prominent large capacity magazines in all the advertisements that

15   follow. Industry spokespeople may claim that these assault

16   weapons and LCMs are only tools of self-defense. They may also

17   claim that these items have a long and "common" history in the

18   United States. In my opinion these are false assertions created

19   to rationalize the recent increased sales and marketing of

20   assault weapons and LCMs. I therefore believe it important to

21   include here a brief history of the assault weapon, tactical

22   firearms and industry advertising to help the Court understand

23   the truth about large capacity magazines and the actual source of

24   their prominence in current day gun culture.

25        30.   All AR-15 firearms are derivatives of the Armalite

26   Rifle (AR) model 15, which was originally designed for the United

27   States Military in the late 1950s. The AR-15 was specifically

28   designed to satisfy clearly stated military requirements for an

Declaration of Ryan Busse
(Case No. 2:17-cv-00903-WBS-KJN)

1   assault rifle. The AR-15 incorporated features that achieved

2   these requirements, which included: being lightweight, easily

3   portable, accurate, high-capacity-capable, low recoil, and fast-

4   firing as these are the features of an effective offensive

5   weapon. The AR-15 was therefore adopted by the U.S. military in

6   the early 1960s. The firearms industry openly referred to these

7   and all similar weapons as "assault weapons" and "assault rifles"

8   as late as 2008, as evidenced by this 2008 issue of Gun Digest, a

9   publication which is commonly accepted in the industry as a

10  prominent authority and advertising venue:



Declaration of Ryan Busse
(Case No. 2:17-cv-00903-WBS-KJN)

31.  Of particular importance for this case, it is critical to understand the "chambering" or cartridge the AR-15 and AK-47 rifles are designed to accept. The standard cartridge for the AR-15 is a .223Rem (5.56 is NATO equivalent) which was selected by the military for very specific reasons. While it is commonly reported that the AR-15 is a "high power" weapon, a singular .223 cartridge is not in fact "high power" compared to almost all other hunting rifles that have been sold for more than a century in the United States.  However, it was the small size of the .223 and 5.56 cartridge that was particularly important to the military because it allowed soldiers to greatly increase capacity in their rifles and magazines. Moreover, smaller rounds weigh less, meaning that this also increased the number of extra rounds soldiers could carry around. In other words, it is the large capacity that the military saw as most important for offensive military operations and it is the large capacity that, in the opinion of military decision makers, made the guns ideal offensive battle rifles.

32.  The bullets from these smaller and faster cartridges are very deadly at short and medium ranges. These cartridge characteristics were selected because they result in a rifle that can be high-capacity, accept loaded magazines which are easy to transport, and can also be very easy to fire repeatedly while staying on target. The reasoning for the military decision on this chambering is summed up in this article from Business Insider: "The smaller rounds weighed less, allowing troops to carry more ammunition into the fight. They also created less recoil, making it easier to level the weapon back onto the target

18

between rounds and making automatic fire easier to manage. Tests showed that troops equipped with smaller 5.56 mm rounds could engage targets more efficiently and effectively than those firing larger, heavier bullets." This is why AR-15 and AK-47 platform weapons remain the assault weapon of choice for military operations in short and medium range scenarios where repeated, high volume and accurate offensive shooting is desired.

33. These same general attributes, especially the ability to accept large capacity magazines, are those which appear to be desired by many recent mass shooters in the United States. LCMs were used in the recent shootings in Buffalo, New York; Highland Park, Illinois; Uvalde, Texas; Nashville, Tennessee; and in Louisville, Kentucky just to name a few. In Uvalde, the shooter used high-capacity magazines to easily transport nearly 1700 rounds of ammunition to Robb Elementary school. According to law enforcement officials quoted in a CBS article: "[T]he amount of ammunition that the suspect brought with him is more than what an average U.S. soldier would go into basic combat with, apparently planning on a massive gun battle."

34. While the AR-15 and its derivatives are by far the most common assault-style rifles in the United States, there are many other firearms that share the same purpose and generally have the same defining features, including the ability to accept large capacity magazines. Those firearms include firearms utilizing all or part of the AK-47 platform as well as many others. The original patent for the gas operating system central to the AR-15 being rapidly fired with minimal recoil expired in 1977, which

1    subsequently allowed the engineering prints for the AR-15 to be

2    publicly available to all firearms companies.

3         35.   From that point forward, in 1977, there could have been

4    a large-scale, immediate, and legal proliferation of direct

5    copies of these rifles and other high capacity semi-automatic

6    guns into the United States commercial market. But that did not

7    happen, at least not until nearly two decades later. In fact,

8    when I first started my work in the gun industry in the 1990s,

9    assault weapons such as AR-15s and the 30-round magazines we see

10   in advertising and mass shootings today, were not common, and

11   within the gun industry the acceptance or promotion of this

12   product category was thought to be irresponsible and potentially

13   dangerous.

14        36.   This former self-imposed industry "regulation" was

15   publicly voiced by William B. Ruger, the widely revered founder

16   of Sturm Ruger, which is now one of the largest companies in the

17   industry. During an interview with Tom Brokaw, he stated what was

18   common industry consensus: "No honest man needs more than 10

19   rounds in any gun."  Mr. Ruger went on to clarify what most

20   industry executives believed to be wise policy: "I never meant

21   for simple civilians to have my 20 or 30 round magazines."  For

22   decades, opinions like that of William Ruger were reinforced

23   throughout the industry in hundreds of large and small ways and

24   this sentiment was still very prevalent when I entered the

25   industry in 1995.  Almost everyone I encountered believed that

26   AR-15s were military assault weapons and the large capacity

27   magazines which often accompanied these weapons were dangerous

28   and were not to be sold or displayed to the civilians.

1     37.  This commonly held opinion presented a challenge for

2  Colt, which at that time was the only notable company focused on

3  selling AR-15s to civilians. Colt realized that AR-15s were

4  obviously a military weapon but the company also sought to sell

5  the guns to civilians. The quandary for the company is fully

6  displayed in the images below. First, see the advertisement below

7  in their 1964 catalog in which Colt seeks to delicately market

8  the AR-15 as a sporter rifle (note the non-LCM magazine

9  included):



21

1    38.  This marketing met with very disappointing results. In

2  response to very low commercial sales, Colt released new models

3  which hinted at the military or "Government" use for the rifles.

4  According to the 1987 company press release, these rifles "Had

5  all of the features consistent with the M16" and were

6  "manufactured on the same production line as the M16." But even

7  in that increasingly militaristic 1987 marketing, the rifles were

8  still not sold or marketed with an LCM and I am unaware of any

9  claim that asserted LCMs were necessary to the function of these

10  rifles or to self defense.

Declaration of Ryan Busse
(Case No. 2:17-cv-00903-WBS-KJN)

1    39.  These examples from Colt are illustrative of how

2  important marketing and the inclusion of LCMs would become.

3  Colt's sales were famously low, as were the sales from a handful

4  of other companies who sought to sell AR-15s. That is because

5  "mainstreaming" of those guns was strongly resisted by most

6  leaders in the gun industry well into the mid 2000s. The

7  voluntary prohibition obviously extended to LCMs as Colt's

8  product listings did not include or picture them. The industry

9  prohibition had a dramatic effect and the evidence is born out in

10  the low commercial sales figures of AR-15s almost none of which

11  were equipped with LCMs.

12    40.  During the period between 1964 and 1994, first for

13  Colt, and then also for all companies who produced the guns after

14  Colt's patent sunset, commercial AR-15 sales averaged fewer than

15  27,000 units per year for a total of about 787,000 units in the

16  30-year period 1964-1994.  As an example of the rarity of assault

17  weapons in the firearms industry during those years, consider

18  that in 1990, there were about 4.4 million guns sold in the

19  United States (total reported U.S. production + total imports -

20  total exports).  According to the NSSF, 74,000 of those were

21  assault weapons, which means that assault weapons were only 1.6%

22  of 1990 domestic gun sales.

23    41.  During the 10-year period of the federal assault

24  weapons ban (1994-2004), AR-15s were legal to produce and sell as

25  long as they did not incorporate LCMs or combine additional

26  features as enumerated in that legislation. In many ways, the ban

27  simply reinforced the same voluntary restrictions that the

28  industry had been mostly imposing on itself.

23

1       42.   Importantly for this case, virtually all pistols were

2    also legal to sell during that federal ban, including Glock

3    pistols, which were the most notable "high-capacity" handguns of

4    that time. While there were far fewer high-capacity handgun

5    models then, they did exist. As proof that LCMs are not

6    necessary, Glock and other manufacturers who produced "LCM

7    compatible" handguns between 1994 and 2004 did not cease selling

8    the guns after the ban. Nor did they claim the newly included

9    "compliant capacity" handguns were defective. Rather they simply

10   offered their guns with compliant 10 round magazines. This same

11   simple shift happened across the board for all firearms that had

12   previously been sold with LCMs and it still happens today for

13   handguns and AR-15 rifles.

14      43.   During the 1994-2004 federal "ban," assault weapons,

15   especially the AR-15 variants, became a symbolic image of

16   resistance for the gun industry. By 2004, I observed a few small

17   industry members who were gearing up to use the battle over LCMs

18   and AR-15s as a marketing tool to sell firearms.

19      44.   But even after the federal legislation expired, the gun

20   industry did not immediately begin producing or selling these

21   guns in large numbers. That is because there was a continued

22   general agreement by vast majority of industry leaders that these

23   guns, which were very clearly designed for military-style,

24   offensive (i.e., attacking) use, and related gun paraphernalia—

25   including virtually all large capacity magazines, which were

26   generally also considered to be for military-style, offensive

27   use—would not be displayed at trade shows or used at industry-

28   sponsored shooting events.

24

45.  This is why until well into the mid 2000s, the industry would not allow any company to display any "tactical" gear in the main section of the largest industry trade shows like S.H.O.T. (the Shooting Hunting Outdoor Trade show which is governed by NSSF). It was, and still is, common understanding in the industry that "tactical" denoted "planned military or police action." At that time, in order to enter the special Military and Law Enforcement section of the S.H.O.T show, where this tactical gear was displayed, an attendee was required to present verified military or law enforcement identification credentials. These rules were enforced by the industry because it was universally accepted that firearms designed for tactical or "assault" purposes deserved this special regulation or voluntary responsibility.

46.  This formerly understood voluntary prohibition also extended to the many gun stores and all of the largest sporting goods retailers in the country. Almost none of which would sell or display assault weapons or AR-15s or AK-47s in their stores until the mid-2000s. This remained true as late as 2006. It was not until very recently that the gun industry began to push AR-15s, LCMs, and other assault-style guns, leading to the more prominent marketing we see today. The following table of data compiled by the National Shooting Sports Foundation (NSSF), the firearms industry trade group, clearly illustrates that sales of such guns (MSR, AR-15 and AK-47) have increased dramatically. In 2020, assault weapons comprised 12.2% of total gun sales, seven times higher than the 1990 percentage. In numeric terms sales have increased by nearly 4000% from 1990 until now, despite the

25

1   fact that no federal, and few state restrictions on such guns

2   existed in 1990. (74,000 units in 1990 versus 2,798,000 in 2020):

### Estimated Modern Sporting Rifles in the United States 1990 – 2020

| Year | US Production less exports of MSR/AR platform | US Import less exports of MSR/AR, AK platform | ANNUAL TOTAL |
|---|---|---|---|
| 1990 | 43,000 | 31,000 | 74,000 |
| 1991 | 46,000 | 69,000 | 115,000 |
| 1992 | 33,000 | 72,000 | 105,000 |
| 1993 | 62,000 | 226,000 | 288,000 |
| 1994 | 103,000 | 171,000 | 274,000 |
| 1995 | 54,000 | 77,000 | 131,000 |
| 1996 | 27,000 | 43,000 | 70,000 |
| 1997 | 44,000 | 81,000 | 125,000 |
| 1998 | 70,000 | 75,000 | 145,000 |
| 1999 | 113,000 | 119,000 | 232,000 |
| 2000 | 86,000 | 130,000 | 216,000 |
| 2001 | 60,000 | 119,000 | 179,000 |
| 2002 | 97,000 | 145,000 | 242,000 |
| 2003 | 118,000 | 262,000 | 380,000 |
| 2004 | 107,000 | 207,000 | 314,000 |
| 2005 | 141,000 | 170,000 | 311,000 |
| 2006 | 196,000 | 202,000 | 398,000 |
| 2007 | 269,000 | 229,000 | 498,000 |
| 2008 | 444,000 | 189,000 | 633,000 |
| 2009 | 692,000 | 314,000 | 1,006,000 |
| 2010 | 444,000 | 140,000 | 584,000 |
| 2011 | 653,000 | 163,000 | 816,000 |
| 2012 | 1,308,000 | 322,000 | 1,630,000 |
| 2013 | 1,882,000 | 393,000 | 2,275,000 |
| 2014 | 950,000 | 237,000 | 1,187,000 |
| 2015 | 1,360,000 | 245,000 | 1,605,000 |
| 2016 | 2,217,000 | 230,000 | 2,447,000 |
| 2017 | 1,406,000 | 158,000 | 1,564,000 |
| 2018 | 1,731,000 | 225,000 | 1,956,000 |
| 2019 | 1,679,000 | 169,000 | 1,848,000 |
| 2020 | 2,466,000 | 332,000 | 2,798,000 |
| TOTALS | 18,901,000 | 5,545,000 | 24,446,000 |

Source: ATF AFMER, US ITC, Industry estimates

25      47.   It is my experience that this proliferation is the

26   result of a direct and purposeful industry marketing effort to

27   assert that these guns are "common." In 2009, as part of this

28   effort, the firearms industry through the NSSF, facilitated a

1   public re-branding of assault rifles in an effort to make them
2   more socially acceptable. As such, the NSSF broadly encouraged an
3   industry-wide effort to rename such guns "Modern Sporting Rifles"
4   or MSRs. This is not unlike the effort of Colt to market a
5   "Sporting rifle" in previous decades, but unlike the failed
6   marketing of Colt in the 1980s, beginning in the late 2000s the
7   guns themselves were increasingly sold with LCMs and steadily
8   "improved" in many functional areas that increase the lethality
9   of a military assault rifle.
10      48.  It should be noted that in many states, the capacity of
11   a "sporting rifle" or a rifle that is legal to use for hunting,
12   is regulated to only a few rounds (usually 5 or less).  Hence it
13   is notable that the industry chose to utilize "sporting" for the
14   branding of these rifles when the term often is attached to
15   specific capacity limitations.
16      49.  At the same time the NSSF was softening the image of
17   these weapons with the MSR campaign, many individual assault
18   rifle companies began to market the guns in ways that dispensed
19   with any contrived attempt to pretend the guns were "sporting"
20   firearms. Despite the fact that the rifles and LCMs were not
21   sporting guns, all industry members, including me, were strongly
22   encouraged to stop using the term "assault rifle" or even
23   "tactical weapon" because those terms were thought a too-
24   transparent label that referenced offensive military assaults
25   which would therefore harm the public perception of such guns and
26   decrease the sales of companies that build them.
27      50.  The terms "Assault Rifle" and "Assault Weapon" were
28   first used to describe the German WW2 "Sturmgewehr"-44 rifle,

27

1   which roughly translates to "Storm" or "Assault" rifle.[1]   The

2   name was subsequently applied to many similar rifles in the

3   coming decades including dozens of models sold in the United

4   States. Well into the 2000s, almost everyone I knew in the

5   industry used the terms "assault weapon" and "assault rifle."

6   During my career, I personally experienced the overt NSSF effort

7   which sought to deflect away from that moniker by reframing the

8   origin of this terminology. This effort is still ongoing today

9   and commonly referenced industry instructions remain on the NSSF

10  website: "If someone calls an AR-15 or other semi-automatic rifle

11  an 'assault weapon,' he or she either supports banning these

12  firearms or does not understand their function and sporting use,

13  or both. Please correct them. 'Assault weapon' is a political

14  term created by California anti-gun legislators to ban some semi-

15  automatic rifles there in the 1980s."[2]

16      51.  Since the late-2000s there has been a rapid increase in

17  the number of companies that manufacture and market versions of

18  AR-15s, other similar assault weapons which are now increasingly

19  sold and marketed with LCMs. This has resulted in a

20  transformation of the marketplace from only a few AR-15

21  manufacturers in 2000, to several hundred AR-15/assault rifle

22  companies today. The list of AR-15 manufacturers now includes

23  small, medium, and the largest firearms companies in the United

24  States, all of whom are striving to obtain market share with

25  derivatives of what is effectively the same product.

26  [1]CNN article on the derivation of Assault Rifle term:
27  https://money.cnn.com/2016/06/29/smallbusiness/german-sturmgewehr-assault-rifle/index.html (last viewed Feb 2023)
    [2] NSSF MSR marketing webpage https://www.nssf.org/msr/ (last visited Jan 20,
28  2023)

28

1    52.   The crowded nature of the marketplace has created a

2    highly competitive environment resulting in thousands of

3    "continuous improvements" in AR-15-style firearms sold to the

4    general public as a way to encourage consumers to buy one rifle

5    over another. Over time, these improvements have generally been

6    incorporated on most rifles across the marketplace and the result

7    are firearms that are almost universally more accurate, more

8    portable, and more specifically tailored to produce lethal

9    outcomes. These guns are now also far more likely to be sold with

10   an LCM.

11   53.   Mirroring the trend in AR-15s, there has also been a

12   notable increase in the prevalence in the civilian marketplace of

13   handguns designed to accept large capacity magazines. While it is

14   generally true that larger capacity handguns have existed in the

15   industry for several decades, it is also true that until the mid-

16   2000s there was little focus upon them as a central source for

17   industry product development and growth. It is my opinion that

18   the acceptance of the AR-15 and the LCMs often sold with these

19   rifles was the catalyst for the related change in the handgun

20   market.

21   54.   The recent shift to focus on tactical, offensive,

22   higher capacity handguns has resulted in a competitive trend that

23   is accelerating and therefore creating an "arms race" within the

24   industry. Where there were once relatively few such guns or

25   marketing efforts, today "increasing capacity" is used as a

26   central competitive marketing tool. Even Ruger, the company

27   founded by Bill Ruger who plainly stated "no honest man needs

28

1  more than 10 rounds in any gun,"[3] now touts the 12+1 round

2  capacity of its new Max9 pistol.[4]

3    55.  Because guns generally do not wear out, and because

4  competitive markets force companies to innovate, most handgun

5  companies now use "increasing capacity" as a way to find

6  advantage in the marketplace. In my opinion, this is a byproduct

7  of market competition, not of self-defense necessity.

8    56.  This recent change in the handgun market is led by

9  innovations and "social license" created in the AR-15 market.

10 Modern AR-15 marketing dramatically increases the prevalence of

11 LCMs in new firearms because a major part of that marketing is

12 centered on increasing maximum offensive killing capacity. AR-15s

13 and LCM-capable pistols are now increasingly prevalent in what

14 the industry calls the "tactical market", a term that properly

15 labels the guns as tools for a planned military action. In my

16 opinion, LCMs are not necessary for self-defense, but they are

17 integral to this marketing both in handguns and in rifles.

18   57.  The trend towards increased capacity and lethality is

19 easy to see in AR-15s especially when current rifles are compared

20 to the assault rifles requested and then adopted by the U.S.

21 military or those sold by Colt 30 years ago. The commercially

22 available AR-15s of today are more reliable, more accurate, more

23 ergonomic, and therefore more effective. This trend of

24 "improvement" continues and is aggressively advertised each day

25 _____

26 [3] Bill Ruger Article: https://www.nhregister.com/connecticut/article/Magazine-limits-were-first-proposed-by-

27 11435654.php#:~:text=%22No%20honest%20man%20needs%20more,Connecticut%20gun%20maker%20Sturm%2C%20Ruger. (Last viewed March 13, 2023)

28 [4] Ruger Max pistol: https://www.ruger.com/products/max-9/models.html (last viewed Feb 1 2023)

30

1   by dozens of firearms companies. For example, this is a typical

2   marketing page[5] for an AR-15 manufacturer in which a prominent

3   company advertises the various ways in which its features

4   "improve" upon the basic AR-15 (additionally notice the large

5   capacity magazine protruding in front of the pistol grip):








---

[5] https://danieldefense.com/daniel-dna (last visited Jan. 10, 2023).

1    58.  The increase in the AR-15 market has also facilitated
2    an increase in accessory availability for the AR-15 and similar
3    firearms. These accessories are commonly referred to as
4    "furniture" because they are items a rifle owner can add to the
5    gun, just as a person would add furniture to personalize an
6    apartment.

7    59.  Most AR-15s and similar firearms now incorporate
8    features designed to accept one or more of dozens of accessories
9    (furniture), all of which are designed and marketed to increase
10   the effectiveness of the rifle in battlefield situations. The
11   list of accessories includes hundreds of LCM options, highly-
12   effective electronic optics, more sensitive triggers, devices
13   such as bump stocks and modified trigger systems which convert
14   guns to near-fully-automatic rates of fire, forward and pistol
15   grip options, tactical lights, laser-pointing devices, and many
16   others. Almost none of these accessories were available to the
17   United States military at the time of the rifle's adoption in the
18   early 1960s, and in many cases U.S. civilians can now outfit
19   rifles in a manner more lethal than the rifles carried by the
20   military. There are now hundreds of companies and retailers who
21   encourage customers to make their rifles more effective by
22   accessorizing. The following are examples of industry marketing
23   efforts which illustrate this trend (and note that every example
24   includes a rifle equipped with an LCM):[6]

25
26
_____

27   [6] AR-15 accessory article examples: https://www.tactical-life.com/gear/top-10-black-guns-ar-accessories/  (last visited Jan. 10, 2023), and
     https://www.pewpewtactical.com/best-ar-15-furniture-accessories/ (last visited Jan. 10, 2023).
28
                                      32



60.    The competitive AR-15/assault rifle marketplace has also resulted in manufacturers seeking to create new customers through professional, targeted marketing campaigns. Most of these campaigns prominently feature large capacity magazines and overtly target young American males, such as this example from 2010:



33

1    61.  The gun and LCMs advertised in this campaign

2    (Bushmaster XM15 rifle) has been used by young men in notable

3    mass shootings, including those in Sandy Hook, Connecticut, and

4    Buffalo, New York.[7]

5    62.  Other prevalent AR-15 marketing encourages potential

6    customers to buy and deploy the same weaponry as and same large

7    capacity magazines of elite Special Forces units of the U.S.

8    military. It is my experience that most of these customers are

9    young men. In other words, despite the "modern sporting rifle"

10   claims, marketing within the firearms industry admits to, and

11   capitalizes on, the AR-15-style weapons and large capacity

12   magazines as offensive military weaponry sold to young men, as in

13   this example:

14
15
16
17
18
19
20
21
22
23
24
25
26



27   [7] Bushmaster XM15 Mancard advertising article:
     https://www.ammoland.com/2010/05
28   /bushmaster-man-card/#axzz7q0HQao58 (last visited Jan. 10, 2023).

63.   A version of the Daniel Defense Rifle in this advertisement was the weapon used in the Uvalde, Texas shooting.[8]

64.   Smith and Wesson's AR-15 variant is now widely reported to be the best-selling AR-15 in the United States. These rifles and their accompanying large capacity magazines have been used in notable mass shootings including in the Parkland, Florida, school shooting and in the Highland Park, Illinois, July 4th parade shooting. Smith and Wesson's primary customers for this rifle are U.S. civilians who are generally not trained in military or police tactics nor monitored by military safety protocols, but the company's chosen name for this rifle—the M&P15, which means "Military and Police AR-15"—suggests buyers will be equipped with the same offensive rifles as trained military and police units.[9] Here is an image of the rifle, again notice the conspicuous large capacity magazine:



[8] Michael Daly, *Uvalde Shooter's Gunmaker Hypes 'Revolutionary' New Killing Machine*, https://www.thedailybeast.com/uvalde-shooter-salvador-ramos-gunmaker-daniel-defense-hypes-revolutionary-new-killing-machine (last visited Jan. 10, 2023) (showing Daniel Defense advertisement)
[9] https://www.smith-wesson.com/product/mp-15-sport-ii (last visited Jan. 10, 2023).

1    65.   In the last 5 years there is an increasing trend from
2    accessory manufacturers to offer even higher capacity magazines
3    for rifles and many handguns.  An illustrative example is a
4    picture from the highly touted 2018 ProMag introduction of their
5    50 round drum magazine for Glock Pistols.[10]



18   66.   Many of these higher capacity product developments are
19   first pioneered by accessory companies such as in the case above.
20   But many gun companies also offer increasingly large capacity
21   magazines. Verification of this trend is found in The
22   ArmoryLife's review of the new Springfield Armory 35-round
23   magazine for their popular XD pistols (pictured below): "We have
24   all seen the growth of enhanced capacity magazine systems, from
25   drum magazines to stick magazines, but most of them come from the

---

[10] ProMag 50 round drum review from The Firearms Blog:
https://www.thefirearmblog.com/blog/2019/01/23/shot-2019-promag-glock-50-round-drum-mags/ (last view Feb 24, 2023)

1    aftermarket. Well, not anymore. Springfield has given us a new

2    35-round extended magazine for the XD-M family of 9mm pistols."[11]

3

4    

5

6

7

8

9

10

11

12       67.   Many firearms companies now seek out, and celebrate

13   placement of firearms with large capacity magazines in popular

14   video games that are commonly played by children. The following

15   is a notable example of an AR-15 company celebrating the

16   placement of their gun into the Call of Duty Modern Warfare video

17   game:[12]

18

19

20

21

22

23

24

25   _____

26   [11] Review of Springfield 35 round handgun magazines:
     https://www.thearmorylife.com/review-xd-m-9mm-35-round-extended-magazine/
27   (last viewed March 15, 2023)
     [12] Article on firearms marketing:
28   https://www.theatlantic.com/ideas/archive/2022/07/firearms-industry-marketing-
     mass-shooter/670621/ (last viewed Feb 1, 2023)



68.   Some prominent AR-15 companies design and market their rifle models with specific suggested uses that bear obvious similarities to mass shooting events that have happened in U.S. urban environments such as the Pulse Nightclub, Las Vegas Concert Shooting, and the El Paso Walmart shooting. These campaigns typically do not reference self-defense and instead rely upon marketing assault rifles and LCMs in offensive actions. This is one relevant example from AR-15 maker Wilson Combat:[13]



---

[13] https://www.wilsoncombat.com/ar-calibers/224-valkyrie/super-sniper/ (last visited Jan. 10, 2023).

38

69.  There are many AR-15 companies that combine the trends of continuous improvement, accessorization (including multiple LCMs), and modern digital marketing to encourage potential customers to optimize their rifles through an online ordering process. Below is one such example.[14] The official corporate name of this manufacturer further suggests the preferred use of their AR-15s is in offensive action from "rooftops," which is precisely how the shooter during the July 4th Highland Park, Illinois, parade deployed his AR-15 rifle and LCMs.



70.  In my experience, most industry members commonly discuss the *Heller* decision and openly support the right to self-*defense* as established in that decision. Because most industry members are aware of *Heller* and subsequent legal decisions, they

---

[14] https://rooftoparms.com/ (last visited Jan. 10, 2023).

Declaration of Ryan Busse
(Case No. 2:17-cv-00903-WBS-KJN)

1   have in some cases sought to sell assault weapons and accessories
2   (such as LCMs) in an effort to put those weapons and accessories
3   into what they believe would constitute "common use" under
4   *Heller*.  An illustrative example of this effort can be found in
5   the mission statement of Palmetto Armory, which is one of the
6   largest retailers in the United States. Palmetto publicly
7   partners with most of the largest manufacturers and even hosts a
8   large annual "gathering" which is supported and attended by
9   leading industry companies.[15] Palmetto's prominence is important
10  because their well known and openly-advertised mission, found in
11  the image below, is not focused on self defense or even profit,
12  rather it is specifically focused on quickly establishing that
13  certain guns and LCMs are "common" as mentioned in the *Heller*
14  decision;  "we want to sell as many AR-15 and AK-47 rifles as we
15  can and put them into common use in America today."[16]

16
17
18
19
20
21
22
23
24
25
26

----

27  [15] Website advertising Palmetto State Armory Industry "Gathering"
    https://palmettostatearmory.com/thegathering.html (last viewed March 21, 2023)
28  [16] Palmetto State Armory mission statement from website:
    https://palmettostatearmory.com/about-psa.html (last viewed March, 22, 2023)

1

2

3
  

**FREEDOM OVER PROFIT.**

Since its inception, Palmetto State Armory has focused on providing the best quality AR-15 parts and accessories for the best price possible. Following year after year of exponential growth, Palmetto State Armory's core principle remains the same, and our commitment to freedom before profit remains unwavering. The idea is simple:

**SELL AS MANY GUNS TO AS MANY LAW-ABIDING AMERICANS AS POSSIBLE.**

Putting guns into "common use" is an important legal defense established by the Supreme Court that safeguards the rights of the people against tyranny by prohibiting restrictions on firearms found to be "in common use". Putting any gun into "common use" protects against any attempt by the government to further infringe on the Second Amendment right of all Americans.

OUR MISSION IS TO MAXIMIZE FREEDOM, NOT OUR PROFITS. WE WANT TO SELL AS MANY AR-15 AND AK-47 RIFLES AS WE CAN AND PUT THEM INTO COMMON USE IN AMERICA TODAY. OUR FOCUS ISN'T TO MAKE MASSIVE AMOUNTS OF MONEY BUT TO SPREAD FREEDOM AS FAR AND WIDE AS POSSIBLE. OUR LEGACY WILL NOT BE ABOUT MONEY; WE WANT OUR LEGACY TO BE ABOUT MAXIMIZING AMERICAN FREEDOM. AND WE WORK EVERY DAY TO DO JUST THAT. WE MAKE HIGH-QUALITY FIREARMS AT AFFORDABLE PRICES FOR EVERYONE! THEN WE BACK THEM WITH A FULL LIFETIME WARRANTY.

**Self-defense and magazine capacity**

71.  As previously stated, despite the commercial marketing of LCMs in recent years, there is no firearm that requires an LCM to function as designed. By this I mean that all firearms that can accept an LCM can *also* accept a magazine that holds 10 or fewer rounds and still function precisely as intended. Even those handguns that are typically sold with an LCM (for example, a Glock 17 and all of the other LCM handguns pictured earlier in this report) can be used with a 10-round or standard-capacity magazine, and there is no difficulty in obtaining such a compliant magazine, as I explain in more detail below. Models with 10-round or even lower capacity magazines are offered by

41

1   manufacturers. And even if the model itself is not sold with a

2   10-round or standard-capacity magazine off the shelf,

3   manufacturers, retailers, and dozens of online sellers sell 10-

4   round and standard-capacity magazines as an accessory. I am not

5   aware of any semi-automatic firearm sold in the United States

6   today for which there are no 10 or fewer round magazines readily

7   available.

8       72.  It is also important to note that any gun with a 10-

9   round capacity is a very effective self-defense weapon. In fact,

10  there are many handgun models that utilize 10-round magazines and

11  are openly praised by industry experts and journalists as

12  excellent self-defense options. The following is a review for the

13  Springfield Hellcat, which is one of the best-selling handguns in

14  the country and this review is offered by notable industry

15  website TheArmoryLife.com: "10 rounds of 9mm in a micro-compact

16  is still a formidable defense. Springfield Armory recently

17  announced the addition of a 10-round version of the Hellcat

18  pistol for shooters in states that require restricted magazine

19  capacities. The new 10-round variant of the Hellcat offers a

20  great self-defense option for owners that live in areas with

21  these restrictions."[17]

22      73.  Glock too offers many handgun models that are not

23  prohibited by the California law as long as they are outfitted

24  with a legal magazine. Even the Glock 17, which is typically sold

25  with a 17-round magazine, can be outfitted with a 10-round

26  magazine and in that form is perfectly legal in California. In

27  _____
    [17] Review of Springfield Hellcat 10-round version:
    https://www.thearmorylife.com/going-10-rounds-with-the-springfield-hellcat/ (last
28  viewed February 8, 2023).

                                  42

1  fact, there are many 10-round magazines available for Glock

2  pistols. The following images are from one of dozens of websites

3  that offer Glock 10-round magazines.[18]

4



13     74.   Revolvers, which have 5- or 6-round magazine

14  capacities, are considered to be highly reliable and extremely

15  effective self-defense guns. During my years in the gun industry

16  I regularly witnessed the most respected industry experts openly

17  agreeing on this point. This widely held opinion is summed up in

18  a 2022 Handguns Magazine article in which the author notes the

19  reasons for a well-documented recent resurgence in revolver

20  popularity for self-defense; "While a lot of the surge is due to

21  folks purchasing small, super-light revolvers for concealed

22  carry, sometimes overlooked is how good revolvers—particularly

23  mid- to full-size ones—can be for home defense. Sure, they may

24  not hold as many rounds as a 9mm semiautomatic, but they're

25  simple to use. There are no safeties to worry about, no slides to

26

27  [18] GunMag Warehouse listing for Glock 17 10-round magazines:
   https://gunmagwarehouse.com/glock-gen-4-glock-17-9mm-10-round-factory-
   magazine.html?queryID=69682e2bd7a4c3fee9ba8c79c3bd20dd&objectID=635&in
28  dexName=magento_default_products (last viewed March 5, 2023).

43

1   struggle with, no difficult magazines to load, no complicated

2   manual of arms. With a revolver you just load the cylinder, close

3   it and pull the trigger. That's pretty much it. And if you're new

4   to guns and haven't heard about the revolver's reliability, well

5   it's legendary."[19]

6       75.   Many of those same experts also point out that the

7   average self-defense situation involves very few shots fired. In

8   fact, in my experience it is generally accepted within the

9   industry that the average self-defense situation involves three

10  or fewer shots. This is often discussed and reinforced in

11  articles written by respected gun industry experts. For example,

12  the following is an excerpt from a 2015 NRA American Rifleman

13  article on the desirability of revolvers for self-defense: "The

14  importance of this difference in ammunition capacity is

15  debatable. Some self-defense gurus support the idea that more is

16  better. Others point out that most civilian situations happen so

17  quickly, with only a few rounds fired (an average of three), that

18  handgun capacity is a moot point."[20]

19      76.   The commonality of 10-round magazines is illustrated by

20  the marketing of the Beretta 92 which has been the accepted self-

21  defense pistol of the U.S. military for decades and is one of the

22  most popular pistols in the United States. (This pistol's

23  military designation is the M9 and its civilian model is 92FS.)

24  Beretta sells three versions of this pistol commercially; one is

25

26  [19] Handguns Magazine Revolver Article:
    https://www.handgunsmag.com/editorial/best-revolvers-defense/386911 (Last
27  viewed March 12, 2023)
    [20] NRA American Rifleman article on revolvers:
28  https://www.americanrifleman.org/content/why-choose-a-wheelgun/ (last viewed
    February 1, 2023).

1   sold with a 15-round magazine and two are sold with 10-round

2   magazines. The two 10-round options are models built to comply

3   with common magazine-capacity regulations in states such as

4   California. Nowhere does Beretta, or any other reputable

5   authority, claim that the 10-round versions of this pistol are

6   unreliable or defective in any way. Neither is there any issue

7   with increased price or less availability. The following is the

8   Beretta website page advertising the three models of this pistol.

9   The only difference in the models is the magazine offered.

10  Switching this accessory between pistols is an easy and common

11  change. Even the pistol image is the same for all three.[21]

12

13

14

15  

16

17

18

19

20

21

22

23

24

25

26

27

[21] Beretta Website 92FS pistol: https://www.beretta.com/en-us/beretta-92fs/ (last viewed February 24, 2023).

28

45

1    77.   Another illustrative example is FN's 5-SeveN pistol,

2    which is marketed to "commercial, law enforcement and military"

3    customers. According to the FN website, this pistol is offered

4    with either 10- or 20-round magazines. From outward appearances

5    there is no difference in either, and FN makes no claim regarding

6    the 10-round option being more difficult to obtain, more

7    expensive, or less reliable. In fact, FN markets both the 10- and

8    20-round versions as "the ultimate precision pistol."[22]

9



21    78.   Shotguns are also excellent self-defense guns with some

22    holding only 2 rounds and most no more than 5-6 rounds. Some of

23    the best options are pump-action and almost all are legal in

24    California. In fact, there are dozens of published articles that

25    claim pump-action shotguns are the best self-defense firearm

26    available. One such opinion can be found in a 2020 Outdoor Life

27

28    [22] FN Five-seveN MRD FDE website: https://fnamerica.com/products/pistols/fn-five-seven-mrd-fde/ (last viewed March 11, 2023).

1    article, the subtitle of which describes an important shotgun

2    advantage; "Shotguns are more accurate than handguns and ARs when

3    an intruder enters your home."  The article goes on to label the

4    pump shotgun as the "ultimate" and "probably the best" choice;

5    "The 12-gauge pump shotgun is touted as the ultimate home

6    defender. It's far from a one-trick-pony and about as general-

7    purpose of a firearm as you can buy" and "Once properly set up,

8    the 12-gauge shotgun is probably the best all-around choice for

9    the average homeowner seeking a defensive firearm."[23]

10        79.   There are many reasons why shotguns are considered

11   superior defense guns. Among these are that they are easy to

12   operate and are very forgiving with regards to accuracy because

13   they spray a wide "pattern" of projectiles as opposed to a rifle

14   such as an AR-15 that fires singular bullets. The bullets from

15   these rifles are far more deadly in targeted offensive operations

16   and at longer ranges (from 50 to 250 yards) but shotguns are

17   designed for defensive situations which almost always happen at

18   short ranges below 50 yards. These are the same situations where

19   surprise commonly leads to stress-induced inaccurate shooting,

20   which is why the wider pattern of a shotgun is generally touted

21   as superior.

22        80.   Many of the best self-defense shotguns are designed

23   with capacities of 5 or 6 rounds, the most famous of which is the

24   Remington 870. In my more than 25 years in the industry, I never

25   met anyone who disputed that the 870 pump shotgun was among the

26   most popular and effective home defense guns of all time. In

27   _____
     [23] Why a Shotgun is the Best option for Home Defense:
28   https://www.outdoorlife.com/story/guns/why-a-shotgun-is-the-best-option-for-
     home-defense/ (Last viewed March 12, 2023)

1    fact, many industry executives, most of whom did not work at

2    Remington, often told me that the 870 was their personal

3    preferred self-defense firearm.

4        81.   This review of self-defense guns from the highly

5    respected and notable industry publication Gun Digest confirms

6    this widely held consensus in an article about the Remington 870

7    Home Defense model: "As plain and simple as it gets when it comes

8    to Remington 870 tactical shotguns, the Home Defense is a knock-

9    out bargain. There are cheaper 870s available, but none set up to

10   excel like this one. In particular, its 6-round tubular magazine—

11   two more than standard 870 models—gives you more than enough

12   firepower to handle anything outside a Hunnish siege."[24]

13       82.   Below is a photograph from that article of the gun

14   described. The gun, which according to the article "excels" at

15   self-defense, has only a 6-round capacity and cannot accept

16   detachable LCMs.



870 Home Defense

[24] Gun Digest review of shotguns for self-defense: https://gundigest.com/gun-reviews/shotguns/top-four-remington-870-tactical-shotgun-options (last viewed March 11, 2023).

1    83.  In addition to this Remington model, there are dozens
2  of other highly effective self-defense shotguns, rifles and
3  handguns that remain legal in California.

4                              CONCLUSION

5    84.  LCMs and many of the guns that utilize them were
6  designed for offensive military or "assault" actions, which is
7  why they are most often selected by mass shooters.

8    85.  Until very recently, the firearms industry itself
9  publicly believed this was the case and therefore sought to apply
10  voluntary and restrictive rules and norms to the sales and
11  marketing of such items.

12    86.  All magazines are accessories; a gun will function with
13  a large or small magazine; and an LCM is not necessary for self
14  defense.

15    87.  By the industry's own admission, 10-round (or smaller)
16  magazines are ubiquitous and do not hinder normal function of any
17  semi automatic firearm.

18

19    I declare under penalty of perjury that the foregoing is
20  true and correct.

21    Executed on April 28, 2023 at Kalispell, Montana.

22

23

24                                      _____

25                                          Ryan Busse

26

27

28
                                49