George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:    (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
    law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
116 N. Howe Street, Suite A
Southport, North Carolina 28461
Phone: (910) 713-8804
Fax: (910) 672-7705

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WIESE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>ROB BONTA, in his official capacity as Attorney General of California, et al.,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-00903-WBS-KJN<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' COUNTER-MOTION**<br><br>[L.R. 230(m)(2)]<br><br>Date:　　October 30, 2023<br>Time:　　1:30 p.m.<br>Courtroom 5, 14th Floor<br>Judge:　 Hon. William B. Shubb |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Eastern District California L.R. 230(m)(2), Plaintiffs William Wiese, et al. hereby submit this Notice of Supplemental Authority in support of their Motion for Summary Judgment, and Opposition to Defendants' Counter-Motion for Summary Judgment, as to the district court's issued Decision in *Duncan v. Bonta*, S.D. Cal. No. 3:17-cv-01017-BEN-JLB, Dkt.

1  No. 149 (filed Sept. 22, 2023). A true and correct copy of the Decision is attached hereto as
2  **Exhibit A**.

3  Dated: September 25, 2023                    **SEILER EPSTEIN LLP**

                                                /s/ *George M. Lee*
                                                George M. Lee
                                                Attorney for Plaintiffs