1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  JOHN D. ECHEVERRIA
   Deputy Attorney General
4  ROBERT L. MEYERHOFF
   Deputy Attorney General
5  State Bar No. 298196
     300 South Spring Street, Suite 1702
6    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6177
7    Fax:  (916) 731-2144
     E-mail:  Robert.Meyerhoff@doj.ca.gov
8  *Attorneys for Defendants Rob Bonta in his official*
   *capacity as Attorney General of the State of California*
9  *and Allison Mendoza in her Official Capacity as*
   *Director of the Bureau of Firearms*
10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12
                          SACRAMENTO DIVISION
13

14

15  **WILLIAM WIESE, et al.,**           Case No. 2:17-cv-00903-WBS-KJN

16                         Plaintiffs,
                                          **SUPPLEMENTAL DECLARATION OF**
17          v.                            **ROBERT L. MEYERHOFF IN SUPPORT**
                                          **OF DEFENDANTS' OPPOSITION TO**
18  **ROB BONTA, et al.,**                **PLAINTIFFS' MOTION FOR**
                                          **SUMMARY JUDGMENT AND**
19                         Defendants.    **COUNTER-MOTION FOR SUMMARY**
                                          **JUDGMENT**
20
                                          Date:          October 30, 2023
21                                        Time:          1:30 p.m.
                                          Courtroom:     5, 14th Floor
22                                        Judge:         Hon. William B. Shubb

23

24

25

26

27

28
                                    1

## SUPPLEMENTAL DECLARATION OF ROBERT L. MEYERHOFF

I, Robert L. Meyerhoff, declare under penalty of perjury that the following is true and correct:

1.    I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge and information.

2.    I am a Deputy Attorney General with the California Department of Justice, and serve as counsel to Defendants Rob Bonta in his official capacity as Attorney General of the State of California and Allison Mendoza in her Official Capacity as Director of the Bureau of Firearms ("Defendants").

3.    On July 11, 2023, Defendants deposed Sherman Macaston. A true and correct copy of relevant excerpts of the Reporter's Transcript of the Deposition of Sherman Macaston is attached as Exhibit A.

4.    On July 27, 2023, Defendants deposed Luang X. Dang. A true and correct copy of relevant excerpts of the Reporter's Transcript of the Deposition of Luang X. Dang is attached as Exhibit B.

5.    On July 13, 2023, Defendants deposed Clifford Flores. A true and correct copy of relevant excerpts of the Reporter's Transcript of the Deposition of Clifford Flores is attached as Exhibit C.

6.    On July 17, 2023, Defendants deposed Jeremiah Morris. A true and correct copy of relevant excerpts of the Reporter's Transcript of the Deposition of Jeremiah Morris is attached as Exhibit D.

7.    On August 3, 2023, Defendants deposed James Curcuruto. A true and correct copy of relevant excerpts of the Reporter's Transcript of the Deposition of James Curcuruto is attached as Exhibit E.

8.    On July 18, 2023, Defendants deposed D. Allen Youngman. A true and correct copy of relevant excerpts of the Reporter's Transcript of the Deposition of D. Allen Youngman is attached as Exhibit F.

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.

3    Executed on September 29, 2023, at Los Angeles, CA.

4

5                                        /s/ Robert L. Meyerhoff
                                         Robert L. Meyerhoff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2

# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM WIESE, et al.,     )
               )
        Plaintiffs,     )
               )
    vs.           ) **CASE NO.**
               )  2:17-cv-00903-WBS-KJN
ROB BONTA, et al.,      )
               )
        Defendants.     )
_____ )

## DEPOSITION OF
### SHERMAN MACASTON

**DATE:**        Tuesday, July 11, 2023

**REPORTER:**    Lauren Jones Jackson, CSR No. 7007/RPR

## VIA REMOTE VIDEO TECHNOLOGY



## HINES REPORTERS
**INTERNATIONAL TOWER**
**888 S. FIGUEROA STREET, SUITE 940, LOS ANGELES, CALIFORNIA 90017**

**866.432.4300; 213.688.7887**

**WWW.HINESREPORTERS.COM**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION


WILLIAM WIESE, et al.,     )Case No. 2:17-cv-00903-WBS-KJN
                           )
          Plaintiffs,      )
                           )
     vs.                   )
                           )
ROB BONTA, et al.,         )
                           )
          Defendants.      )
_____)


REMOTE DEPOSITION OF

SHERMAN MACASTON


Tuesday, July 11, 2023


LAUREN JONES JACKSON
CERTIFIED SHORTHAND REPORTER NO. 7007, RPR

```
 1                Deposition of SHERMAN MACASTON,

 2                taken remotely via Zoom video

 3                conferencing on behalf of the

 4                Defendants on Tuesday,

 5                July 11, 2023, at 9:05 A.M., before

 6                Lauren Jones Jackson, CSR No. 7007.

 7
     APPEARANCES:
 8

 9        For the Plaintiffs:

10                SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
                  BY:  GEORGE M. LEE, ESQ.
11                601 Montgomery Street
                  Suite 2000
12                San Francisco, California 94111
                  (415) 979-0500
13                gml@seilerepstein.com

14                And

15                LAW OFFICES OF RAYMOND MARK DIGUISEPPE,
                  PLLC
16                BY:  RAYMOND M. DIGUISEPPE, ESQ.
                  4002 Executive Park Boulevard
17                Suite 600
                  Southport, North Carolina 28461
18                (910) 713-8804
                  law.rmd@gmail.com
19

20        For the Defendants:

21                CALIFORNIA DEPARTMENT OF JUSTICE
                  BY:  ROBERT L. MEYERHOFF, ESQ.
22                300 South Spring Street
                  Suite 1702
23                Los Angeles, California 90013
                  (213) 269-6177
24                robert.meyerhoff@doj.ca.gov

25
```

```
 1   BY MR. MEYERHOFF:
 2      Q.  Did you do any other research other than
 3   contacting this representative?
 4      A.  No.
 5      Q.  In the same paragraph, you declare that
 6   "Subsequently-manufactured 10-round magazines may, I am
 7   told, be compatible with this particular pistol."
 8          Do you see that?
 9      A.  I'm looking.
10          MR. LEE:  Counsel, can you maybe highlight
11   it on your --
12          MR. MEYERHOFF:  Sure.
13      Q.  Does this -- can you see the highlighting I'm
14   doing?
15      A.  Okay.  I see it.
16      Q.  Okay.  I'm going to -- okay.
17          So you say, "I am told."  Who were you told by?
18      A.  Members of a shooting club in an organizational
19   shoot.
20      Q.  Okay.  And do you recall in more detail what they
21   said?
22      A.  The conversation went around the fact that I was
23   trying to purchase 10-round magazines for my Model 59
24   while at the gun club, and the conversation was, nobody
25   thought they were made.
```

1    Q.  So your declaration says you were told that

2    subsequently-manufactured 10-round magazines may be

3    compatible with this particular pistol.

4         Do you see --

5    A.  Right.  Some members in the club thought there

6    might be available -- 10-round magazines.  I was unable

7    to find them at that time.

8    Q.  Did you ask where they had located those

9    magazines?

10   A.  I asked, and they had informed me to check around

11   because they thought there might be available.

12   Q.  In that same paragraph, I'm going to highlight

13   another text just so it's easier for you to see.

14        Do you see the section I've highlighted,

15   Mr. Macaston?

16   A.  I do.

17   Q.  It reads, "I do not wish to 'part out' a rare and

18   unique pistol with substitute parts that were not

19   specifically designed for the pistol and may diminish

20   its utility and/or value."

21        Is that true?

22   A.  Yes.

23   Q.  What does it mean to "part out"?

24   A.  To "part out" is to disassemble the weapon or to

25   use non-manufactured parts or aftermarket parts that may

1        I, LAUREN JONES JACKSON, Certified Shorthand

2   Reporter qualified in and for the State of California,

3   do hereby certify:

4        That the foregoing transcript is a true and

5   correct transcription of my original stenographic notes.

6        I further certify that I am neither attorney or

7   counsel for, nor related to or employed by any of the

8   parties to the action in which this proceeding was

9   taken; and furthermore, that I am not a relative or

10   employee of any attorney or counsel employed by the

11   parties hereto or financially interested in the action.

12        IN WITNESS WHEREOF, I have hereunto set my hand

13   this 14th day of July, 2023.

14

15

16

17

18   _____

19   LAUREN JONES JACKSON
    CSR No. 7007

20

21

22

23

24

25

# Exhibit B

# IN  THE  UNITED  STATES  DISTRICT  COURT
# FOR  THE  EASTERN  DISTRICT  OF  CALIFORNIA

WILLIAM WIESE, et al.,      )
      )
      Plaintiffs,      )
      )
      vs.      ) **CASE NO.**
      )  2:17-cv-00903-WBS-KJN
ROB BONTA, et al.,      )
      )
      Defendants.      )
_____ )

### DEPOSITION OF
### LUONG Q. DANG
### VOLUME 1

**DATE:**      Thursday, July 27, 2023

**REPORTER:**      Susan Van Booven, CSR No. 3956

## VIA REMOTE VIDEO TECHNOLOGY



## HINES REPORTERS
**INTERNATIONAL TOWER**
**888 S. FIGUEROA STREET, SUITE 940, LOS ANGELES, CALIFORNIA 90017**

**866.432.4300; 213.688.7887**

**WWW.HINESREPORTERS.COM**

```
 1                UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF CALIFORNIA

 3                    SACRAMENTO DIVISION

 4

 5   WILLIAM WIESE, et al.,            )
                                       )
 6               Plaintiffs,           )
                                       )
 7   vs.                               )Case No. 2:17-cv-
                                       )00903-WBS-KJN
 8   ROB BONTA, et al.,                )
                                       )
 9               Defendants.           )
     _____)

10

11

12

13

14

15

16

17

18

19           DEPOSITION OF LUONG Q. DANG, VOLUME 1, taken

20   on behalf of the Defendants Rob Bonta and Allison

21   Mendoza, at (PARTICIPANTS REMOTE), California,

22   beginning at 12:35 p.m. and ending at 2:12 p.m., on

23   Thursday, July 27, 2023, before Susan Van Booven,

24   Certified Shorthand Reporter No. 3956.

25
```

```
 1   APPEARANCES:

 2

 3   For the Plaintiffs:

 4            THE DiGUISEPPE LAW FIRM, P.C.
             (PARTICIPANTS REMOTE)
 5            BY:  RAY DiGUISEPPE, ESQ.
             116 North Howe Street, Suite A
 6            Southport, North Carolina, 28461
             (910) 713-8804
 7            law.rmd@gmail.com

 8

 9   For the Defendants Rob Bonta and Allison Mendoza:

10            ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA
             (PARTICIPANTS REMOTE)
11            BY:  ROBERT L. MEYERHOFF, Deputy Attorney
             General
12            300 South Spring Street, Suite 1702
             Los Angeles, California 90013-1230
13            (213) 269-6177
             Robert.Meyerhoff@doj.ca.gov
14

15
     Also Present (Remotely):
16
              MacKENNA ALVAREZ
17

18

19

20

21

22

23

24

25
```

1  correct?

2      A    Yes.

3      Q    The next sentence starts, "On information and

4  belief."  Do you see that?

5      A    Yes.

6      Q    What does that sentence mean to you?  I mean,

7  what does that phrase, "On information and belief,"

8  mean to you?

9      A    What I understand, what I know.

10     Q    Have you contacted the original manufacturer

11 of this pistol?

12     A    No.

13     Q    So, to be clear, you've never inquired of them

14 whether there were other magazines made for this

15 pistol, correct?

16     A    I've researched through their website.

17     Q    But you've never contacted them, correct?

18     A    No.  No.

19     Q    What is the current condition of your Steyr GB

20 pistol?

21     A    I don't understand your question.

22     Q    Would you describe the condition of your Steyr

23 pistol as new, like new, average?

24     A    Like new.

25     Q    Have you ever fired your Steyr GB pistol?

Wiese, et al. vs. Bonta, et al.    Deposition of Agueng Q. Pang, Vol. 1

Case 2:17-cv-00903-WBS-KJN    Document 138-1    Filed 09/29/23    Page 16 of 49

1   Proc. S 2025.540(a))

2          I have not, and shall not, offer or provide

3   any services or products to any party's attorney or

4   third party who is financing all or part of the

5   action without first offering same to all parties or

6   their attorneys attending the deposition and making

7   same available at the same time to all parties or

8   their attorneys.  (Civ. Proc. S 2025.320(b))

9          I shall not provide any service or product

10  consisting of the deposition officer's notations or

11  comments regarding the demeanor of any witness,

12  attorney, or party present at the deposition to any

13  party or any party's attorney or third party who is

14  financing all or part of the action, nor shall I

15  collect any personal identifying information about

16  the witness as a service or product to be provided

17  to any party or third party who is financing all or

18  part of the action.

19

20

21  Dated:    August 11, 2023

22

23

24                    _____

25                    Susan Van Booven, CSR No. 3956

# Exhibit C

# IN  THE  UNITED  STATES  DISTRICT  COURT
# FOR  THE  EASTERN  DISTRICT  OF  CALIFORNIA

|  |  |
|---|---|
| WILLIAM WIESE, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| vs. | ) **CASE NO.** |
|  | )    2:17-cv-00903-WBS-KJN |
| ROB BONTA, et al., | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

## DEPOSITION OF
CLIFFORD WAYNE FLORES

**DATE:**        Thursday, July 13, 2023

**REPORTER:**    Karen I. Pearson-Bell, CSR No. 3557

## VIA REMOTE VIDEO TECHNOLOGY



## HINES REPORTERS
**INTERNATIONAL TOWER**
**888 S. FIGUEROA STREET, SUITE 940, LOS ANGELES, CALIFORNIA 90017**

**866.432.4300; 213.688.7887**

**WWW.HINESREPORTERS.COM**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

WILLIAM WIESE, et al.,          )
                                )
            Plaintiffs,         )
                                )
        vs.                     ) No. 2:17-CV-00903-WBS-KJN
                                )
BOB BONTA, et al.,              ) Confidential section of
                                ) this transcript is
            Defendants.         ) bound separately, Pages
                                ) 51-58

REMOTE DEPOSITION VIA ZOOM VIDEOCONFERENCE OF

CLIFFORD WAYNE FLORES

        TAKEN WITH THE
        DEPONENT LOCATED IN
        MILPITAS, CALIFORNIA

        THURSDAY, JULY 13, 2023

        KAREN I. PEARSON-BELL, CSR
        CERTIFICATE NO. 3557

1       Remote deposition via Zoom Videoconference of
CLIFFORD WAYNE FLORES, called as a witness by the
2   defendants, before Karen I. Pearson-Bell, Certified
Shorthand Reporter for the State of California, with
3   principal office in the County of Riverside, commencing
at 11:06 a.m., Thursday, July 13, 2023, with the
4   deponent located in Milpitas California.

5                               -  -  -

6   * APPEARANCES OF COUNSEL:

7

8           For the Plaintiffs:

9               SEILER EPSTEIN LLP
                BY:  GEORGE M. LEE, ESQ.
10              4 Embarcadero Center, 14th Floor
                San Francisco, California 94111
11              T: (415) 979-0500
                F: (415) 979-0511
12              E: gml@seilerepstein.com

13          For Defendants Rob Bonta in his official
            capacity as Attorney General of the State of
14          California, and Allison Mendoza in her
            official capacity as Director of the Bureau of
15          Firearms:

16              OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA
                BY:  ROBERT L. MEYERHOFF
17                  Deputy Attorney General
                300 South Spring Street, Suite 1702
18              Los Angeles, California 90013-1230
                T: (213) 269-6177
19              F: (213) 731-2144
                E: robert.meyerhoff@doj.ca.gov

20

21          Also Present:

22              MARIE TRUBETSKAYA - Law Clerk

23

24  * Note:  All appearances in the deposition were via
            Zoom Videoconference except the deponent who
25          appeared via telephone only

1          MR. LEE:  Same objection.

2          You may answer.

3          THE WITNESS:  No.

4     BY MR. MEYERHOFF:

5          Q.   No, you don't believe the Second Amendment

6     should limit California in restricting magazines

7     capable of holding 250 rounds or more; correct?

8          A.   Yeah.  I don't think that California law

9     should have an effect on that, especially if it's a

10    collectible item.

11         Q.   What if it's not a collectible item?

12         MR. LEE:  Same objection.

13         You may answer.

14         THE WITNESS:  I still think it's something

15    protected by the U.S. Constitution.

16    BY MR. MEYERHOFF:

17         Q.   What about a 500-round magazine?  Same

18    question.

19         MR. LEE:  Same objection.

20         THE WITNESS:  And same answer.  Yes, it should

21    be allowed.

22    BY MR. MEYERHOFF:

23         Q.   Do you believe that the Second Amendment

24    permits any restrictions on magazine size?

25         MR. LEE:  Same objection.

**H I N E S   R E P O R T E R S**                    38

```
 1   STATE OF CALIFORNIA    )
                            )
 2   COUNTY OF RIVERSIDE    )

 3

 4          I, KAREN I. PEARSON-BELL, Certified Shorthand

 5   Reporter in and for the State of California do hereby

 6   certify under the laws of the State of California:

 7          That the foregoing transcript is a true and

 8   correct transcription of my original stenographic

 9   notes.

10          I further certify that I am neither attorney

11   or counsel for, nor related to or employed by any of

12   the parties to the action; and, furthermore, that I am

13   not a relative or employee of any attorney or counsel

14   employed by the parties hereto or financially

15   interested in the action.

16

17          IN WITNESS WHEREOF, I have hereunto set my

18   hand this 14th day of July, 2023.

19

20

21

22

23          KAREN I. PEARSON-BELL
            CSR NO. 3557/RPR

24

25
```

**H I N E S   R E P O R T E R S**                                61

# Exhibit D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM WIESE, et al.,     )
     )
     Plaintiffs,     )
     )
     vs.     ) **CASE NO.**
     )    2:17-cv-00903-WBS-KJN
ROB BONTA, et al.,     )
     )
     Defendants.     )
_____ )

## DEPOSITION OF
### JEREMIAH DANIEL MORRIS

**DATE:**        Monday, July 17, 2023

**REPORTER:**     Allison Wong, CSR No. 13963

## VIA REMOTE VIDEO TECHNOLOGY



## HINES REPORTERS
**INTERNATIONAL TOWER**
**888 S. FIGUEROA STREET, SUITE 940, LOS ANGELES, CALIFORNIA 90017**

**866.432.4300; 213.688.7887**

**WWW.HINESREPORTERS.COM**

1

2

3              IN THE UNITED STATES DISTRICT COURT

4

5          FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7                    SACRAMENTO DIVISION

8

9

10

11   WILLIAM WIESE, et al.,        )
                                   )
12             Plaintiffs,         )
                                   )
13       vs.                       ) Case No. 2:17-cv-00903-
                                   )              WBS-KJN
14   ROB BONTA, et al.,            )
                                   )
15             Defendants.         )
     _____)

16

17                    DEPOSITION OF

18              JEREMIAH DANIEL MORRIS

19              July 17, 2023

20              11:30 a.m.

21

22              via Zoom Videoconference

23

24

25

```
 1            Deposition of JEREMIAH DANIEL MORRIS, called as

 2       a witness by the Defendants, before ALLISON WONG,

 3       Certified Shorthand Reporter Number 13963, for the

 4       State of California, with principal office in the

 5       County of Los Angeles, commencing at 11:30 a.m.,

 6       July 17, 2023, via Zoom videoconference.

 7                              *  *  *

 8

 9    APPEARANCES OF COUNSEL:

10

11          FOR THE PLAINTIFFS:

12               THE DIGUISEPPE LAW FIRM, P.C.
                 BY:  RAYMOND MARK DIGUISEPPE, ESQ.
13               Post Office Box 10790
                 Southport, North Carolina 28461
14               (910)713-8804
                 LAW.RMD@gmail.com
15

16          FOR THE DEFENDANTS:

17

18               CALIFORNIA DEPARTMENT OF JUSTICE
                 BY:  ROBERT L. MEYERHOFF, ESQ.
19               300 South Spring Street
                 Suite 1702
20               Los Angeles, California 90013-1256
                 (213)269-6177
21               robert.meyerhoff@doj.ca.gov

22

23

24

25
```

 1          A.  Why do I desire to acquire more large-capacity

 2   magazines?  It's because I enjoy them.

 3          Q.  What do you enjoy about them?

 4          A.  I just -- I enjoy the -- you know, it's, like,

 5   the little things.  You know, they add weight to -- they

 6   add weight to the rifle when shooting.  Typically, it

 7   could be argued, one way or another ever so slightly,

 8   aids in accuracy, less reloading, those sorts of things.

 9          Q.  Are there any other reasons you want to acquire

10   more large-capacity magazines?

11          A.  I -- I don't know at this time.

12          Q.  I want to return to your service in the Marines

13   for a moment.

14          Do you recall discussing the M240?

15          A.  Correct.  I do, that is to say.

16          Q.  And to be clear, the M240 has a link belt

17   system capable of holding 200 rounds per system;

18   correct?

19          A.  That was my knowle- -- that's my recollection,

20   yes.

21          Q.  Do you think that the M240 should be entitled

22   to Second Amendment protection?

23          MR. DIGUISEPPE:  Objection.  Irrelevant.  Calls for

24   legal conclusion.

25          You can answer.

 1        THE WITNESS:  If this is a personal opinion matter,

 2    I do.

 3    BY MR. MEYERHOFF:

 4        Q.  Why?

 5        A.  Because, you know, we were talking about the --

 6        MR. DIGUISEPPE:  Yeah.  Same objections, by the

 7    way.  Same objection in the sense that it calls for

 8    legal conclusion.

 9        But you can answer as best you can.

10        THE WITNESS:  Why do I feel it should apply for

11    Second Amendment protections?  It's a firearm.

12    BY MR. MEYERHOFF:

13        Q.  So is it your position that any firearm should

14    be entitled to Second Amendment protection?

15        MR. DIGUISEPPE:  Objection.  Calls for legal

16    conclusion.

17        You can answer.

18        THE WITNESS:  How do I answer this?  I say -- I

19    would say yes, with some -- you know, I guess I would

20    say yes without adding anything else to it, I suppose.

21    BY MR. MEYERHOFF:

22        Q.  Is there anything else you wanted to add to it?

23        A.  Well, the Mk 19 is a grenade launcher; right?

24    Probably should keep those away from just regular

25    people.

```
 1   County of Los Angeles,   )

 2   State of California,     )

 3

 4        I, Allison Wong, Certified Shorthand Reporter

 5   licensed in the State of California, License No. 13963,

 6   hereby certify that the deponent was by me first duly

 7   sworn and the foregoing testimony was reported by me and

 8   was thereafter transcribed with Computer-Aided

 9   Transcription; that the foregoing is a full, complete,

10   and true record of said proceeding.

11        I further certify that I am not of counsel or

12   attorney for either or any of the parties in the

13   foregoing proceeding and caption named or in any way

14   interested in the outcome of the cause in said caption.

15   The dismantling, unsealing, or unbinding of the

16   transcript will render the reporter's certificates null

17   and void.

18        In witness whereof, I have hereunto set my hand

19   this day: 23rd of July.

20        __X_ Read and Signing was requested.

21        ____ Reading and Signing was waived.

22        ____ Reading and Signing was not requested.

23

24   _____
     ALLISON WONG,
25   CSR No. 13963
```

# Exhibit E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM WIESE, et al., )
)
              Plaintiffs, )
)
      vs. ) **CASE NO.**
)   2:17-cv-00903-WBS-KJN
ROB BONTA, et al., )
)
           Defendants. )
_____ )

## DEPOSITION OF
JAMES CURCURUTO

**DATE:**          Thursday, August 3, 2023

**REPORTER:**    Althea L Miller, CSR No. 33553/RPR/CCRR

## VIA REMOTE VIDEO TECHNOLOGY



## HINES REPORTERS

**INTERNATIONAL TOWER**
**888 S. FIGUEROA STREET, SUITE 940, LOS ANGELES, CALIFORNIA 90017**

**866.432.4300; 213.688.7887**

**WWW.HINESREPORTERS.COM**

IN THE UNITED STATES DISTRICT COURT


FOR THE EASTERN DISTRICT OF CALIFORNIA


SACRAMENTO DIVISION


WILLIAM WIESE, et al.,          )
                                )
          Plaintiffs,           )
                                )
v.                              )  No. 2:17-cv-00903-WBS-KJN
                                )
ROB BONTA, et al.,              )
                                )
          Defendants.           )
_____  )



DEPOSITION OF:  JAMES CURCURUTO

TAKEN ON:       August 3, 2023

APPEARING REMOTELY FROM MIDDLEBURY, CONNECTICUT




STENOGRAPHICALLY REPORTED BY:
ALTHEA L. MILLER
CSR No. 3353, RPR, CCRR No. 149
File No. 107482
APPEARING REMOTELY FROM LOS ANGELES COUNTY,
CALIFORNIA

1           REMOTE DEPOSITION OF JAMES CURCURUTO,

2           taken on behalf of the Defendants, with

3           all parties, by agreement, attending the

4           deposition remotely in Los Angeles

5           and San Francisco counties, California, on

6           Thursday, August 3, 2023, at 9:33 A.M., before

7           Althea L. Miller, CSR No. 3353, RPR,

8           CCRR No. 149.

9

10   APPEARANCES:

11           For the Plaintiffs:

12              SEILER EPSTEIN LLP
                BY:  GEORGE M. LEE, ESQ.
13              Four Embarcadero Center
                14th Floor
14              San Francisco, California 94111
                (415) 979-0500
15              gml@seilerepstein.com

16
             For the Defendants:
17
                OFFICE OF THE ATTORNEY GENERAL
18              OF THE STATE OF CALIFORNIA
                BY:  ROBERT L. MEYERHOFF,
19                   Deputy Attorney General
                     JOHN D. ECHEVERRIA,
20                   Deputy Attorney General
                300 South Spring Street
21              Suite 1702
                Los Angeles, California 90013-1230
22              (213) 269-6177
                Robert.Meyerhoff@doj.ca.gov
23              John.Echeverria@doj.ca.gov

24

25   ///

```
 1        Q    And these are executives of firearms
 2   companies?
 3        A    Correct.
 4             The attendees of Shot Show were primarily
 5   firearm manufacturers, ammunition manufacturers, and
 6   any businesses that had to do with that market.
 7   Retailers, ranges, parts manufacturers.
 8        Q    Who did you report to in your role as
 9   director of research and market development?
10        A    At the time I believe it was still
11   Randy Clark and I'm not sure of the time.
12             He had left the organization and then I had
13   reported to Chris Dolmack, and I'm not sure how --
14   how long I had reported to Randy in my new role and
15   then transferred over reporting to somebody else.
16        Q    Is it fair to say that the whole time you
17   were at NSSF, you were within the business
18   development division?
19        A    Correct.
20        Q    When was your last day of employment at
21   NSSF?
22        A    Early January 2021.  I don't recall the
23   specific date.
24        Q    Why did you leave NSSF?
25        A    They had staff reductions due to losing --
```

1    from the U.S. ITC, and opinions of firearm industry

2    professionals; correct?

3        A    Correct.

4        Q    And in paragraph 10, you state:

5             "The ATF AFMER" report "data

6             provide historical figures for

7             pistols by caliber (i.e., the

8             specific ammunition cartridge for

9             which a firearm is chambered) and

10            rifles produced in the United States

11            for consumer purchase."

12            Do you see that?

13       A    Yes.

14       Q    So is it fair to say that AFMER data

15   includes the number of firearms by category that are

16   manufactured in a given year?

17       A    They do provide different categories.

18            U.S. manufacturers are required to report

19   their production to the ATF, and I believe the

20   categories are pistols, revolvers, shotguns, rifles,

21   miscellaneous.  I think those are the primary

22   categories within the AFMER reports.

23       Q    And the AFMER report deals specifically

24   with manufacture; correct?

25       A    U.S. manufacture; correct.

1    Q    And so it doesn't tell you how many

2    firearms were actually purchased in a given year;

3    correct?

4    A    Correct.

5    Q    And it doesn't tell you how many firearms

6    were actually purchased by private individuals, does

7    it?

8    A    It does not.

9    Q    So firearms that are manufactured in a

10   given year and cataloged in AFMER could come into

11   the possession of law enforcement agencies; correct?

12   A    I believe the AFMER report does not

13   include, like, military, but it would include some

14   law enforcement, but I'm a little -- I don't recall

15   if there was a threshold now, if they included all

16   firearms that could be purchased by law

17   enforcement -- certainly by an individual law

18   enforcement person -- but I'm not sure if it

19   included firearms produced for law enforcement

20   offices.

21   Q    So is it fair to say that firearms

22   manufactured in a given year and cataloged in AFMER

23   could come into the possession of some law

24   enforcement agencies; correct?

25   A    I believe so, yes.

1    Q    And firearms that are manufactured in a

2  given year and cataloged in AFMER could come into

3  the possession of private security organizations;

4  correct?

5    A    Yes.

6    Q    And firearms that are manufactured in a

7  given year and cataloged in AFMER could come into

8  the possession of firearms wholesalers; correct?

9    A    Correct.

10    Q    And firearms that are manufactured in a

11  given year and cataloged into AFMER could come into

12  the possession of firearms retailers; correct?

13    A    Correct.

14    Q    AFMER data does not track how many firearms

15  are -- are illegally trafficked from the

16  United States into other countries, does it?

17    A    I'm sorry.  Can you repeat that one?  I

18  want to make sure --

19    Q    AFMER data does not track how many

20  firearms, if any, are illegally trafficked from the

21  United States to another country; correct?

22    A    Correct.

23    Q    AFMER data does not track numbers of

24  magazines at all; correct?

25    A    Correct.

**H I N E S   R E P O R T E R S**                127

1    Q    The ITC data that you relied on -- it

2    doesn't tell you how many firearms were actually

3    purchased by private citizens in a given year;

4    correct?

5    A    Correct.

6    Q    And it doesn't tell you how many firearms,

7    if any, were imported in a given year, cataloged by

8    ITC and then came into the possession of some law

9    enforcement agencies; correct?

10    A    Correct.

11    Q    And firearms that are imported in a given

12    year and cataloged by ITC could come into the

13    possession of private security organizations;

14    correct?

15    A    Correct.

16    Q    Firearms that were imported in a given year

17    and cataloged by the ITC could come into the

18    possession of firearm wholesalers; correct?

19    A    Correct.

20    Q    Firearms that are imported in a given year

21    and cataloged by ITC could come into the possession

22    of firearms retailers; correct?

23    A    Correct.

24    Q    And the ITC does not track how many

25    firearms, if any, are illegally trafficked from the

```
 1   United States into another country; correct?

 2        A    To the best of my knowledge, they do not.

 3        Q    Does AFMER data track firearm attrition

 4   rates, meaning the rate of firearms that cease to be

 5   functional due to loss, destruction, or

 6   deterioration?

 7        A    It does not.

 8        Q    Does ITC data track that?

 9        A    It does not.

10        Q    And ITC doesn't track magazines, does it?

11        A    I don't believe so.  They have hundreds and

12   hundreds of codes and, you know, for the purpose of

13   this one, we were just looking at the firearms

14   imported minus exported, and, you know, I don't

15   recall that they -- the ITC tracks magazines or, at

16   least at the time, we didn't identify a code that

17   did.

18        Q    Are you aware of anyone in the firearms

19   industry who tracks how many people actually own

20   LCMs?

21        A    Just to confirm, LCM, large capacity

22   magazine, referring to 11-plus?

23             No.  I'm not aware of anybody.  That

24   doesn't mean that somebody doesn't.

25        Q    So in paragraph 11, you state:
```

**H I N E S   R E P O R T E R S**                                    129

1    AFMER and the ITC on the firearm production and

2    imports.

3        Q    Thank you.

4            And then in the second sentence of

5    paragraph 11, you write:

6                "Firearm industry professionals

7            with knowledge of the pistol and

8            rifle magazine market then allocated

9            magazines to the totals to complete

10            the data provided in the NSSF

11            Magazine Chart."

12            Who were the firearm industry professionals

13    you're mentioning there?

14        A    Myself and Steve Sanetti were the two that

15    I can recall.

16            There may or may not have been some others

17    that I asked to take a quick look at the data.

18            Again, we're not going to put out anything

19    to our members that we don't think is going to be as

20    accurate as possible.

21            And as referenced earlier, without a direct

22    source for this, we had to merge the ATF and the ITC

23    data and then discuss, you know -- apply how many

24    magazines for pistols and how many for firearms that

25    we think would be the best estimate to create the

1    Magazine Chart.

2         Q    I'm sorry.  Just to clarify.

3              Why do you believe that

4    Southwick Associates did not have that accurate

5    source?

6         A    They were just not somebody that I needed

7    to use at the time.  I felt confident that using the

8    ATF data and the ITC data -- we could get some hard

9    numbers and, you know, applying a percentage between

10   Steve and myself, and if any others were involved, I

11   felt we didn't need to go outside and -- and hire

12   anybody to do it.  It was one of the things we could

13   do inside.

14        Q    At the time you consulted with Mr. Sanetti,

15   he was your boss; correct?

16        A    He was the president.  I didn't directly

17   report to him.  I was a couple levels below him, but

18   he was very open and willing to assist, you know,

19   any time I needed help.

20        Q    What, if anything, do you recall

21   Mr. Sanetti saying about the Magazine Chart you

22   created?

23        A    You know, he was -- you know, I told him

24   the purpose was, you know, to get us outdoor members

25   and make sure they had a reliable source, and I

```
 1                  FURTHER EXAMINATION
 2    BY MR. MEYERHOFF:
 3        Q    Mr. Lee asked you if your opinions that you
 4    were asked for in this case were only those
 5    contained in your declaration you filed; correct?
 6        A    Correct.
 7             The original one from '17; correct.
 8        Q    And then he asked you a number of questions
 9    about your opinions unrelated to your declaration;
10    correct?
11        A    Correct.
12        Q    He asked about firearm sales; correct?
13        A    Correct.
14        Q    He asked about magazine sales?
15        A    I think we discussed magazines, but I'd
16    have to go back and look at the document to see
17    specifically what he asked.
18        Q    You left NSSF in 2021; correct?
19        A    Yes.
20        Q    And I believe you testified at the
21    beginning of this deposition that after you left --
22    left NSSF, you lacked access to the documents and
23    information that you -- that you used while you were
24    at NSSF; correct?
25        A    Correct.
```

1    I, ALTHEA L. MILLER, CSR NO. 3353, RPR,

2  CCRR NO. 149 certify:  That the foregoing proceedings

3  were taken before me at the time and place herein set

4  forth; at which time the witness, JAMES CURCURUTO, was

5  duly sworn; and that the transcript is a true record of

6  the testimony so given.

7        Witness review, correction, and signature

8  was

9  (  ) by Code.              (  ) requested.

10  (  ) waived.                 (X) not requested.

11

12        The dismantling, unsealing, or unbinding of

13  the original transcript will render the Reporter's

14  Certificate null and void.

15        I further certify that I am not financially

16  interested in the action, and I am not a relative or

17  employee of any attorney of the parties, nor of any

18  of the parties.

19

20        Dated this 13th day of August, 2023.

21

22

23

24  _____
     ALTHEA L. MILLER, CSR No. 3353, RPR, CCRR No. 149

25  ///

# Exhibit F

# IN  THE  UNITED  STATES  DISTRICT  COURT
# FOR  THE  EASTERN  DISTRICT  OF  CALIFORNIA
# SACRAMENTO  DIVISION

| | |
|---|---|
| WILLIAM WIESE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) **CASE NO.** 2:17-cv-00903-WBS-KJN |
| | ) |
| ROB BONTA, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## DEPOSITION OF
## GENERAL D. ALLEN YOUNGMAN

**DATE:**        Tuesday, July 18, 2023

**REPORTER:**    Allison Wong, CSR No. 13963

## VIA REMOTE VIDEO TECHNOLOGY



## HINES REPORTERS

**INTERNATIONAL TOWER**

**888 S. FIGUEROA STREET, SUITE 940, LOS ANGELES, CALIFORNIA 90017**

**866.432.4300; 213.688.7887**

**WWW.HINESREPORTERS.COM**

```
 1

 2

 3              IN THE UNITED STATES DISTRICT COURT

 4

 5          FOR THE EASTERN DISTRICT OF CALIFORNIA

 6

 7                  SACRAMENTO DIVISION

 8

 9

10

11   WILLIAM WIESE, et al.,        )
                                   )
12            Plaintiffs,          )
                                   )
13       vs.                       )  Case No. 2:17-cv-00903-
                                   )              WBS-KJN
14   ROB BONTA, et al.,            )
                                   )
15            Defendants.          )
     _____)
16

17                  DEPOSITION OF

18              GENERAL D. ALLEN YOUNGMAN

19              July 18, 2023

20              9:33 a.m.

21

22              via Zoom Videoconference

23

24

25
```

 1           Deposition of GENERAL D. ALLEN YOUNGMAN, called

 2      as a witness by the Defendants, before ALLISON WONG,

 3      Certified Shorthand Reporter Number 13963, for the

 4      State of California, with principal office in the

 5      County of Los Angeles, commencing at 9:33 a.m.,

 6      July 18, 2023, via Zoom videoconference.

 7                              *  *  *

 8

 9   APPEARANCES OF COUNSEL:

10

11        FOR THE PLAINTIFFS:

12

13             SEILER EPSTEIN LLP
               BY:  GEORGE LEE, ESQ.
14             4 Embarcadero Center
               Floor 14
15             San Francisco, California 94111-4164
               (415)979-0500
16             gml@seilerepstein.com

17

          FOR THE DEFENDANTS:
18

19             CALIFORNIA DEPARTMENT OF JUSTICE
               BY:  ROBERT L. MEYERHOFF, ESQ.
20             300 South Spring Street
               Suite 1702
21             Los Angeles, California 90013-1256
               (213)269-6177
22             robert.meyerhoff@doj.ca.gov

23

24

25

 1    particularly precise number at that time.  Tens of

 2    millions maybe would come as close as we can get.

 3         Q.  And is it fair to say that that estimate of

 4    tens of millions of large-capacity magazines is not your

 5    estimate?

 6         A.  Yes.  I think that's a fair statement.  I think

 7    that's just common knowledge within the -- the larger

 8    firearms community.

 9         Q.  And to be clear, you've reviewed no documents

10    that contain the conclusion that tens of millions of

11    large-capacity magazines are owned by Americans;

12    correct?

13         A.  That is correct.

14         Q.  Do you recall a specific individual who told

15    you that they had formed an opinion that tens of

16    millions of Americans owned large-capacity magazines?

17         A.  No.  I don't recall.

18         Q.  In paragraph 9, you say that "These,

19    quote/unquote, 'large-capacity magazines' are commonly

20    owned by millions of persons in the United States for a

21    variety of lawful purposes, including recreational

22    target shooting, competition, home defense, collecting,

23    and hunting."

24         Do you see that?

25         A.  Correct.  Yes.  I do.

**H I N E S   R E P O R T E R S**                              86

```
 1   County of Los Angeles,   )

 2   State of California,     )

 3

 4        I, Allison Wong, Certified Shorthand Reporter

 5   licensed in the State of California, License No. 13963,

 6   hereby certify that the deponent was by me first duly

 7   sworn and the foregoing testimony was reported by me and

 8   was thereafter transcribed with Computer-Aided

 9   Transcription; that the foregoing is a full, complete,

10   and true record of said proceeding.

11        I further certify that I am not of counsel or

12   attorney for either or any of the parties in the

13   foregoing proceeding and caption named or in any way

14   interested in the outcome of the cause in said caption.

15   The dismantling, unsealing, or unbinding of the

16   transcript will render the reporter's certificates null

17   and void.

18        In witness whereof, I have hereunto set my hand

19   this day: 25th of July.

20        __X_ Read and Signing was requested.

21        ____ Reading and signing was waived.

22        ____ Reading and signing was not requested.

23
                          allison wong
24                        _____
                          ALLISON WONG,
                          CSR No. 13963
25
```

**H I N E S   R E P O R T E R S**                    120