ROB BONTA, State Bar No. 202668
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
TODD GRABARSKY, State Bar No. 286999
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6044
  Fax:  (916) 731-2124
  E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM WIESE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, et al.,**<br><br>Defendants. | Case No. 2:17-cv-00903-WBS-CSK<br><br>**NOTICE OF APPEARANCE**<br><br>Courtroom:   5, 14th Floor<br>Judge:           Hon. William B. Shubb<br>Action Filed:  April 28, 2017 |

PLEASE TAKE NOTICE that Deputy Attorney General Todd Grabarsky hereby enters his appearance as additional counsel for defendants Attorney General Rob Bonta and Director of the Bureau of Firearms Allison Mendoza in this action.  Mr. Grabarsky is a member of the State Bar of California and is admitted to practice in the Eastern District of California.  His contact information is as follows:

   Todd Grabarsky
   State Bar No. 286999
   300 South Spring Street, Suite 1702
   Los Angeles, CA 90013
   Telephone: (213) 269-6044
   Facsimile: (916) 731-2144
   E-mail: Todd.Grabarsky@doj.ca.gov

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  September 13, 2024 | Respectfully submitted, |
| 3 | | ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON |
| 4 | | Supervising Deputy Attorney General |
| 5 | | |
| 6 | | */s/ Todd Grabarsky*<br>TODD GRABARSKY |
| 7 | | Deputy Attorney General<br>*Attorneys for Defendants* |
| 8 | SA2017106942 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2024, I electronically filed the foregoing document and any attachments thereto with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  September 13, 2024            <u>/s/ Todd Grabarsky</u>
                                      TODD GRABARSKY