UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM WIESE, et al.,<br><br>        Plaintiff,<br><br>   v.<br><br>XAVIER BECERRA, et al.,<br><br>        Defendant. | No. 2:17-cv-00903 WBS CSK<br><br>ORDER LIFTING STAY AND<br>GRANTING SUMMARY JUDGMENT |

----oo0oo----

In view of the parties' Joint Status Report (Docket No. 146), IT IS HEREBY ORDERED that the stay of this action is hereby lifted, and summary judgment is granted in favor of defendants. The Clerk shall enter judgment accordingly.

Dated:  September 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1