# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM WIESE , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:17–CV–00903–WBS–CSK** |
| v. | |
| **XAVIER BECERRA , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/25/25 .**

ENTERED:  **September 25, 2025**     /s/  **Keith Holland**
                                                                Clerk of Court