1  George M. Lee (SBN 172982)
2      gml@seilerepstein.com
   **SEILER EPSTEIN LLP**
3  1 Embarcadero Center, 12th Floor
   San Francisco, CA 94111
4  Phone: (415) 979-0500
   Fax:    (415) 979-0511
5
6  Attorney for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9
10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11  WILLIAM WIESE, et al.,                  Case No. 2:17-cv-00903-WBS-KJN

12                 Plaintiffs,               **NOTICE OF CHANGE OF ADDRESS OF PLAINTIFFS' COUNSEL**
13
14         vs.

15
16  ROB BONTA, in his official capacity as
    Attorney General of California, et al.,
17
                   Defendants.
18

19         TO THE COURT, AND TO ALL PARTIES, THROUGH THEIR COUNSEL OF
20  RECORD:
21         PLEASE TAKE NOTICE that effective immediately, the address of the firm representing
22  Plaintiffs William Wiese, Jeremiah Morris, Lance Cowley, Sherman Macaston, Clifford Flores,
23  L.Q. Dang, Frank Federeau, Alan Normandy, Todd Nielsen, California Gun Rights Foundation
24  (formerly the Calguns Foundation), Firearms Policy Coalition, FPC Action Foundation (formerly
25  Firearms Policy Foundation), Firearms Policy Coalition, and Second Amendment Foundation
26  ("Plaintiffs") has changed to:
27  //
28

1 | **SEILER EPSTEIN LLP**
2 | 1 Embarcadero Center, 12th Floor
San Francisco, CA 94111
3 | Tel. (415) 979-0500
Fax. (415) 979-0511
4 | Email of Counsel of Record: gml@seilerepstein.com

George M. Lee shall continue to remain lead counsel of record for Plaintiffs.

All parties are requested to update their records for service of papers and notices.

Dated: October 2, 2025               **SEILER EPSTEIN LLP**

/s/ George M. Lee
George M. Lee

*Attorney for Plaintiffs*